IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON, and
6. CHRISTINA PORTILLOS,

    Defendants.

_____

**INDICTMENT**
**Count 1: 18 U.S.C. § 286**
**Counts 2 - 37:  18 U.S.C. §§ 287 and 2(a)**

_____

The Grand Jury charges that:

## COUNT 1

**RAUL CARAVEO, PAMILA LUCERO, SABRINA CARAVEO,
EUGENE CHAVEZ, CAROLINA ARAGON, and CHRISTINA PORTILLOS**

**(18 U.S.C. § 286 – Conspiracy to File False Claims for Refund)**

### A.  Introduction

1.    Defendants Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, and Christina Portillos, as well as unindicted co-conspirators, during the time periods charged in this Indictment, were all residents of the State and District of Colorado.

1

2. The Internal Revenue Service ("IRS") was and is an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States of America.

### B. The Conspiracy

3. Beginning on or about February 10, 2008, and continuing until on or about May 5, 2014, the exact dates being unknown to the Grand Jury, in the State and District of Colorado, and elsewhere, defendants Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, unindicted co-conspirators, and others known and unknown to the Grand Jury, agreed, combined, and conspired with each other to defraud the United States by obtaining and aiding in obtaining the payment and allowance of false, fictitious and fraudulent claims filed in the names of other individuals by submitting or causing to be submitted false claims for income tax refund to the United States Department of Treasury through the IRS.

### C. Manner and Means of the Conspiracy

4. The conspiracy was accomplished, in part, through the following manner and means:

5. Various defendants worked together, and/or with others known and unknown to the grand jury, in the filing of false tax returns for the purpose of obtaining IRS refund checks to which they were not entitled, in the following ways:

    A. Raul Caraveo, while incarcerated within the Colorado Department of Corrections (DOC), obtained the identifying information of fellow inmates and

inmates' relatives to include names, dates of birth, and social security numbers. Caraveo and fellow DOC inmate Eugene Chavez used this information to generate false Form 1040A tax returns, listing the names of inmates and their relatives as either the primary tax payer or as a dependent of that alleged tax payer, and entering false wage and income information on the Forms 1040A.

      B.      The conspirators submitted to the IRS tax returns for the years 2005 through 2013 with the following characteristics/similarities:

- All of the returns were Forms 1040A
- All listed unsubstantiated income
- All requested tax refunds generated by the Earned Income Tax Credit (EITC)
- All requested paper refund checks
- All listed one dependent
- All listed an occupation of either Student/Labor or Student/Tutor
- All claimed wages between approximately $7,300 and $8,950 depending on the tax year used for the Form 1040A
- All requested refunds were between approximately $2,491 and $3,052

      C.      At different times in the scheme, Pamila Lucero, Sabrina Caraveo, and Carolina Aragon mailed blank copies of Form 1040A returns to Raul Caraveo and other inmates for use in the scheme.

      D.  In most instances, Raul Caraveo and Eugene Chavez would fill out the

Form 1040A returns and mail them from prison to Pamila Lucero, Sabrina Caraveo, or Carolina Aragon.

  E.  At other times, Raul Caraveo, Eugene Chavez, and other inmates would provide missing information for the returns to Pamila Lucero, Sabrina Caraveo, or Carolina Aragon, and direct them to add that information to the returns.

  F.  The conspirators prepared almost all of the false returns using one of approximately a dozen addresses provided by Pamila Lucero, Sabrina Caraveo, Carolina Aragon, Christine Portillos, and unindicted co-conspirators.  The conspirators obtained addresses to be used for receipt of the refund checks from individuals who the conspirators believed could be trusted to notify a conspirator when a refund check arrived at the individual's address.  Christina Portillos was paid for allowing her address to be used on numerous false Form 1040A returns submitted to the IRS, and received numerous refund checks at her address which she forwarded on to Pamila Lucero.  In some instances, a cooperating inmate provided the address of a relative that the conspirators would use on the false Form 1040A return(s) prepared for that inmate. When this happened, in most instances, the cooperating inmate would instruct his relative to contact one of the conspirators for further instructions once a refund check arrived.

  G.  Once the packages of returns were completed, Pamila Lucero, Sabrina Caraveo, or Carolina Aragon would mail them to the IRS Service Center for processing.

H.  To prevent discovery of the conspiracy, Raul Caraveo used code words when he talked to his co-conspirators during telephone calls he knew would be recorded.  For example, Caraveo referred to tax returns as "pictures," "flicks," and "postcards," added the area code 719 to the beginning of social security numbers, and referred to the refund amounts listed on the returns as "extensions."

I.  Raul Caraveo and at times Eugene Chavez prepared false power of attorney forms that they mailed to Sabrina Caraveo or Pamila Lucero for use in cashing the refund checks made out to inmates and their relatives.

J.  Once the refund checks were cashed by Pamila Lucero, Sabrina Caraveo, or Carolina Aragon, Raul Caraveo instructed these women on how to divide the money.  The money was primarily divided between Raul Caraveo, Eugene Chavez, Pamila Lucero, Sabrina Caraveo, and Carolina Aragon.

K.  Pamila Lucero, Sabrina Caraveo, and Carolina Aragon deposited money into Caraveo's, Chavez's, and other inmates' prison accounts through Western Union, Money Gram, or JPAY.

L.  At different times during the course of this conspiracy, various defendants were involved in the submission of and causing to be submitted over 250 false claims for income tax refund to the United States Department of Treasury through the Internal Revenue Service, to include the following:

| Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name On Return |
|---|---|---|---|---|
| 12/11/09 | 2006 | $2,576 | $2,576 | F.S. |
| 12/11/09 | 2008 | $2,729 | $3,029 | F.S. |
| 12/14/09 | 2007 | $2,678 | $2,928.01 | A.M. |

| Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name On Return |
|---|---|---|---|---|
| 12/18/09 | 2006 | $2,576 | $2,587.03 | P.R. |
| 12/18/09 | 2007 | $2,678 | $2,689.47 | P.R. |
| 12/18/09 | 2008 | $2,729 | $3,340.69 | P.R. |
| 2/28/10 | 2007 | $2,678 | $2,678 | D.G. |
| 2/28/10 | 2008 | $2,729 | $300 | D.G. |
| 2/28/10 | 2007 | $2,678 | $2,693.01 | J.D. |
| 3/5/10 | 2008 | $2,729 | $300.01 | W.B. |
| 3/5/10 | 2006 | $2,576 | $2,587.03 | K.F. |
| 4/1/10 | 2007 | $2,678 | $2,678 | S.B. |
| 4/1/10 | 2006 | $2,576 | $2,576 | G.E. |
| 4/1/10 | 2007 | $2,678 | $2,678 | G.E. |
| 4/4/10 | 2006 | $2,576 | $2,586.47 | J.R. |
| 4/15/10 | 2009 | $2,848 | $3,248 | E.D. |
| 6/1/10 | 2007 | $2,678 | $2,678 | V.P. |
| 6/1/10 | 2008 | $2,678 | $3,278 | V.P. |
| 6/1/10 | 2007 | $2,678 | $2,678 | A.H. |
| 6/1/10 | 2008 | $2,576 | $2,876 | A.H. |
| 6/7/10 | 2007 | $2,678 | $2,678 | C.W. |
| 6/7/10 | 2008 | $2,678 | $2,978 | C.W. |
| 6/10/10 | 2008 | $2,678 | $2,678 | C.S. |
| 6/10/10 | 2009 | $2,848 | $3,248 | C.S. |
| 6/21/10 | 2007 | $2,678 | $2,678 | T.P. |
| 6/21/10 | 2008 | $2,576 | $2,876 | T.P. |
| 6/22/10 | 2009 | $2,848 | $3,248 | T.P. |
| 7/2/10 | 2009 | $2,848 | $3,248 | R.T. |
| 7/7/10 | 2008 | $2,729 | $600 | E.A. |
| 8/23/10 | 2007 | $2,678 | $2,678 | D.S. |

| Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name On Return |
|---|---|---|---|---|
| 8/23/10 | 2008 | $2,678 | $2,978 | D.S. |
| 8/23/10 | 2009 | $2,848 | $3,248 | D.S. |
| 9/23/10 | 2007 | $2,678 | $2,678 | M.G. |
| 12/15/12 | 2010 | $2,865 | $3,275.72 | D.K |
| 12/19/12 | 2009 | $2,848 | $3,248 | D.K. |
| 11/7/13 | 2012 | $2,967 | $2,990.99 | J.H. |

All in violation of Title 18, United States Code, Section 286.

## COUNTS 2 – 37

### (18 U.S.C. § 287 – False Claim for Refund
### 18 U.S.C. § 2(a) -- Aid and Abet)

6.      The Grand Jury realleges and incorporates paragraphs 1-2 herein.

7.      On or about and between February 10, 2008, and continuing until on or about May 5, 2014, in the State and District of Colorado, and elsewhere, the defendants named in the counts listed below, made and presented, and aided and abetted in making and presenting, to the United States claims for payment of fraudulent tax refunds in the amounts enumerated for each count listed below with the knowledge that such claims were false, fictitious, and fraudulent.  The defendants listed below made the false claims, and aided and abetted in making the false claims, by mailing U.S. Individual Income Tax Return, Forms 1040A, in the names of other individuals for the years and amounts listed below to the United States Department of the Treasury through the Internal Revenue Service.

| Count | Defendants Involved | Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name on Return |
|---|---|---|---|---|---|---|
| 2 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 12/11/09 | 2006 | $2,576 | $2,576 | F.S. |
| 3 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 12/11/09 | 2008 | $2,729 | $3,029 | F.S. |
| 4 | Pamila Lucero<br>Eugene Chavez | 12/14/09 | 2007 | $2,678 | $2,928.01 | A.M. |
| 5 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 12/18/09 | 2006 | $2,576 | $2,587.03 | P.R. |
| 6 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 12/18/09 | 2007 | $2,678 | $2,689.47 | P.R. |
| 7 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 12/18/09 | 2008 | $2,729 | $3,340.69 | P.R. |
| 8 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 2/28/10 | 2007 | $2,678 | $2,678 | D.G. |
| 9 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 2/28/10 | 2008 | $2,729 | $300 | D.G. |

| Count | Defendants Involved | Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name on Return |
|---|---|---|---|---|---|---|
| 10 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez<br>Christina Portillos | 2/28/10 | 2007 | $2,678 | $2,693.01 | J.D. |
| 11 | Pamila Lucero<br>Eugene Chavez | 3/5/10 | 2008 | $2,729 | $300.01 | W.B. |
| 12 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez<br>Christina Portillos | 3/5/10 | 2006 | $2,576 | $2,587.03 | K.F. |
| 13 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 4/1/10 | 2007 | $2,678 | $2,678 | S.B. |
| 14 | Raul Caraveo<br>Pamila Lucero<br>Christina Portillos | 4/1/10 | 2006 | $2,576 | $2,576 | G.E. |
| 15 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez<br>Christina Portillos | 4/1/10 | 2007 | $2,678 | $2,678 | G.E. |
| 16 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez<br>Christina Portillos | 4/4/10 | 2006 | $2,576 | $2,586.47 | J.R. |
| 17 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez<br>Christina Portillos | 4/15/10 | 2009 | $2,848 | $3,248 | E.D. |

| Count | Defendants Involved | Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name on Return |
|---|---|---|---|---|---|---|
| 18 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/1/10 | 2007 | $2,678 | $2,678 | V.P. |
| 19 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/1/10 | 2008 | $2,678 | $3,278 | V.P. |
| 20 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/1/10 | 2007 | $2,678 | $2,678 | A.H. |
| 21 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/1/10 | 2008 | $2,576 | $2,876 | A.H. |
| 22 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/7/10 | 2007 | $2,678 | $2,678 | C.W. |
| 23 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/7/10 | 2008 | $2,678 | $2,978 | C.W. |
| 24 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/10/10 | 2008 | $2,678 | $2,678 | C.S. |
| 25 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/10/10 | 2009 | $2,848 | $3,248 | C.S. |

| Count | Defendants Involved | Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name on Return |
|---|---|---|---|---|---|---|
| 26 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/21/10 | 2007 | $2,678 | $2,678 | T.P. |
| 27 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/21/10 | 2008 | $2,576 | $2,876 | T.P. |
| 28 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 6/22/10 | 2009 | $2,848 | $3,248 | T.P. |
| 29 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 7/2/10 | 2009 | $2,848 | $3,248 | R.T. |
| 30 | Raul Caraveo<br>Pamila Lucero<br>Christina Portillos | 7/7/10 | 2008 | $2,729 | $600 | E.A. |
| 31 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 8/23/10 | 2007 | $2,678 | $2,678 | D.S. |
| 32 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 8/23/10 | 2008 | $2,678 | $2,978 | D.S. |
| 33 | Raul Caraveo<br>Pamila Lucero<br>Sabrina Caraveo<br>Eugene Chavez | 8/23/10 | 2009 | $2,848 | $3,248 | D.S. |
| 34 | Raul Caraveo<br>Sabrina Caraveo | 9/23/10 | 2007 | $2,678 | $2,678 | M.G. |

| Count | Defendants Involved | Date Received by IRS | Tax Year | Refund Requested | Refund Received | Initials of Name on Return |
|---|---|---|---|---|---|---|
| 35 | Raul Caraveo Carolina Aragon | 12/15/12 | 2010 | $2,865 | $3,275.72 | D.K. |
| 36 | Raul Caraveo Carolina Aragon | 12/19/12 | 2009 | $2,848 | $3,248 | D.K. |
| 37 | Raul Caraveo Carolina Aragon | 11/7/13 | 2012 | $2,967 | $2,990.99 | J.H. |

All in violation of Title 18, United States Code, Section 287, and Title 18, United States Code, Section 2(a).

A TRUE BILL

<u>Ink signature on file in the clerk's office</u>
FOREPERSON


JOHN F. WALSH
United States Attorney


By: *s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail:<u>martha.paluch@usdoj.gov</u>
Attorney for the United States