IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON, and
6. CHRISTINA PORTILLOS,

   Defendants.

_____

**STIPULATED PROTECTIVE ORDER**
_____

  The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Raul Caraveo, through his counsel Martin Stuart, defendant Pamila Lucero, through her counsel John Schlie, Sabrina Caraveo, through her counsel Marci Gilligan, Eugene Chavez, through his counsel Thomas Ward, defendant Carolina Aragon, through her counsel Robert Pepin, and defendant Christina Portillos, through her counsel John Mosby, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

  This case involves the submission of hundreds of tax returns to the Internal Revenue Service (IRS). Additional evidence in this case includes the IRS transcripts pertaining to the individuals named in the subject returns, and interviews of many of those individuals. The tax material and interviews contain social security numbers, dates of

birth, addresses, and other personal identifying information. It is necessary for the government to make these tax returns, transcripts, other tax material, and interviews available to defendants and their counsel in discovery.

In addition, the discovery in this case includes records from the Department of Motor Vehicles and from the Colorado Department of Corrections.  These records also contain social security numbers, dates of birth, addresses, and other personal identifying information.

In order to balance the privacy concerns of the individuals named in the tax returns, related tax material, interviews, and other records against the important interest in the government providing broad discovery in this case, the parties stipulate to this protective order.  For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained in the tax returns, related tax material, interviews, and other records at issue in this case shall be made only to the defendants, their attorneys, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors); the defendants and his or her attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorneys' (or third-party vendors') custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.  Defense counsel agree that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of this Stipulated Protective Order and will ensure that the third-party vendor agrees to the

terms set forth in this Protective Order prior to receipt of any discovery.

IT IS ALSO STIPULATED that this agreement may be modified by specific agreement between the United States and the defendant(s) where disclosure of certain redacted discovery to a defendant is necessary.

SO STIPULATED:

| _s/Martin Stuart_  4/24/15 | _s/John Schlie_  4/24/15 |
|---|---|
| Martin Stuart  Dated | John Schlie  Dated |
| Counsel for Raul Caraveo | Counsel for Pamila Lucero |

| _s/Marci Gilligan_  4/24/15 | _s/Thomas Ward_  4/24/15 |
|---|---|
| Marci Gilligan  Dated | Thomas Ward  Dated |
| Counsel for Sabrina Caraveo | Counsel for Eugene Chavez |

| _s/Robert Pepin_  4/24/15 | _s/John Mosby_  4/24/15 |
|---|---|
| Robert Pepin  Dated | John Mosby  Dated |
| Counsel for Carolina Aragon | Counsel for Christina Portillos |

_s/ Martha A. Paluch_  4/24/15
AUSA Martha A. Paluch  Dated
Counsel for the United States

APPROVED and SO ORDERED:

*s/John L. Kane*
The Honorable JOHN L. KANE
United States District Court Senior Judge