<u>DEFENDANT:</u> 3. SABRINA CARAVEO

<u>DOB:</u>   1983

<u>ADDRESS:</u>   Pueblo, CO   81003

<u>COMPLAINT FILED?</u> _____ YES   X    NO

| | | |
|---|---|---|
| <u>OFFENSE:</u> | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| | **Counts 2-3, 5-10, 12-13, 15-29, 31-36** | 18 U.S.C. § 287 – False Claims for Refund |
| <u>LOCATION OF OFFENSE:</u> | | El Paso County, Colorado<br>Pueblo County, Colorado<br>Delta County, Colorado<br>Logan County, Colorado<br>Crowley County, Colorado<br>Denver County, Colorado |
| <u>PENALTY:</u> | **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| | **5-10, 12-13, 15-29, 31-36** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |

<u>AGENT:</u>          Special Agent Anthony Romero, IRS CI

<u>AUTHORIZED BY:</u>   Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____ five days or less
__ X_ over five days
_____ other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case
_____X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   _____   Yes         __X___ No