IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
vs. )
)
)
1. RAUL CARAVEO )
2. PAMILA LUCERO )
3. SABRINA CARAVEO )
4. EUGENE CHAVEZ, )
5. CAROLINA ARAGON )
**6. CRISTINA PORTILLOS** )
7. CONRAD ARCHULETA )
8. NANCY GUZMAN, )
)
          Defendants. )

_____

**ORDER GRANTING DEFENDANT PORTILLOS' MOTION FOR BILL OF PARTICULARS**
_____

This matter comes before the Court upon Defendant Portillos' Motion for Bill of Particulars. The Court having considered the Defendant's motion, the government's response and heard arguments of counsel, IT IS HEREBY ORDERED the motion is **Granted.**

With respect to counts 10, 12, 14, 15, 16, 17, and 30 of the Superseding Indictment, the government shall provide a bill of particulars for each count that includes Cristina Portillos, which shall include; (1) a written statement of

the essential facts constituting the offense(s) charged; (2) the date (month and year) Cristina Portillos mailed a false claim for refund to the Internal Revenue Service; and (3) a statement of whether Cristina Portillos is being charged with a violating 18 U.S.C. § 287, 18 U.S.C. § 2(a) or both.

                                                                       _____
                                                                       United States District Court Judge