IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK-6

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
vs.                               )
                                  )
                                  )
**6. CRISTINA PORTILLOS,**        )
                                  )
            Defendant.            )

___

### ORDER DENYING DEFENDANT PORTILLOS' MOTION FOR BILL OF PARTICULARS

___

This matter comes before the Court upon Defendant Portillos' Motion for a Bill of Particulars (Doc 100). The Court having considered the Defendant's motion and the government's response, IT IS HEREBY ORDERED the motion is DENIED.

Defendant Portillos' Motion for a Bill of Particulars was timely filed; it is denied on the merits. All necessary information has been provided through discovery.

Dated June 24, 2015

                                       *s/ John L. Kane*
                                  _____
                                  SENIOR U.S. DISTRICT COURT JUDGE