# Defendant Portillos'

# Ex. B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

                    Plaintiff,

    vs.


6. CRISTINA PORTILLOS

                    Defendants.

---

## DECLARATION OF CRISTINA PORTILLOS

---

I, Cristina Portillos, in accordance with the requirements of Title 28 - United States Code, Section 1746, declare that:

1.      My national origin is Mexican American.

2.      On December 7, 2012, I was employed by Progressive Insurance Company at its facility in Colorado Springs, Colorado.

3.      On December 7, 2012, my manager, Peter Bishop, approached me at work and stated that two "officers" wanted to speak to me. He then told me that this was a place of business, and that the officers shouldn't be approaching me at work.

4.      My manager informed me that the "officers" told him that I had done nothing wrong.

5.      Because I wanted to know what was going on, I agreed to speak to the "officers."

6.      When my manager brought the officers to me, they introduced themselves as SA Romero and Agent Berg. They stated that they were agents with the Internal Revenue Service. This was my first knowledge that the officers were IRS agents.

1

7.    Agent Romero stated to me that, "You have done nothing wrong." My response was, "Yeah, at least I feel a little relieved. I was thinking I know I've done my income tax, all right?" (See, Exh. B, p. INT_00001339, l. 2, which that reflects my answer, but does not reflect the question).

8.    SA Romero turned on his tape recorder, without requesting my consent, and started asking me questions.

9.    SA Romero asked if I knew Pamila Lucero. This was the first time I knew Pamila Lucero was the reason the Agents had contacted me.

10.    I am personally acquainted with Tanya Barrett and Jennifer Leff.

11.    Ms. Barrett and Ms. Leff are both white females, who since 2010 have lived in Colorado Springs, Colorado. They are not Mexican Americans.

12.    Ms. Leff and I first met at Progressive Insurance Company. At the time, we had both worked there for over 12 years. Jennifer introduced me to her partner, Tanya Barrett.

13.    The three of us have socialized together. Once we started talking, we realized that we had a mutual friend, Pamila Lucero.

14.    In early 2010, I had not seen Pamila Lucero for a while. Pam contacted me and requested by permission for her to submit my name and background information to a court in Delta, Colorado.

15.    Pam asked if I would agree to be approved as a court ordered monitor, so that she could visit her son.

16.    Pamila Lucero informed me that she was under a court protective order and could only visit her son, who lived in Delta, Colorado with his father, if she had a court approved monitor with her at all visits.

17.    I agreed to allow her to submit my name and I was approved to be a monitor by the court.

18.    During 2010, Pam called me two or three times and ask if I would go to Delta, Colorado so she could visit her son,

19.    I would packed up my one or both of my children and we would drive to Delta with Pam.   We would drive either my car or Pam's car. On all the visits, I would do the driving.

20.    Once when we drove to Delta, Colorado, Pam told me she had to stop at a friend's house in Delta to pick something up.  Pam introduced Michelle Steinhaus as the friend

21.    Michelle Steinhaus is a white female, not Mexican American.

I, Cristina Portillos, in accordance with the requirements of Title 28 - United States Code, Section 1746, declare under the penalty of perjury that that the above statements are true and correct.


Cristina Portillos

8·6-15
Date

3