IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 -RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

      Defendant.

_____

**DEFENDANT'S MOTION FOR LEAVE TO RESTRICT ACCESS
TO DOCKET NOS. 201**

_____

Comes Now Cristina Portillos, by and through her attorney, John Mosby, and hereby moves to restrict access to Docket No. 201, to Defendant Portillos' Motion for Hearing on Claims of Selective and Vindictive Prosecution and For Discovery and all exhibits thereto, for the reasons stated in the Brief in Support of Motion to Restrict Access.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this September 3rd, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A  Paluch,
Assistant U.S. Attorney                                    And via U.S. Mail to:

Martin Stuart , Esq.                                       Cristina Portillos
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina  Aragon

s/John Mosby