IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 -RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

Defendant.

_____

**BRIEF IN SUPPORT OF DEFENDANT'S PORTILLOS
MOTION TO RESTRICT ACCESS TO DOCKET NOS. ___**
_____

      Comes Now Defendant Cristina Portillos, by and through her attorney, John Mosby, and hereby requests that Defendant Portillos' Motion for Hearing on Claims of Selective and Vindictive Prosecution and For Discovery (Docket No. 201) be filed and docketed under Level 1 restricted access.  In support of this request, Portillos states:

      Defendant's motion and exhibits thereto fall squarely within the subject matter of the Court's April 24, 2015 order (Doc. 63),  which restricts the disclosure of certain grand jury materials.  Accordingly, Defendant's Portillos' motion and exhibits thereto must  be  filed under Level 1 restricted access.

Wherefore, Defendant Portillos, through counsel, respectfully requests an Order from this Court allowing her to file her motion and all exhibits thereto (Doc 201) under level 1 restricted.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this September 3rd, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

And via U.S. Mail to:

Martin Stuart , Esq.
Attorney for Raul Caraveo

Cristina Portillos

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

s/John Mosby