IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 -RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

Defendant.

_____

**ORDER GRANTING MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCKET 201**
_____

      This matter comes before the Court upon Defendant Portillos' Motion For Leave to Restrict Access to Defendant Portillos' Motion for Hearing on Claims of Selective and Vindictive Prosecution and For Discovery and exhibits attached thereto, Doc. 201.

      The Court having considered the motion, it IS HEREBY ORDERED the motion is **Granted.**   Docket No.  201 shall be restricted to level 1 access.

                                      _____
                                      United States District Court Judge