IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 -RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAUL CARAVEO
2.  PAMILA LUCERO
3.  SABRINA CARAVEO
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON
6.  **CRISTINA PORTILLOS**
7.  CONRAD ARCHULETA
8.  NANCY GUZMAN,

Defendant.

_____

**ORDER GRANTING MOTION FOR LEAVE TO RESTRICT ACCESS TO
DOCKET 226**

_____

      This matter comes before the Court upon Defendant Portillos' Motion

For Leave to Restrict Access to Defendant Portillos' Reply Motion (Doc.

226)  and exhibits attached thereto.

      The Court having considered the motion, it  IS HEREBY ORDERED

the motion is **Granted.**   Docket No.  226 shall be restricted to level 1

access.

                                     _____
                                    United States District Court Judge