IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

        Defendants.
_____

**DEFENDANT PORTILLOS' UNOPPOSED MOTION TO
EXCEED PAGE LIMITATION - RE: DOC 226**
_____

        Comes now, Defendant Cristina Portillos, by undersigned counsel, John Mosby, and respectfully moves this Honorable Court for an Order allowing her to exceed this Court's page limitation on her Motion and Brief filed September 25, 2015. (DOC. 226). In support of this motion, Defendant Portillos states,

        1. Prior to filing this motion, Defendant conferred with the AUSA, who has no objections to this motion.

        2. When this attorney started preparing her motion and brief, this case was assigned to a court that had no page limitation on briefs and

motions.

3. After this case was reassigned to this Court, Counsel decided to separate the two issues and filed separate briefs on each issue;(1) Selective Prosecution and (2) Vindictive Prosecution.

4. In the preparation, counsel had medical issues and this thought got lost. Counsel apologizes to this Court.

5. Counsel respectfully moves this Honorable Court for permission to exceed this Court's page limit with respect to Document 226.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this October 5, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

Defendant Cristina Portillos

s/John Mosby