IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )
                                    )
                                    )
1.  RAUL CARAVEO                    )
2.  PAMILA LUCERO                   )
3.  SABRINA CARAVEO                 )
4.  EUGENE CHAVEZ,                  )
5.  CAROLINA ARAGON                 )
6.  **CRISTINA PORTILLOS**          )
7.  CONRAD ARCHULETA                )
8.  NANCY GUZMAN,                   )
                                    )
            Defendants.             )

_____

**Order On Defendant Portillos' Unopposed Motion to
Exceed Page limitation – re: Doc 226**
_____

This matter comes before the Court upon Defendant Portillos' Unopposed Motion to Exceed this Court's Page Limitation – Re: Doc 226. The Court having review the motion and there being no objections,

**IT IS HEREBY ORDERED** the Defendant's Motion is **Granted.**

_____
United States District Court Judge