IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

_____

## MOTION FOR JAMES HEARING
_____

      Comes Now Defendant Cristina Portillos, by her undersigned attorney, and respectfully moves this Honorable Court for the entry of an Order granting a James Hearing.

      1. The Government will, upon information and belief, introduce evidence (pursuant to Rule 801(b)(2)(E) of the Federal Rules of Evidence) that will attempt to establish this Defendant was a member of the conspiracy as alleged in the Indictment.

      2. It is anticipated that the Government will attempt to introduce at trial the statements of numerous alleged co-conspirators.

      3. Rule 801(d)(2)(E), F.R.E. requires a showing by the Government that any out-of- court statement which is going to be offered against the accused meet a three-part test. (1) Was there a conspiracy?; (2) Was the accused a member of the conspiracy?; and (3) Was the statement offered made in furtherance of the conspiracy?

      4. Courts in this District have held a hearing prior to trial to determine the first two prongs set forth above. The third prong has been determined at the time the statement is offered.

5. Due to the volume of statements in this case and the possible number of witnesses, it would be in the interests of justice for this Court to Order the Government to prepare a proffer or statement in which the Government identifies each out-of-court statement that it intends to offer at trial pursuant to the hearsay exception in Rule 801(d)(2)(E), F.R.E.

6. After the submission of the proffer by the Government, the Defendant requests that this Honorable Court schedule a hearing to determine the first two prongs required pursuant to the Rule.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enter an Order requiring the Government to (1) set out, with specificity, the parameters of the conspiracy, (2) provide a summary of each Rule 801(d)(2)(E), F.R.E. statement that it intends to offer at trial; the name of the declarant; a summary of the statement; the date of such statement; and the identity of which defendant each such statement is going to be offered against and (3) the government's explanation of the admissibility of the statement under the rubric of 801(d)(2)(E).

Further, Defendant requests that this Court schedule a hearing in which to determine the first two prongs of Rule 801(d)(2)(E), F.R.E.

                      Respectfully submitted,

                      <u>s/John Mosby</u>

                      John Mosby
                      621 17th Street, Suite 2445
                      Denver, Colorado 80293
                      (303) 623-1355
                      Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on this November 13, 2015, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

and Via U.S. Mail:

Defendant Cristina Portillos

                 s/John Mosby