IN THE UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAUL CARAVEO
2.  PAMILA LUCERO
3.  SABRINA CARAVEO
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON
6.  **CRISTINA PORTILLOS**
7.  CONRAD ARCHULETA
8.  NANCY GUZMAN,

_____

## ORDER GRANTING A JAMES HEARING
_____

      This matter comes before the Court upon Defendant's Motion For A

James Hearing.  The Court having considered the motion, it **IS HEREBY**

**ORDERED** the motion is Granted.  Within _____ days of the date of this

Order the government shall provide the following proffer to defendant

Portillos;

      (1) set out, with specificity, the parameters of the conspiracy;

      (2) provide a summary of each Rule 801(d)(2)(E), F.R.E. statement

           that it intends to offer at trial; the name of the declarant; a

           summary of the statement; the date of such statement; and the

identity of which defendant each such statement is going to be

offered against; and

(3) provide an explanation of the admissibility of the statement.

A James Hearing will be held on _____, 201__.

_____
United States District Court Judge