IN THE UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  RAUL CARAVEO
2.  PAMILA LUCERO
3.  SABRINA CARAVEO
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON
6.  **CRISTINA PORTILLOS**
7.  CONRAD ARCHULETA
8.  NANCY GUZMAN,
_____

**ORDER GRANTING
MOTION FOR EARLY DISCLOSURE OF JENCKS MATERIALS**
_____

      This matter comes before the Court upon Defendant's Motion For

Early Disclosure of Jenks Material.  The Court having considered the

motion, it **IS HEREBY ORDERED** the motion is Granted.  Within 30 days

of the date of this Order the government shall provide to defendant

Portillos;

     (1)  All Jencks material, including, but not limited to all interview

         notes and the "special agent's report"  prepared by Special

         Agent Romero.

_____
United States District Court Judge