

**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000242005 | **Location:** | ~~ABC~~ ~~700~~ ~~Colorado Springs~~ |
| **Investigation Name:** | Pamila J. Lucero  Cristina T. Portillos | | |
| **Date:** | October 5, 2015 | | |
| **Time:** | 1:00 P.M. | | |
| **Participant(s):** | Ernie Romero, Interviewee  Tony Romero, Special Agent  Clarissa Coate, Special Agent | | |

On the above date and time Special Agents Romero and Coate interviewed Mr. Ernie Romero (ROMERO) at his place of employment in Colorado Springs, Colorado. The purpose of the interview was to gather information concerning visits that took place in July and August 2010 between ROMERO's ex-wife, Pamila Lucero, and their son ~~████~~.

1. At the beginning of the Interview S/A Romero and S/A Coate produced their IRS credentials for ROMERO to inspect. ROMERO was asked if he'd be willing to answer a few questions concerning his ex-wife, Pamila Lucero, to which he consented. At the onset of the interview ROMERO was shown a copy of Pamila Lucero's Colorado driver's license photo (Attachment #1) dated 02/10/2012. ROMERO confirmed that the woman in the photo was the same Pamila Lucero that he had been married and was the mother of his son ~~████~~. ROMERO was then shown the Colorado driver's license photo for another female dated 02/27/2009 (Attachment #2). ROMERO recognized the woman in the photo as being Lucero's friend, Cristina Portillos.

2. ROMERO said that he obtained full-custody of his son approximately 7 years ago when ~~████~~ was 3 years old. Both the custody and divorce proceedings were handled through the court in Delta (Colorado) County. Additionally, ROMERO said that he obtained a "lifetime" restraining order against Lucero. This meant that visits between Lucero and ~~████~~ required supervision per a court order. ROMERO said that all visits between LUCERO and her son in 2010 were facilitated by C.A.S.A (Court Appointed Special Advocates) in Delta, Colorado.

ATTACHMENT A TO MOTION FOR SEVERANCE          INT_00002393

3. ROMERO said that Lucero was required to have a third party with her when she attended the C.A.S.A facilitated visits with ███. ROMERO was aware of Lucero's friend Jennifer attending the visits and believed that Cristina (Portillos) also traveled to Delta with Lucero to see ███.

4. ROMERO said that he would be willing to answer additional questions and provided the following contact information.

   Ernie Romero
   

5. The interview with ROMERO ended at 1:10 P.M.

I prepared this memorandum on October 23, 2015.

*Tony Romero*
Tony Romero
Special Agent

*Clarissa L. Coate*
Clarissa Coate
Special Agent