IN THE UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  RAUL CARAVEO
2.  PAMILA LUCERO
3.  SABRINA CARAVEO
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON
6.  **CRISTINA PORTILLOS**
7.  CONRAD ARCHULETA
8.  NANCY GUZMAN,
_____

## ORDER GRANTING MOTION FOR SEVERANCE
_____

     This matter comes before the Court upon Defendant's Motion For

Severance.  The Court having considered the motion, it  IS HEREBY

ORDERED the motion is **Granted.**


                            _____
                            United States District Court Judge