# IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  RAUL CARAVEO
2.  PAMILA LUCERO
3.  SABRINA CARAVEO
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON
6.  **CRISTINA PORTILLOS**
7.  CONRAD ARCHULETA
8.  NANCY GUZMAN,
_____

**ORDER GRANTING**
**MOTION FOR DISCOVERY Re: JENCKS MATERIALS**
_____

      This matter comes before the Court upon Defendant's Motion For Discovery Re: of Jencks Material.  The Court having considered the motion, and reviewed the Government's response it **IS HEREBY ORDERED** the motion is Granted.

      It is **ORDERED** that within 10 days the Government shall submit for an in camera inspection by the Court the following documents:

1.  SA Anthony Romero's redacted Special Agent Report;

2.  SA Anthony Romero's completed unredacted Special Agent Report, including all exhibits and appendices;

3. All interview notes made by SA Romero during his investigation
   of this matter.

_____

United States District Court Judge