**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. **PAMILA LUCERO,**
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN**,**

    Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT ACCESS
TO DOC. 299 LEVEL ONE RESTRICTION**

---

The United States of America, through Assistant United States Attorney Martha A. Paluch, hereby requests that Government's Opposition to Defendant Lucero's and Portillos's Motions for Severance (Docs. 271 and 275), Docket No. 299, be filed under Level One Restriction, with access restricted to case participants and the Court only, for the reasons set forth in the Government's Brief in Support of its Motion to Restrict Access to Doc. 299.

1

Dated this 5th day of December, 2015.

                    Respectfully submitted,

                    *s/ Martha A. Paluch*
                    Martha A. Paluch
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    1225 17th Street, Suite 700
                    Denver, CO   80202
                    (303) 454-0100
                    Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

| | |
|---|---|
| Mr. Martin Stuart<br>Counsel for Raul Caraveo<br>mstuart@portmanstuart.com | Mr. David Owen, Jr.<br>Counsel for Conrad Archuleta<br>davidowen@lodopc.com |
| Mr. John Schlie<br>Counsel for Pamila Lucero<br>johnhenry@schlielawfirm.com | Mr. John Sullivan, III<br>Counsel for Nancy Guzman<br>jfslaw1@aol.com |

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

                                                      s/ *Martha A. Paluch*
                                                     MARTHA A. PALUCH
                                                     Assistant U.S. Attorney
                                                     1225 17th St., Suite 700
                                                     Denver, CO   80202
                                                     Telephone:  (303) 454-0100
                                                     Fax:  (303) 454-0100
                                                     Martha.paluch@usdoj.gov