IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

        Defendants.

_____

**DEFENDANT PORTILLOS'
NOTICE OF SUPPLEMENTAL AUTHORITY**
_____

Comes now, Defendant Cristina Portillos, (Hereinafter "Portillos") by and through undersigned counsel, John Mosby, and respectfully submits supplement authority re: Defendant Portillos' Motion for a Hearing On Claims of Selective and Vindictive Prosecution and for Discovery. (Doc. 219).

Supplemental Authority:

*U.S. v. Jones*, 159 F.3d 969 (6th Cir. 1998).

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this February 2, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

Defendant Cristina Portillos

s/John Mosby