## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: February 16, 2016 |
| Court Reporter: Darlene Martinez | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO. 15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 6. CHRISTINA PORTILLOS, | John Mosby |
| **Defendant.** | |

## COURTROOM MINUTES

**MOTIONS HEARING**
**COURT IN SESSION:**   9:01 a.m.
Appearances of counsel.   Defendant is present and on bond.   Present with Ms. Paluch is IRS Special Agent Tony Romero, and present with Mr. Mosby is Elisa Moran.

Discussion held regarding the motions set for hearing today.

Court's findings regarding Defendant's Motion for Severance (Doc. 275).

**ORDERED:**   Defendant's Motion for Severance (Doc. 275) is DENIED as moot as stated on the record.

Discussion held regarding Defendant's Motion for James Hearing (Doc. 268).

Court's findings.

**ORDERED:**   Defendant's Motion for James Hearing (Doc. 268) is held in abeyance and will be taken under advisement upon submission of additional materials. The Government shall file its written proffer and James Log on or before

        **February 23, 2016;** and Defendant's objection/response, if any, shall be filed on or before **March 15, 2016.**

Discussion held and argument given regarding Defendant's Motion for Early Disclosure of Jencks Material (Doc. 274).

Court's findings.

**ORDERED:** As stated on the record, Defendant's Motion for Early Disclosure of Jencks Material (Doc. 274) is DENIED as moot in part, to the extent it references or seeks witness statements; WITHDRAWN in part, to the extent it requests Government counsel's notes; DENIED in part, to the extent it requests the agent's notes; and held in abeyance, to the extent it requests the special agent's report, and will be taken under advisement upon submission of additional materials.  The Government's counsel shall provide the special agent's report in accordance with the instructions stated on the record on or before **February 26, 2016.**

Discussion held regarding Defendant's Motion for Discovery re: Jencks Act Materials (Doc. 288).

Court's findings.

**ORDERED:** Defendant's Motion for Discovery re: Jencks Materials (Doc. 288) is held in abeyance and will be taken under advisement upon submission of additional materials by the Government on or before **February 26, 2016,** as stated on the record.

Discussion held and argument given regarding Defendant Portillos' Motion for a Hearing on Claims of Selective and Vindictive Prosecution and for Discovery (Doc. 201).

10:39 a.m.   Court in recess.
10:54 a.m.   Court in session

Argument and discussion regarding Defendant Portillos' Motion for a Hearing on Claims of Selective and Vindictive Prosecution and for Discovery (Doc. 201) continues.

Court's findings.

**ORDERED:** Defendant Portillos' Motion for a Hearing on Claims of Selective and Vindictive Prosecution and for Discovery (Doc. 201) is DENIED as stated on the record.

Mr. Mosby requests leave to file a Motion to Suppress.

**ORDERED:**   Counsel for defendant is granted leave to file a Motion to Suppress within ten (10) days of this date.

Discussion held regarding setting a trial date.   By separate order, the Court will set the jury trial for May 2, 2016.

**ORDERED:**   Defendant is continued on bond.

**COURT IN RECESS:**       **11:21 a.m.**
**Total in court time:**       **2:05**
**Hearing concluded**