**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6.     CHRISTINA PORTILLOS,

      Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter has been scheduled for a **five-day** jury trial on the docket of Judge Raymond

P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver,

Colorado to commence on **May 2, 2016 at 9:00 a.m.**  On the first day of trial, counsel shall be

present at **8:30 a.m.**  It is

ORDERED that a Trial Preparation Conference is set for **April 14, 2016 at 1:00 p.m.** in

Courtroom A601.  Lead counsel who will try the case shall attend in person.  Defendant is also

required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 17th day of February, 2016.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge