IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

___

**MOTION TO SUPPRESS**
___

  Defendant Cristina Portillos, by her attorney, John Mosby, moves this Honorable Court for the entry of an Order suppressing statements and anticipated testimony at trial until proven by competent evidence.

  1. The Government as part of its submission of statements to be offered pursuant to Rule 801(d)(2)(E) of the Federal Rules of Evidence, states the following: "M-O-B stands for Member of Blood, which was the code name Caraveo used to describe the tax fraud conspiracy." See, Government's James Proffer, Doc 349 at p. 12.

  2. The Government shouldn't be allowed to define the initials "MOB" without evidence as to what those letters stood for when used by alleged co-conspirator, Raul Caraveo.

  3. In its attempt to establish its premise, the Government provides three citations, DOC_00000581, DOC_00002195 and DOC_00002801. In pertinent part, they state;

  *A. DOC_00000581 states in pertinent part,*

Raul Caraveo: … tell that nigger she better sign up at the MOB

Sabrina Caraveo: shut the fuck up

Raul Caraveo: member of blood.

  *B. DOC_00002195 states in pertinent part,*

MS. LUCERO: Yeah. The $210. So my Ass needs to go get a job.

MR. CARAVEO: Hell, I know, that's right. But you got a job: MOB.

MR. LUCERO: I know.

MR. CARAVEO: So, let's handle that. (Laughter.)

  *C. DOC_00002801 states in pertinent part,*

MR. CARAVEO: And then - - and then because yeah, we're on for different shit.

MS. LUCERO: Oh.

MR. CARAVEO: Don't trip, the MOB (sic) gots it.

MS LUCERO: [Spanish]

  4. Also, the Government will allege, *without any evidence,* that when Defendant Portillos first spoke to Raul Caraveo on August 6, 2010, she knew that his reference to the letters M-O-B was a code used to describe the alleged tax fraud conspiracy. (The Government alleges that when these letters were uttered by Caraveo that Portillos was "aware of her 'integral' role and status….." in the alleged conspiracy. (Doc. 349, p. 13.)

  5. The Government's evidence does not support that the letters or word "MOB" was Raul Caraveo's code for the alleged tax fraud conspiracy.

  6. More importantly, the Government has no evidence that when Pamila Lucero handed Defendant Portillos her cell phone and told Portillos to speak to Raul Caraveo for the first time,

there is no evidence that Portillos knew what the letters M-O-B meant. ("The defendant, aware now of her 'integral role and status…") Id., p. 13. The Government is building inference upon inference.

7. "While the jury may draw reasonable inferences from direct or circumstantial evidence, an inference must be more than speculation and conjecture to be reasonable, and caution must be taken that the conviction not be obtained by piling inference on inference." *United States v. Jones,* 44 F.3d 860, 865 (10th Cir.1995).

8. The government should not be allowed to represent to the jury in opening statements or at trial that (1) the letters "MOB" was Raul Caraveo's code word for the tax fraud conspiracy and (2) that Defendant Portillos was aware that the letters "MOB", when uttered by Raul Caraveo, was referring to the alleged tax fraud conspiracy. The Government must first establish both of these premises with competent evidence.

9. It would be highly prejudicial to the Defendant to allow the Government to make these representations to the jury without first presenting evidence to establish same.

10. Defendant Portillos moves to suppress any statements by the Government that the letters or word M-O-B was the alleged code used by Raul Caraveo for the alleged tax fraud conspiracy. Further any statements suggesting that "The defendant, [was] aware of her 'integral' role and status….." should be suppressed until the Government establishes or present evidence that Portillos knew was the letter M-O-B allegedly represented.

Wherefore, Defendant moves this Honorable Court for an order prohibiting the Government's from stating in opening statement and at trial, that (1) "MOB" [member of blood] is Raul "Caraveo code for describing the alleged "tax fraud

conspiracy" and (2) that Defendant Portillos knew that the letters M-O-B was a code for the tax fraud conspiracy scheme alleged in this case until the Government first establish same by a preponderance of evidence.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this February 26, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

and Via U.S. Mail:

Defendant Cristina Portillos

s/John Mosby