IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

_____

### ORDER ON MOTION TO SUPPRESS
_____

This matter comes before the Court upon Defendant Portillos Motion to Suppress. The Court having considered the motion, it **IS HEREBY ORDERED** that;

The Government shall not publish to the jury in opening argument or during trial that the letter M-O-B or that the word MOB was the code name for the alleged tax fraud conspiracy or that Defendant Portillos was aware that the letters M-O-B was the Defendant Caraveo alleged code for the tax fraud conspiracy until the Government establishes same by competent evidence.

Done this _____ day of _____, 2016.

_____
United States District Court Judge