IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON, and
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

_____

### GOVERNMENT'S UNOPPOSED MOTION TO SUPPLEMENT ITS *JAMES* LOG
_____

On February 23, 2016, the government filed its *James* Proffer and Log.  Docs. 349 and 349-1.  The defendant's response to these pleadings is due March 15, 2016. Since its filing, the government realized that while it referenced three additional calls in the Proffer, Doc. 349 at 12, the statements from these calls that the government seeks to admit pursuant to Fed. R. Evid. 801(d)(2)(E) were inadvertently omitted from the *James* log.  The government therefore seeks permission to supplement its *James* log with these statements, set forth in the Supplemental *James* Log, attached hereto as Attachment 1.  The government also seeks permission to file a one-sheet code for bases for admission of the proffered statements for ease of reference, attached hereto as Attachment 2.

1

Undersigned counsel has conferred with defendant's counsel Mr. John Mosby about this motion and he stated that the defendant does not oppose this motion.

Should the Court grant this motion, the government will file an updated *James* log containing the additional three calls in chronological order with the calls already listed in the previously filed *James* log.

Respectfully submitted this 3rd day of March, 2016.

> JOHN F. WALSH
> United States Attorney
>
> *s/ Martha A. Paluch*
> Martha A. Paluch
> Bryan D. Fields
> Assistant U.S. Attorneys
> United States Attorney's Office
> 1225 17th Street, Suite 700
> Denver, CO  80202
> (303) 454-0100
> Martha.paluch@usdoj.gov
> Bryan.fields@usdoj.gov

**CERTIFICATE OF SEVICE**

      I hereby certify that on this 3rd day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

                                                  *s/ Mariah Tracy*
Mariah Tracy
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0402
Email: mariah.tracy@usdoj.gov