James Log-Portillos

Supplement

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 10/2/2009 | 9:27 PM | At 8:10 of the call Caraveo: "That nigger she better sign up with the M-O-B. | Raul Caraveo | DOC Call from Caraveo to S. Caraveo Disk #2 | DOC_00000581 | a, b, d, e, f |
| | | At 8:13 of the call S. Caraveo: "Shut the fuck up!" (Laughing) | Sabrina Caraveo | | | |
| | | At 8:15 of the call Caraveo: "You hear me? Member of blood." (Laughing) | Raul Caraveo | | | a, b, d, e, f |
| 4/13/2010 | 7:17 PM | At 6:30 of the call Lucero: "I don't know Rue (Raul) I fucking got papers everywhere. | Pamila Lucero | DOC Call from Chavez to Lucero Disk #8 | DOC_00000581 | |
| | | At 6:33 of the call Caraveo: "Is that right? You got to stay on it hita when you're working for the M-O-Beezey…you know what I'm saying?" | Raul Caraveo | | | a b, d, e, g, l |
| | | At 6:38 of the call Lucero: "Shut the fuck up nigger!" (Laughing) | Pamila Lucero | | | |
| | | At 9:20 of the call Caraveo: "And then…..and then because yeah we're on some different shit." | Raul Caraveo | | | |
| | | At 9:24 of the call Lucero: "Alright." | Pamila Lucero | | | |
| | | At 9:25 of the call Caraveo: "Don't trip…the M-O-B gots it." (Laughing) | Raul Caraveo | | | a, b, e, g, j, l |
| | | At 9:27 of the call Lucero: "Shut the fuck up nigger!" (Laughing) | Pamila Lucero | | | |
| 4/27/2010 | 4:12 PM | At 2:26 of the call Lucero: "I mean I use to get….oh yeah I use to get like $389 every week and it dropped down…." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | |
| | | At 2:32 of the call Caraveo: "Oh from unemployment?" | Raul Caraveo | | | |
| | | At 2:34 of the all Lucero: "Yeah, to $210.  So my ass gonna go get a job." | Pamila Lucero | | | |

James Log-Portillos
Supplement

| | | | | | | |
|---|---|---|---|---|---|---|
| | | At 2:38 of the call Caraveo: "Hell I know that's right.  Well you got a job...M-O-B." | Raul Caraveo | | | a, b, d, e, l |
| | | At 2:42 of the call Lucero: "I know." | Pamila Lucero | | | b, e |
| | | At 2:43 of the call Caraveo: "So let's handle that."  (Laughing) | Raul Caraveo | | | a, b, d, e, l |