## *James* Log

### *United States v. Cristina Portillos,* Case No. 15-CR-00149-RM

### Code for Bases for Admission of Statements

a. Statements which in any way promote the objective(s) of a conspiracy.
b. Statements which reveal the existence of a conspiracy.
c. Statements to new or prospective members of a conspiracy which explain the conspiracy.
d. Statements which are intended to recruit potential coconspirators or to otherwise induce others to assist in carrying out the objectives of the conspiracy.
e. Statements which identify a conspirator or the role of a conspirator.
f. Statements which explain important events in the conspiracy.
g. Statements which are designed to give directions to facilitate the objectives of the conspiracy.
h. Statements which are designed to advise coconspirators of the progress of the conspiracy and keep them abreast of activities associated with the conspiracy.
i. Statements which are intended to assure the listener of a conspirator's ability to consummate a particular transaction.
j. Statements which are designed to gain the trust of other conspirators or potential conspirators, to reassure trustworthiness, or to allay suspicions or fears.
k. Statements which are intended to control damage to the conspiracy.
l. Statements which prompt the listener to respond in a way that facilitates carrying out the activities of the conspiracy.
m. Statements which conceal the objective of the conspiracy.
n. Statements which are intended to enhance a coconspirator's usefulness to the conspiracy.
o. Statements which set in motion acts that are an integral part of the conspiracy.
p. Statements which constitute puffing or boasting in promotion of the conspiracy.