IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. **CRISTINA PORTILLOS,**
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

---

### ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO SUPPLEMENT ITS *JAMES* LOG

---

THIS MATTER comes before the Court upon the Government's Unopposed Motion to Supplement Its *James* Log (ECF No. 362), with statements from three additional recorded calls. The Government also seeks permission to file a code for bases for admission of the statements contained in the Supplemental *James* Log for ease of reference.

The Court having considered this motion, it is hereby

ORDERED that the Government's Unopposed Motion to Supplement its *James* Log (ECF No. 362) is GRANTED.  It is further

1

2

ORDERED that the Government may file a Supplemental *James* Log, along with a code for bases for admission of the statements contained in the log.

DATED this 3rd day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge