IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON, and
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

_____

### GOVERNMENT'S SUPPLEMENTAL *JAMES* LOG
_____

Pursuant to the Court's Order granting the Government's Unopposed Motion to Supplement its *James* Log, docs. 362 and 363, the Government hereby files its Supplemental *James* Log along with a code for bases for admission of the proffered statements for ease of reference.

Respectfully submitted this 3rd day of March, 2016.

1

JOHN F. WALSH
United States Attorney


*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorneys
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Bryan.fields@usdoj.gov

2

**CERTIFICATE OF SEVICE**

      I hereby certify that on this 3rd day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Mr. John Mosby<br>Counsel for Cristina Portillos<br>john_mosby@msn.com | Mr. Martin Stuart<br>Counsel for Raul Caraveo<br>mstuart@portmanstuart.com |
| Mr. John Schlie<br>Counsel for Pamila Lucero<br>johnhenry@schlielawfirm.com | Ms. Marci Gilligan LaBranche<br>Counsel for Sabrina Caraveo<br>labranche@ridleylaw.com |
| Mr. Thomas Ward<br>Counsel for Eugene Chavez<br>tward@wardlawdenver.com | Mr. Robert Pepin<br>Counsel for Carolina Aragon<br>Robert_Pepin@fd.org |
| Mr. David Owen<br>Counsel for Conrad Archuleta<br>davidowen@lodopc.com | Mr. John Sullivan<br>Counsel for Nancy Guzman<br>jfslaw1@aol.com |

    *s/ Mariah Tracy*
Mariah Tracy
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0402
Email:
mariah.tracy@usdoj.gov

3