Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 12/11/2008 | 6:40 PM | At 7:52 of the call Chavez: "Will you fucking do the rest of it if I send you the thing? | | DOC Call from Chavez to Palumbo  Disk #7 | DOC_00000581 | |
| | | At 7:56 of the call Palumbo: "Sure I'll try to figure something out." | Melanie Palumbo | | | a, b, e, f, i, o |
| | | At 7:59 of the call Chavez: "All right, then I'll fucking help you, you know what I mean?  I'll help you with some money." | Eugene Chavez | | | a, b, c, d, e, f, i, l, o |
| | | At 16:08 of the call Chavez: "But like I said when that thing gets there I'll help you out with some money and shit." | Eugene Chavez | | | a, b, c, d, e, f, i, l, o |
| | | At 16:23 of the call Chavez: "I'll lace you with probably like about five hun." | Eugene Chavez | | | a, b, c, d, e, f, i, l, o |
| 12/15/2008 | 12:01 PM | At 10:54 of the call Caraveo:  "Well you should find out if I'm able to get you the Power of Attorney…you know what I'm saying….if there's anything you can fucking do…cause some other people I knew that we sent them that and it was all good…they were able to fuckin just go….asked them where they went they just said they went to a fuckin….one of them places and they took like $176 but they didn't have no problems with that. | Raul Caraveo | DOC Call from Caraveo to Lucero  Disk #1 | DOC_00000581 | a, b, c, d, e, f, g, l, o |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 12/18/2008 | 8:23 PM | At 4:41 of the call<br><br>Palumbo: "Okay how am I going to break it?"<br><br>Chavez: "I'm going to send you a paper."<br><br><br>At 4:58 of the call Chavez: "Beans will pick you (Palumbo) up and you can go do what you got to do then....being it's.......I'm going to probably cut you like five ($500) maybe." | Eugene Chavez<br><br><br><br><br><br>Eugene Chavez | DOC Call from Chavez to Palumbo<br>Disk #7 | DOC_00000581 | a, b, e, f, g, h<br><br><br><br><br><br>a, b, e, f, g, h |
| 12/26/2008 | 6:50 PM | At 2:26 of the call Caraveo: "Okay it's 7-1-9 of course, right?  5-2-4...1-7.......1-7-0-6."<br>At 2:37 of the call Caraveo: "And then the other one is 7-1-9 of course......5-2-3.......2-9.......2-3-5-1.  And then...and then the other little..I think the extension is 3-4-9-1........2-5-7-6.......and extension 2-6-7-8." | Raul Caraveo<br><br><br><br>Raul Caraveo | DOC Call from Caraveo to S. Caraveo<br>Disk #1 | DOC_00000581 | a, b, e, f, g, h, l, o<br><br><br><br>a, b, e, f, g, h, l, o |
| 1/9/2009 | 12:56 PM | At 12:23 of the call Caraveo: "Hey hita check this out I'm gonna give you these fuckin 411s and shit and then call that one spot....you know where?  And check this shit out..I'll give you the extensions of what it's suppose to be."<br><br>At 12:36 of the call Lucero: "Alright let me get a pen."<br><br>At 15:36 of the call Caraveo: "So the first one's 5-2-4....1-7...1-7-0-6....and then the next one is 5-2-3...2-9....2-3-5-1....you got that?  5-2-3-2-9-2-3-5-1?   And then the extensions for both of them will be 2-4-9-1 on the first....and then uh 2-5-7-6...and then 2-6-7-8"<br><br>At 16:13 of the call Lucero: "2-6-7-8 on what?"<br><br>At 16:15 of the call Caraveo: "You know....on the O-feezy....2-4-9-1...and then the O-Seis is uh 2-5-7-6....and the O-seven.... Is 2-6-7-8." | Raul Caraveo<br><br><br><br><br><br><br><br>Raul Caraveo<br><br>Pamila Lucero<br><br><br>Raul Caraveo | DOC Call from Caraveo to Lucero<br>Disk #1 | DOC_00000581 | a, b, e, f, g, h, l, o<br><br><br><br><br><br><br><br>a, b, e, f, g, h, l, o<br><br><br><br>a, b, e, f, g, h, l, o |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 16:33 of the call Lucero: "But I only got dos." | Pamila Lucero | | | |
| | | At 16:35 of the call Caraveo: "Uh no those are the amounts." | Raul Caraveo | | | a, b, e, f, g, h, l, o |
| | | At 16:37 of the call Lucero: "Yeah…okay so dos on the 2nd? | | | | |
| | | At 16:40 of the call Caraveo: "Naw no on all 3 of them….I mean on all both of those…the 5-2-4-1-7-17-0-6…check all 3 and then on the 5-2-3-2-9-2-3-5-1…check all 3 too." | Raul Caraveo | | | a, b, e, f, g, h, l, o |
| | | At 16:53 of the call Lucero: "Okay so all 3 then." | | | | |
| | | At 16:55 of the call Caraveo: "Yeah all 3 on both of them." | Raul Caraveo | | | a, b, e, f, g, h, l, o |
| 1/26/2009 | 4:32 PM | | | DOC Call from Caraveo to Palumbo<br>Disk #7 | DOC_00000581 | |
| | | At :42 of the call Caraveo: "Tell her (Sabrina) that the name I was trying to tell her was Michael R-A-P-U-E." | Raul Caraveo | | | a, b, e, f, g, h, l, o |
| | | At 1:04 of the call Caraveo: "And then his (Rapue) number is 101877." | Raul Caraveo | | | a, b, e, f, g, h, l, o |
| | | At 1:18 of the call Caraveo: "That one I gave you (Palumbo) there that's suppose to be 3-3 hun….that's suppose to be 3 hun ($300) to him (Rapue), that dude." | Raul Caraveo | | | a, b, e, f, g, h, l, o |
| 1/26/2009 | 7:35 PM | At 2:42 of the call Lucero: "Yeah that one and whatever freaking fools…let me see…that was sent to Cristina's that was just a letter." | Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #2 | DOC_00000581 | a, b, e, f, h |
| 10/2/2009 | 9:27 PM | At 8:10 of the call Caraveo: "That nigger she better sign up with the M-O-B. | Raul Caraveo | DOC Call from Caraveo to S. Caraveo<br>Disk #2 | DOC_00000581 | a, b, d, e, f |
| | | At 8:13 of the call S. Caraveo: "Shut the fuck up!" (Laughing) | Sabrina Caraveo | | | |
| | | At 8:15 of the call Caraveo: "You hear me? Member of blood." (Laughing) | Raul Caraveo | | | a, b, d, e, f |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 2/9/2010 | 4:38 PM | At 3:00 of the call Caraveo: "Hey check this out, that address that you had sent them to Cristy's…is that Cristy's?" | | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | |
| | | At 3:05 of the call Lucero: "Uh..yeah.  Yeah Cristina's." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | a, b, e, f, h, o |
| | | At 3:11 of the call Caraveo:  "Do you remember putting that one in there? Is that one cool?" | | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | |
| | | At 3:16 of the call  Lucero: "Yeah that one's fine." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | a, b, e, f, h, o |
| | | At 3:18 of the call Lucero:  "Yeah the Baltic?" | | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | |
| | | At 3:20 of the call Caraveo: "Yeah I think it's Baltic." | Raul Caraveo | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | a, b, e, f, h, o |
| 2/9/2010 | 7:46 PM | At .56 of the call Lucero: "But those got there, like, all three, and so she's going to send them overnight to me." | Pamila Lucero | DOC Call from  Chavez to Lucero Disk #2 | DOC_00000581 | a, b, e, f, h, o |
| 2/14/2010 | 2:16 PM | At 1:55 of the call Lucero: "And uh….there's two other ones that came to Tonya's for Seguira….but I don't know which ones they are…cause I thought only one was going to go and so they must have sent…I don't know what they sent.  So she's going to bring those by later." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | a, b, e, f, h, o |
| 2/26/2010 | 7:49 PM | At 3:18 of the call Lucero:  "Cause one was going to Cristina's…..and she's here." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | a, b, e, f, h |
| | | At 3:21 of the call Caraveo "Well there's deuce that was going over there…wasn't there?' | | | | |
| | | Lucero: "Well I have to wait…..you know what I'm saying?" | Pamila Lucero | | | a, b, e, f, h |
| | | Caraveo: "Oh…yeah." | | | | |
| | | Lucero: "You know." | | | | |
| | | Caraveo: "Oh so you did like one and one?" | | | | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | Lucero: "Yeah....yeah..so uh you know." | Pamila Lucero | | | a, b, e, f, h |
| | | Caraveo: "And then a week later sumthin." | | | | |
| | | Lucero: "Yeah.....that's how I was taught." | Pamila Lucero | | | a, b, e, f, h |
| | | Caraveo: "Yup yup you know what's up." | Raul Caraveo | | | a, b, e, f, h |
| 3/17/2010 | 3:45 PM | At 2:55 of the call Lucero: "That Steele?  Okay what is it?"<br><br>At 2:59 of the call Caraveo:  "3-1-6-8-6-6-9-6-4.  And then I'd just re-do….and I think it was to Cristine's." | Raul Caraveo | DOC Call from Caraveo to Lucero<br>Disk #5 | DOC_00000581 | a, b, e, f, g, h, o |
| 3/18/2010 | 7:11 PM | At 2:10 of the call Lucero: "By the way…you're going to have to listen to me for a minute.  This…this one that I got today….This was for….one for Mills for 0-7.  So whatever that other one…we don't got that yet." | Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #8 | DOC_00000581 | a, b, e, f, g, h, o |
| 4/13/2010 | 7:17 PM | At 2:49 of the call Lucero: "I didn't even mark it down…I fucking totally fucking spaced it out.  Because uh Michelle ….called today and one came through for like 0-7 but like the…the 8 was only 3…for …for D….Donnie." | Pamila Lucero | DOC Call from  Chavez to Lucero<br>Disk #8 | DOC_00000581 | a, b, e, f, g, h, o |
| | | At 6:30 of the call Lucero:  "I don't know Rue (Raul) I fucking got papers everywhere. | Pamila Lucero | DOC Call from Chavez to Lucero<br>Disk #8 | DOC_00000581 | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 6:33 of the call Caraveo: "Is that right?  You got to stay on it hita when you're working for the M-O-Beezey…you know what I'm saying?" | Raul Caraveo | | | a b, d, e, g, l |
| | | At 6:38 of the call Lucero: "Shut the fuck up nigger!" (Laughing) | Pamila Lucero | | | |
| | | At 9:20 of the call Caraveo: "And then…..and then because yeah we're on some different shit." | Raul Caraveo | | | |
| | | At 9:24 of the call Lucero: "Alright." | Pamila Lucero | | | |
| | | At 9:25 of the call Caraveo: "Don't trip…the M-O-B gots it." (Laughing) | Raul Caraveo | | | a, b, e, g, j, l |
| | | At 9:27 of the call Lucero: "Shut the fuck up nigger!" (Laughing) | Pamila Lucero | | | |
| 4/19/2010 | 9:26 PM | At 3:50 of the call Lucero:  "Oh yeah, Shel called me today, she got one for 3 bills for the 0-8 for Bateman.  I don't know what's up with these 0-8s. I don't know what the fuck …is all about." | Pamila Lucero | DOC Call from   Chavez to Lucero  Disk #8 | DOC_00000581 | a, b, e, f, g, h, o |
| 4/26/2010 | 8:01 PM | At 1:15 of the call Lucero:  "I got one at Cristina's for like twenty.  What was it the 0-6 one?  So I got the one for 0-6 for Kelly….thank you……Yeah..the whatever…2678 or whatever." | Pamila Lucero | DOC Call from   Chavez to Lucero  Disk #8 | DOC_00000581 | a, b, e, f, h, o |
| 4/27/2010 | 4:12 PM | At 2:26 of the call Lucero: "I mean I use to get….oh yeah I use to get like $389 every week and it dropped down…." | Pamila Lucero | DOC Call from Caraveo to Lucero  Disk #2 | DOC_00000581 | |
| | | At 2:32 of the call Caraveo: "Oh from unemployment?" | Raul Caraveo | | | |
| | | At 2:34 of the all Lucero: "Yeah, to $210.  So my ass gonna go get a job." | Pamila Lucero | | | |
| | | At 2:38 of the call Caraveo: "Hell I know that's right.  Well you got a job…M-O-B." | Raul Caraveo | | | a, b, d, e, l |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 2:42 of the call Lucero: "I know." | Pamila Lucero | | | b, e |
| | | At 2:43 of the call Caraveo: "So let's handle that."  (Laughing) | Raul Caraveo | | | a, b, d, e, l |
| | | At 3:34 of the call Caraveo: "Hey…and you have….your one homegirl has the homey Dallas's information?" | | DOC Call from Caraveo to Lucero Disk #2 | DOC_00000581 | |
| | | At 3:41 of the call Lucero: "Uh…what was that?" | | | | |
| | | At 3:44 of the call Caraveo: "J….J-D | Raul Caraveo | | | b, e, f, h |
| | | At 3:46 of the call Lucero: "Uh…I know who you're talking about.  I think that's the one she [Portillos] got." | Pamila Lucero | | | b, e, f, h |
| 5/2/2010 | 2:24 PM | At 9:01 of the call Guzman: "And she (Pam Lucero) told me where to go and what to do." | Nancy Guzman | DOC Call from Archuleta to Guzman Disk #13 | DOC_00000581 | a, b, c, e, f, g, o |
| | | At 8:42 of the call Guzman: "She (Lucero) told me what to do and everything." | Nancy Guzman | | | a, b, c, e, f, g, o |
| | | At 9:22 of the call Archuleta: "They (Lucero and Chavez) do a lot of them (False Returns)." | Conrad Archuleta | | | a, b, e, f, p |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 10:03 of the call Archuleta:  "That's my partner (Chavez)." | Conrad Archuleta | | | a, b, e, f |
| | | At 10:42 of the call Archuleta: "They went to Delta or something, had to go do a bunch of the (Refund Checks)." | Conrad Archuleta | | | a, b, e, f, h, o |
| | | At 10:50 of the call Archuleta: "They're looking for somebody to help them (Chavez and Lucero)." | Conrad Archuleta | | | a, b, e, f, h |
| | | At 10:53 of the call Guzman: "Yeah, I can help them (Chavez and Lucero)." | Nancy Guzman | | | a, b, e, f, o, i |
| | | At 12:02 of the call Archuleta: "And that's five ($500)…just for you doing it." | Conrad Archuleta | | | a, b, e, f, d |
| 5/3/2010 | 7:07 PM | At 2:33 of the call Lucero: "Just tell him (Caraveo) that the seven came for Espinal and Dallas….seven…seven on each one of them…you know what I'm talking about?" | Pamila Lucero | DOC Call from   Chavez to Lucero Disk #8 | DOC_00000581 | a, b, e, f, g, h, l, o |
| 5/3/2010 | 8:26 PM | At 6:37 of the call Lucero: "But now I got to freaking break some of this shit down to Cristine….goes like…oh do I get paid?" | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #8 | DOC_00000581 | a, b, e, f, l, h. o |
| | | At 6:46 of the call Caraveo: "Yeah but tell Cristine…tell her thanks a lot." | Raul Caraveo | | | a, b, e, f, l, o |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 5/4/2010 | 3:46 PM | At 6:40 of the call Lucero: "And then uh….Michelle called and she's um..she said one got there so she sent in the mail this morning for uh…um Brown.  You know what I'm talking about?" | Pamila Lucero | DOC Call from   Chavez to Lucero  Disk #8 | DOC_00000581 | a, b, e, f, h |
| 5/20/2010 | 8:25 PM | At 3:49 of the call Lucero: "And then my girl Cristina she's just like…shit that nigger aint getting shit!" | Pamila Lucero | DOC Call from Caraveo to Lucero  Disk #2 | DOC_00000581 | a, b, e, f, h |
| 5/24/2010 | 8:50 PM | At 1:15 of the call Lucero:  "Well hey, I got a picture today from Romero…..yeah for 25…the 6.  Caraveo:  Oh, okay.  And was that …..was that to Christi's? | Pamila Lucero | DOC Call from Caraveo to Lucero  Disk #2 | DOC_00000581 | a, b, e, f, h  a, b, e, f, h |
| 6/3/2010 | 11:59 AM | At 2:30 of the call     Lucero:  "All right…go ahead."  Caraveo:  "All right, so the homie's name, it's the same name that's on that thing…..D, but it's …..don't put that name.  Put Gilbert."  Lucero: And then Cristina's eight (8)." | Raul Caraveo  Pamila Lucero | DOC Call from Caraveo to Lucero  Disk #2  Caraveo to Lucero Disk #2 | DOC_00000581  DOC_00000581 | a, b, e, f, g, h, l, o  a, b, e, f, h |
| 6/28/2010 | 12:40 PM | At 11:27 of the call Caraveo: "And then there's another one…just fucking do that one to the homegirl Cristy." | | DOC Call from Caraveo to Lucero  Disk #2 | DOC_00000581 | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 11:54 of the call Lucero: "She's all like...I want to get my payday before I go on vacation.....since I'll probably need something....I probably won't." | Pamila Lucero | | | a, b, e, f, h |
| 7/7/2010 | 2:09 PM | At 1:38 of the call Lucero: "So anyway, my girl from Columbia like hit me up.  There's like.....there's two that are small then the other one....one of, like something said there was one of the letters with the, you know, you can't get." | Pamila Lucero | DOC Call from Caraveo to Lucero  Disk #2 | DOC_00000581 | a, b, e, f, h |
| 7/12/2010 | 4:08 PM | At 9:40 of the call S. Caraveo  "I just did it all cute too......28-78."  Caraveo:  "All right."  S. Caraveo:  "Hold on, let me park real quick....32-78." | Sabrina Caraveo  Sabrina Caraveo  Raul Caraveo | Caraveo to S. Caraveo  Disk #3 | DOC_00000581 | a, b, e, f, h  a, b, e, f, h  a, b, e, f, h |
| 7/12/2010 | 9:10pm | At 1:23 of the call  S. Caraveo  "We got more."  S. Caraveo:  "Two."  Caraveo:  "Cool.  None from them other folks?" | Sabrina Caraveo  Sabrina Caraveo  Sabrina Caraveo | DOC Call from Caraveo to S. Caraveo | DOC_00000581 | a, b, e, f, h  a, b, e, f, h |
| 7/16/2010 | 1:25 PM | At 3:33 of the call Lucero  "She's sending those to me."  Caraveo:  "How many?  Two?"  Lucero:  Yeah...two and a letter." | Pamila Lucero  Pamila Lucero | DOC Call from Caraveo to Lucero  Disk #3 | DOC_00000581 | a, b, e, f, h  a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 7/23/2010 | 4:01 PM | At 18:49 of the call Caraveo: "Hey so uh them flicks that I sent you…is one of those going to Cristine's?"<br><br>At 18:54 of the call Lucero: "Yeah some went out to Cristine's." | <br><br><br><br>Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | <br><br><br><br>a, b, e, f, h |
| 7/28/2010 | 9:06 PM | At 6:30 of the call Caraveo "And then freaking that fucking weird ass shit for Cristina..that aint going to be till the 24th." | Pamila Lucero | to Lucero<br>Disk #3 | DOC_00000581 | a, b, e, f, h |
| 7/31/2010 | 1:06 PM | At 1:13 of the call Caraveo "Hey when you see your homegirl Maria grab them fucking letters from her."<br><br>Lucero: "I know and I got….well there's like two and then there's two. So one's for like 32…I think 32-98 and the other one's like 29 somethin."<br>At 1:44 of the call Caraveo: "Hey….and tell Cristina she's ….well no I don't want to make her feel like that but tell her she's been a good<br>At 1:57 of the call Lucero: "Raul said he's gonna give you a bonus since you've been a good worker."<br><br>At 2:02 of the call Portillos: "He's gonna give me a what?"<br><br><br><br>At 2:03 of the call Lucero: "A bonus."<br><br>At 2:04 of the call Portillos: "Oh I like bonuses."<br>At 2:06 of the call Lucero: "She said oh she likes bonuses and she needs it too…..it's her birthday….Yeah her birthday is on the 8th."<br>At 2:12 of the call Caraveo: "Yeah we'll plug her up with a little sumthin."<br><br>At 3:55 of the call Caraveo: "Hey so check it out. When you do all that just slide Cristine there 2-5-0." "Tell her that's her little bonus on G-P just for helping us out and shit."<br>At 4:52 of the call Lucero: "Rue called me when I just got into Delta…and he's like well tell her since she's such a good worker I'm | <br><br><br><br>Pamila Lucero<br><br>Raul Caraveo<br><br>Pamila Lucero<br><br><br><br><br>Pamila Lucero<br><br><br>Pamila Lucero<br><br>Raul Caraveo<br><br><br>Raul Caraveo<br><br>Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | <br><br>a, b, e, f, h<br>a, b, e, f, h<br><br>a, b, d, e, f, g, h, l<br><br>a, b, d, e, f, g, h, l<br><br><br><br>a, b, d, e, f, g, h, l<br><br><br>a, b, d, e, f, h, l<br><br>a, b, d, e, f, g<br><br><br>a, b, d, e, f, g<br><br>a, b, d, e, f, h |
| 7/31/2010 | 9:15 PM | | | DOC Call from Chavez to Lucero | DOC_00000581 | |
| 8/6/2010 | 2:17 PM | At 2:02 of the call Caraveo: "Hey so nothing else to Cristy's yet huh?" | | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 2:05 of the call Lucero: "Yeah we got letters for uh that crazy name." | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:10 of the call Caraveo: "Epafine?" At 2:11 of the call Lucero: "Yup.  One for eight (2008) will be like 6 bucks ($600)...and the other one....well we didn't get another one for | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:30 of the call Caraveo: "Oh is that right?" | | | | |
| | | At 2:31 of the call Lucero: "Yup." | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:32 of the call Caraveo: "So something's rolling but not all?" At 2:35 of the call Lucero: "Well we already got the one for the six bucks ($600) but I just said I'll just fucking hold on to that to see what the fuck......ha ha Cristina goes..we spent it thanks." | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:46 of the call Caraveo: "Hey you gave her that two bucks ($200)?" At 2:50 of the call  Lucero: "Well Yeah" | Pamila Lucero | | | a, b, e, f, h |
| | | At 6:45 of the call Portillos: "Hello?" At 6:46 of the call Caraveo: "Hey so what he do man?  Finally get to say what's up to one of the mother fucking integral parts of the M-O-B. You feel me?" | Raul Caraveo | | | a, b, d, e, f, l |
| | | At 6:47 of the call Portillos: "Yes" | Cristina Portillos | | | a, b, e, f, l |
| | | At  6:48 of the call Caraveo: "Yeah you know what to do hita.  Hey thanks a lot for everything, alright?" | Raul Caraveo | | | a, b, d, e, f, l |
| | | At 7:02 of the call Portillos: "Oh no, yeah, I agree." | Cristina Portillos | | | a, b, e, f, i |
| | | At  7:05 of the call Caraveo: "Yeah you know what's up." | Raul Caraveo | | | a, b, e, f, j |
| | | At 7:06 of the call Portillos: "Yeah." | Cristina Portillos | | | a, b, e, f, n |
| | | At  7:07 of the call Caraveo: "Alright hey let me get at my girl but you stay up hita and thank you...I just wanted to tell you thank you." | Raul Caraveo | | | a, b, e, f, l, |
| | | At 7:12 of the call Portillos: "Okay, thanks." | Cristina Portillos | | | a, b, e, f, n |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 8/16/2010 | 7:51 PM | At 1:34 of the call Caraveo: "Hey and uh so the one to Cristy's is Kevin." | Raul Caraveo | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | a, b, e, f, h |
| | | At 1:42 of the call Lucero: "Yeah Woodward..or Woodard or something." | Pamila Lucero | | | a, b, e, f, h |
| | | At 1:43 of the call Caraveo: "Yeah." | Raul Caraveo | | | a, b, e, f, h |
| 8/28/2010 | 12:43 PM | At 3:30 of the call Caraveo: "We should be good for uh….the ones…well those should get there tomorrow or Tuesday." | Raul Caraveo | DOC Call from Caraveo to Lucero | DOC_00000581 | a, b, e, f, h |
| | | At 3:37 of the call Lucero: "Yeah cause I had already called her and still was a nothing." | Pamila Lucero | | | a, b, e, f, h |
| | | At 3:40 of the call Caraveo: "Ya to uh….and you let Cristy know too right?" | | | | |
| | | At 4:02 of the call Caraveo: "The one to Cristy?" | | | | |
| | | At 4:04 of the call Lucero: "Well I checked on that and it still says the 14th." | Pamila Lucero | | | a, b, e, f, h |
| 9/1/2010 | 12:14 PM | At 1:35 of the call Caraveo: "Hey so that fucking ah ta-ta didn't say nothing about that Truji (Trujillo)?" | | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | |
| | | At 1:39 of the call Lucero: "No." | Pamila Lucero | | | a, b, e, f, h |
| | | At 1:57 of the call Caraveo: "Said it went out on Friday…the 27th." | Raul Caraveo | | | a, b, e, f, h |
| | | At 2:07 of the call Lucero: "I just got off the phone with Cristina there's nothing there today either she's like Aw man!" | Pamila Lucero | | | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 9/9/2010 | 5:20 PM | At 1:27 of the call Lucero: "I mean…I just don't know I mean cause I mean…I don't want no fucking paper trail..like for nothing." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #3 | DOC_00000581 | a, b, e, f, h, k, m |
| | | At 2:09 of the call Caraveo "You told Mac (Chavez) what was there right?" Lucero: "Yeah." | Pamila Lucero | | | a, b, e, f, h |
| | | Caraveo: "And how much is that….Yeah how much is that one?" Lucero: " That one's 3-2-4-8." | Pamila Lucero | | | a, b, e, f, h |
| 9/11/2010 | 1:15 PM | At 2:05 of the call Caraveo: "Hey fucking and uh that shit to Cristy's should be rolling this week…fucking that Kevin. She already know's what's up?" | Raul Caraveo | DOC Call from Caraveo to Lucero Disk #3 | DOC_00000581 | a, b, e, f, h |
| | | At 2:16 of the call Lucero: "I already know…I've been telling her." | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:18 of the call Caraveo: "Huh?" At 2:19 of the call Lucero: "I said I already know…I've been telling her." | Pamila Lucero | | | a, b, e, f, h |
| 9/14/2010 | 8:36 PM | At 3:10 of the call Caraveo: "So the D…D period…..and then S-I-M-O-N-T-O-N.:" | Raul Caraveo | DOC Call from Caraveo to Lucero Disk #3 | DOC_00000581 | a, b, e, f, h |
| | | Caraveo: "I…like Tom…..Yeah Simonton." | Raul Caraveo | | | a, b, e, f, h |
| | | Caraveo: "D-L-N-N-I-S…..like the menace. That one right there….the D..Simon…..that should be…..this….the 17th." | Raul Caraveo | | | a, b, e, f, h |
| | | | | | | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|-----------|-----------|-----------|-----------|--------|---------|-----------------|
| 9/21/2010 | 1:05 PM | At 10:51 of the call Caraveo: "That and then to Cristy….he told you about the Willhite?"<br><br><br><br><br><br><br><br><br><br><br>At 10:51 of the call Lucero: "What's up with that?<br>At 10:58 of the call Caraveo: "That fucking should be there……should be there this…get sent on the 24th." | Raul Caraveo | DOC Call from Caraveo to Lucero | DOC_00000581 | a, b, e, f, h |
| 9/21/2010 | 8:42 PM | At .49 of the call Caraveo: "So what's up…did you holler at your people?"<br><br>Lucero: "Yeah she said she got the fuckin..the letter for like 8 and 9 for the Simonton or whatever the fuck that shit is. So probably tomorrow she'll get the thing you know what I mean?"<br><br>Caraveo: "Oh the letters that they increased?"<br>Lucero: Yean.<br><br><br>Lucero: "Um…I think she said...what the fuck did she say? Twenty......2-70 and one's 3-2." | Pamila Lucero<br><br>Pamila Lucero<br><br><br>Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | a, b, e, f, h<br><br>a, b, e, f, h<br><br><br>a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | Caraveo:  "Yeah one's 3-2 and one's 2-6." | Raul Caraveo | | | a, b, e, f, h |
| 9/21/2010 | 9:27 PM | At 2:02 of the call Lucero: "So anyway I called Cristina to confirm it is what I said it was.  The Willhite or whatever.." | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #3 | DOC_00000581 | a, b, e, f, h |
| | | At 2:11 of the call Caraveo: "Yeah….oh it's Willhite" At 2:15 of the call Lucero: "Yes…..That's the one that fucking…I told you. | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:19 of the call Caraveo: "And it says what now?" At 2:21 of the call Lucero: "That's the one that fucking…they took fucking like 2-8-4-8." | Pamila Lucero | | | a, b, e, f, h |
| | | At 2:27 of the call Caraveo:  "Is that right? | | | | |
| | | At 2:28 of the call Lucero: "Mmmm hmmm." | Pamila Lucero | | | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 1:03 of the call Archuleta: "Did um-did you get any mail"<br><br>Guzman: "Yes I did."<br><br>Archuleta: "And?"<br><br>Guzman: "And -- I don't know."<br><br>Archuleta: "What do you mean, you don't know?"<br><br>Guzman: "I just got it today, and I haven't opened it yet."<br><br>Archuleta: "Well open it, what do you mean, you don't know?"<br><br>At 1:37 of the call Guzman: "It's from U-T....Okay the number is 2-6-7-8." | | DOC Call from Archuleta to Guzman<br>Disk #3 | | |
| 9/22/2010 | 8:23 PM | | Nancy Guzman | | DOC_00000581 | a, b, e, f, h |
| 9/23/2010 | 5:18 PM | At 5:41 of the call Archuleta: "She (Sabrina) has two of them (POA Forms), you can go pick them up and then Midge (Lucero) can take you over there, go take Nancy to go, help her cash that." | Conrad Archuleta | Disk #7 | | a, b, e, f, g, h, l, o |
| 9/28/2010 | 8:16 PM | At 2:05 of the call Lucero: "And then Cristina got another one of those whatcha call it for that same other one." | Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | a, b, e, f, h |
| | | At 2:10 of the call Caraveo: "For Will (Willhite)?"<br>At 2:12 of the call Lucero: "Yeah the fucking...Yeah for the fucking....they're taking that for C-S (Child Support)....the whole thing." | Pamila Lucero | | | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 10/17/2010 | 3:43 PM | At 6:35 of the call Caraveo: "Hey but to Cristi's there's a....I got to look on my thing but there's more."<br>At 6:43 of the call Lucero: "Well Yeah..she's got fucking everything that...I don't know I got all kinds of papers over there." | Raul Caraveo<br><br>Pamila Lucero | DOC Call from Caraveo to Lucero<br>Disk #3 | DOC_00000581 | a, b, e, f, h<br><br>a, b, e, f, h |
| | | At 6:47 of the call Caraveo: "Yeah you know what's up." | Raul Caraveo | | | a, b, e, f, j, n |
| | | At 6:49 of the call Lucero: "but she got...she's not a happy camper cause everything that's going there is the C-S (Child Support)." | Pamila Lucero | | | a, b, e, f, h |
| | | At 6:55 of the call Caraveo: "Oh is that right?  No but...Yeah but we don't know that all....you know what I'm saying? Tell her we don't know that all the time but the next ones....those should be this coming week or the following week...those should be cool." | Raul Caraveo | | | a, b, e, f, h |
| 10/17/2010 | 8:40 PM | At 4:39 of the call Caraveo: "Then Yeah, out of that, nothing will go to Sabrina's way." | Raul Caraveo | to Guzman<br>Disk #3 | | a, b, e, f, g, h |
| | | At 5:23 of the call Caraveo: "So Yeah, another one from that and then the Pope's should be two." | Raul Caraveo | | | a, b, e, f, h |
| 10/18/2010 | 7:57 PM | At 2:40 of the call S. Caraveo: "Can you hear me?..."<br><br>Caraveo: "Yeah."<br><br>S. Caraveo: "Are you listening?"<br><br>S. Caraveo: "she got....old girl..you know how the horse keeps bucking?"<br><br>Caraveo: "Right...oh okay."<br>S. Caraveo: "Old girl got Gary." | Sabrina Caraveo<br><br><br>Raul Caraveo<br>Sabrina Caraveo<br>Sabrina Caraveo | DOC Call from Caraveo to S. Caraveo<br>Disk #3 | DOC_00000581 | a, b, e, f, h<br><br><br>a, b, e, f, h<br>a, b, e, f, h<br>a, b, e, f, h |
| 8/1/2011 | 5:13 PM | At 1:03 of the call Lucero: "Christina got two but they were just those 3 and 4...for the 8 and 9.  That's it.  So I made a copy if you want me to | Pamila Lucero | DOC Call from Caraveo to Lucero | DOC_00000581 | a, b, e, f, h |
| 2/4/2012 | 1:56 PM | At 14.25 of the call Caraveo: "And the Steele?" | | to Lucero<br>Disk #5 | DOC_00000581 | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|-----------|-----------|-----------|-----------|--------|---------|-----------------|
| | | At 14.26 of the call Lucero: "And the Steele….I needed to get the 8….just the small…the E-I-C….so it's already filled but I had Cristina fill…do the shit.  She was only able to do the 11…that's all they | Pamila Lucero | | | a, b, e, f, h |
| | | At 14.45 of the call Caraveo: "Oh hey so you already got the 11 too?" At 14.50 of the call Lucero: "Well just the E thing….not the 10…not the 8.  She was at work and I told her to pull it up." | Pamila Lucero | | | a, b, e, f, h |
| 2/9/2012 | 2:16 PM | At 2:31 of the call Lucero: "Yeah but Cristina she got me like cause I needed that extra 8 and she freakin didn't get me the last form…you know like the 3rd one?" | Pamila Lucero | DOC Call from Caraveo to Lucero Disk #5 | DOC_00000581 | a, b, e, f, h |
| 4/9/2012 | 7:20 PM | At 6:18 of the call Caraveo: "Well you take care Cristina and little Midgey been hollering at you about what's cracking and shit right?"  At 6:24 of the call Portillos: "Uh-huh."  At 6:25 of the call Caraveo: "Yeah we all good though little nig…don't trip." | Cristina Portillos  Raul Caraveo | DOC Call from Caraveo to Lucero, talking to Portillos Disk #5 | DOC_00000581 | a, b, e, f  b, e, f, j |
| 5/18/2012 | 6:43 PM | At 3:00 of the call Caraveo: "No, what I'm saying is try to find out if uh you know Tina…Cristina or one of them and then when you let me know then I'll have them do the thing to them….you know what I'm saying?" | Raul Caraveo | DOC Call from Caraveo to Lucero Disk #5 | DOC_00000581 | b, e, f, g, h |
| 5/26/2012 | 12:42 PM | At 5:34 of the call Caraveo: "What's up with Tina?"  At 5:38 of the call Lucero: "Who?" | | DOC Call from Caraveo to Lucero Disk #5 | DOC_00000581 | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|-----------|-----------|-----------|-----------|--------|---------|-----------------|
| | | At 5:34 of the call Caraveo: "Cristine." | Raul Caraveo | | | b, e |
| | | At 5:38 of the call Lucero: "Oh….I don't know." | | | | |
| | | At 5:40 of the call Caraveo: "Oh she's scared to death right now." | Raul Caraveo | | | b, e, f, h |
| | | At 5:44 of the call Lucero: "Probably…you know she had all those ones." | Pamila Lucero | | | b, e, f, h |
| | | At 5:49 of the call Caraveo "Hey but they never……then jankos never hollered at huh." | | | | |
| | | At 5:53 of the call Lucero: "No." | | | | |
| | | At 5:55 of the call Caraveo: "No that's why they didn't…they didn't really know all that.  Well why don't you hit that nigger up and if she's boo…you know tell her uh…a buck and a half ($150) her way and then uh I can have him just do the actual thing (POA)…you know what I'm saying?" | Raul Caraveo | | | a, b, e, f, h |
| 7/26/2012 | 7:33 PM | out the MOB gonna take care of all their loved ones..don't trip…I'm a real bonafide nigger…don't trip…it's family first and you are my fam…you know what I'm saying?" | Raul Caraveo | to Lucero, talking to Portillos  Disk #5 | DOC_00000581 | a, b, e, f, j |
| | | At 17:49 of the call Portillos: "Yeah." | Cristina Portillos | | | a, b, e, f, j |
| 11/2/2012 | 5:47 PM | At 1:00 of the call Lucero:  "Um I don't know….they're just asking if they knew anyone in prison….they haven't talked anything they just left a…the card.  Cristina hasn't got back." | | DOC Call from Caraveo to Lucero  Disk #5 | DOC_00000581 | |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | At 1:40 of the call Caraveo: "Yeah well you know…they the homies and shit..so you…Yeah just make sure them niggas aint on no….you know what I mean?"<br>At 1:48 of the call Lucero: "I know…I already fuckin let them know….I said no say nada nada!" | Pamila Lucero | | | a, b, e, f, m, j, n |
| 11/9/2012 | 4:52 PM | with any link I just said….don't deny knowing me..but anything else nothing…I mean like I told Cristina….I said if anything…I was like told | Pamila Lucero | to Lucero<br>Disk #5 | DOC_00000581 | a, b, e, f, g, h, j, k m, n, o |
| 3/1/2014 | 7:19 PM | At 3:04 of the call Aragon:  "Well I got the number 11 um from Hall." | Carolina Aragon | DOC Call from Caraveo to Aragon<br>Disk #6 | DOC_00000581 | a, b, e, f, h |
| 7/25/2014 | 9:13 AM | S. Caraveo: "When the (Refund) checks were ready to be sent out he (Caraveo) would say oh well, you get such and such amount, you get such and such amount and then send me some and stuff like that." | S. Caraveo | S. Caraveo Debrief | INT_00000303 | a, b, e, f, g, l, o |
| | | AUSA Paluch:  "And what did he (Caraveo) tell you?"<br><br>S. Caraveo: "That he makes money from Uncle Sam." | S. Caraveo | S. Caraveo Debrief | INT_00000325 | a, b, e, f , i, l, p |
| | | S. Caraveo:"That he (Caraveo) would fill out tax returns and if I knew anybody that he can use." | S. Caraveo | S. Caraveo Debrief | INT_00000326 | a, b, e, f, l, o |
| | | S. Caraveo:"He (Caraveo) said basically, you know, in so many words that she's (Lucero)….that she's doing us a favor by cashing them (Refund Checks) and I just needed to just swallow it." | S. Caraveo | S. Caraveo Debrief | INT_00000385 | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | S. Caraveo:"Raul (Caraveo) had said that she (Aragon) needed help fixing one of the...one of the taxes." | S. Caraveo | S. Caraveo Debrief | INT_00000404 | a, b, e, f, g, h |
| 9/9/2014 | 10:39 AM | S/A Romero:  "Okay so her (Miranda Golden) involvement in this scheme was such that you reached out to her based on Raul's (Caraveo) instruction?"<br><br>S. Caraveo:"Because...right, because Raul had a....told me that he needed somebody else to......to cash them (Refund Checks) and not the same person." | S. Caraveo | S. Caraveo Debrief | INT_00000570 | a, b, e, f, l, o |
| 3/12/2015 | 8:40 AM | Palumbo:  "She (Sabrina) always would just be like yeah, I have it handled or whatever.  I got it cashed."<br>Palumbo:" I believe she (Sabrina) said that anybody under 23 can be claimed she (Sabrina) told me." | Melanie Palumbo<br><br>Melanie Palumbo | Palumbo Debrief<br><br>Palumbo Debrief | INT_00001494<br><br>INT_00001498 | a, b, e, f, h<br><br>a, b, e, f, h |
| | | Palumbo:"Sabrina had asked me well, what did you tell them about Tex's check, we call him Tex, and I said well, I don't remember.  She (Sabrina) goes well, we stole it from him.  She (Sabrina) told me that we stole it." | Melanie Palumbo | Palumbo Debrief | INT_00001500 | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | Palumbo:"That's what she (Sabrina) told me she did is three years because you can file three years.  She (Sabrina) told me that." | Melanie Palumbo | Palumbo Debrief | INT_00001510 INT_00001511 | a, b, e, f, h |
| 8/12/2015 | 10:22 AM | Garcia:  "RC told me to send you this information....so you can...so you can handle the money." | Carolina Aragon  Anthony Garcia | Aragon Deposition  Letter dated 04/30/14 | INT_00002174 INT_00002175  INT_00002130 | a, b, e,f, g, h |
| | | Aragon:  "He (Caraveo) used to call..he used to say, the toolbox." | Carolina Aragon | Aragon Deposition | INT_00002180 | a, b, e,  f, g, m, o |
| | | Aragon "He (Caraveo) was like, you know, that's.......you're giving them too much money to cash the (Refund) check.  You don't have to do that.  You know, tell him you'll give him $200 instead of $300." | Carolina Aragon | Aragon Deposition | INT_00002189 | a, b, e, f, g, h, l, o |
| | | AUSA Paluch:  "What I'm interested in is what Raul (Caraveo) would tell you that Pam (Lucero) was doing in this scheme, if anything."  Aragon:  "Having checks cashed." | Carolina Aragon | Aragon Deposition | INT_00002212 | a, b, e, f, h |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | AUSA Paluch:  "What, if anything, did Pam Lucero say about Agent Romero?"<br><br>Aragon: "That he had gone also to see her and things needed to just slow down for……you know…for awhile." | Carolina Aragon | Aragon Deposition | INT_00002215 | a, b, e, f, g, h, l, m, o |
| | | Aragon: "I can remember getting a call from Ms. Lucero and saying that things were getting too heated." | Carolina Aragon | Aragon Deposition | INT_00002281 | a, b,e, f, g, h, l, m, o |
| 8/19/2015 | 10:07 AM | Guzman: "They (Lucero) said they'd pay me well." | Nancy Guzman | Guzman Debrief | INT_00002303 | a, b, d, e, f, h, l, o |
| | | Guzman:"They (Lucero) said they wanted me to cash the (Refund) checks and receive them there at my house." | Nancy Guzman | Guzman Debrief | INT_00002304 | a, b, d, e, f, g, l, o |
| | | AUSA Paluch:  "What did she (Sabrina) tell you about the money?"<br><br>Guzman:"That I would be getting $500 to $1,000 and…….every time I cashed a (Refund) check."<br>AUSA Paluch:  "Did Pam Lucero ever talk to you about how to use those Power of Attorney Forms?" | Nancy Guzman | Guzman Debrief | INT_00002307 | a, b, d, e, f, g, l, o |
| | | Guzman:"She (Lucero) explained to me that it's, you know, that I had the power to cash those checks because of the gentleman I….because she (Lucero) said I think she said you can say he's ill and you're taking care of him at your house or whatever you want to say." | Nancy Guzman | Guzman Debrief | INT_00002312 | a, b, e, f, g, h, j, l, o |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| | | Guzman:"Sabrina took most of the money, the money that I had cashed. She said she'd be down to pick it up and she would give me some but she just took it all." <br><br> AUSA Paluch:  "Who would the other people be that you wired money too?" | Nancy Guzman | Guzman Debrief | INT_00002318 | a, b, e, f, g, h, l, o |
| | | Guzman:"I have no idea who they were but they (Lucero and Sabrina) told me how to do it, what to do." <br> AUSA Paluch:  "When you say they told you how to do it, who?" | Nancy Guzman | Guzman Debrief | INT_00002319 | a, b, e, f, g, l, o |
| | | Guzman:"Sabrina and Pam (Lucero).  It was mostly Pam who told me. She said to use a different name, pick any name and send it through ACE, you know, the ACE cashing place?  Send it through there too.....in their name and their DOC number." | Nancy Guzman | Guzman Debrief | INT_00002320 | a, b, e, f, g, h, l, o |
| | | Guzman:"Sabrina kept calling me about whether I got the check, did I get the check and finally came in and she told me to go cash it and she came and picked up all of it." | Nancy Guzman | Guzman Debrief | INT_00002321 | a, b, e, f, g, l, o |
| | | Guzman:"Pam (Lucero) called me up and told me not to do anything, to cash any checks, anything because guys were in the hole." | Nancy Guzman | Guzman Debrief | INT_00002322 | a, b, e, f, g, h, l, m, o |
| | | Guzman: "She (Sabrina) said she didn't have no more POAs, that I'd have to use that one over and over and I said well, you know, I need another one.  I can't use that one on a different check.  She says well I don't have no more.  I'll bring you one back." | Nancy Guzman | Guzman Debrief | INT_00002341 | a, b, e, f, g, h, l, m, o |

Supplemental *James* Log-Portillos

| Stmt Date | Stmt Time | Statement | Declarant | Source | Bates # | Admission Basis |
|---|---|---|---|---|---|---|
| 9/1/2015 | 10:11 AM | Archuleta: "Eugene had come and asked me what happened with the money. And I told him - what money? And he goes - well, there is supposed to be some money that is supposed to have gone to Pam and some other people and I said I have no idea." | Conrad Archuleta | Archuleta Debrief | INT_00002361 | a, b, e, f, h |
| | | Archuleta: "Eugene had explained a little of it and he had told me that, he was the one that told me that we weren't getting paid and that was because of Sabrina." | Conrad Archuleta | Archuleta Debrief | INT_00002362 | a, b, e, f, h |
| | | Archuleta: "He (Raul) would tell them that they would be getting certain amounts of money and it would come whenever the check came and it was cashed and taken care of, then they would be taken care of, they would have J-Pays put on there." | Conrad Archuleta | Archuleta Debrief | INT_00002370 | a, b, e, f, g, h, l, o |
| | | | | | | |
| | | | | | | |