

# DEPARTMENT OF THE TREASURY
### Internal Revenue Service
### Criminal Investigation

## Memorandum of Conversation

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000272757 | **Location:** | Pueblo City-County Library |
| **Investigation Name:** | Christina T Portillos | | Barkman Location |
| **Date:** | March 4, 2016 | | 1300 Jerry Murphy Rd. |
| **Time:** | 10:00 A.M. | | Pueblo, CO  81001 |
| **Participant(s):** | Sabrina Caraveo, Interviewee | | |
| | Tony Romero, Special Agent | | |
| | Melissa Tweet, Special Agent | | |

On the above date and time IRS-CI Special Agents Tony Romero and Melissa Tweet met with Sabrina Caraveo (SABRINA) at the Pueblo City-County Library in Pueblo, Colorado.  SABRINA'S legal counsel, Marci Gilligan LaBranche, was present via cell phone as was Assistant United States Attorney Martha Paluch.  During the meeting a series of Colorado Department Corrections (DOC) recorded phone calls were played for SABRINA.  The calls originated at the Sterling Correctional Facility in 2009 and 2010 by DOC inmate Raul Caraveo (RAUL) who at the time was SABRINA'S husband.  The cell number RAUL called was (719) 582-0749 which at the time belonged to SABRINA.  The dates and times of the calls in question are listed below in addition to SABRINA'S understanding as to what RAUL was saying.

**Call #1.  July 11, 2010 @ 8:26 P.M.**
During this call RAUL refers to an individual as *"Roebezy"* in reference to his tax scheme.  SABRINA understood the term to be a reference to an individual whose last name was Roebuck.  SABRINA also said the "he did that a lot" meaning that RAUL would use slang.

**Call #2.  July 12, 2010 @ 9:10 P.M.**

During this call RAUL used the term *"4-1-ezy"* in reference to his tax scheme. SABRINA said that the term being referenced was 4-1-1 which referred to the information that was used to prepare a tax form.   SABRINA also said that it was common for RAUL to put an *"ezy"* on the end of words.

**Call #3.  October 2, 2009 @ 9:27 P.M.**

During this call the following conversation took place:

**SABRINA:**   *Oh and I guess Danny had fucking took all of Nadine's money all the baby's savings account money.*

**RAUL:**   *Damn.*

**SABRINA:**    *Everything.  She's all sad.  She don't have a fucking dime left to her name.*

**RAUL:**   *Tell that nigger she better sign up with the M-O-B.*

**SABRINA:**   *Shut the fuck up (laughing).*

**RAUL:**   *You hear me?  Member of blood (laughing).*

SABRINA said that she understood the acronym M-O-B to mean *"Money over Bitches"* not *"Member of Blood."*  Irregardless of what the acronym stood for SABRINA understood M-O-B to be a term RAUL used to reference his tax scheme.  Additionally, it was SABRINA'S understanding that RAUL was saying that Nadine, her cousin, should get involved with the tax scheme.

I prepared this memorandum on March 4, 2016, after refreshing my memory from notes made during and immediately after the conversation with Sabrina Caraveo.

*Tony Romero*
Tony Romero
Special Agent

*Melissa Tweet*
Melissa Tweet
Special Agent