IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENTS' JAMES PROFFER**
**(Doc. 362 & 363)**

---

Comes Now Defendant Portillos by undersigned counsel and respectfully moves this Honorable Court for an Order granting her an extension of time to March 15, 2016 to respond to the Government's James Proffer. In Support of this motion, Defendant states;

  1. The Government does not oppose this motion.

  2. On February 23, 2016, the Government filed it James Proffer.

  3. The Government's James Proffer requires Defendant to review over 59 tape recordings and well over 200 declarations/statements

Page 1

proffered by the Government of alleged co-conspirators.

4. Defendant need additional time in which to review, analyze and research issues raised therein.

Wherefore, Defendant respectfully moves this Honorable Court for an Order allowing her until March 15, 2016 in which to respond to the Government's James Proffer.

.                                                           Respectfully submitted,

    s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this March 7, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

Defendant Cristina Portillos

    s/John Mosby