IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

_____

**PROPOSED ORDER GRANTING DEFENDANT MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S JAMES PROFFER**
_____

This matter comes before the Court upon Defendant's Unopposed Motion For An Extension of Time to response to the Government's James Proffer. The Court having fully considered the motion, it **IS HEREBY ORDERED** that the motion is Granted.

Defendant shall file her response to the Government's James Proffer no later than March 15, 2016.

      Date this _____ day of March, 2016.

                                                  _____
                                                  United States District Court Judge