IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

        Defendants.

---

**MOTION TO WITHDRAW DOC 367 - UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO
GOVERNMENTS' JAMES PROFFER
(Doc. 362 & 363)**

---

Comes Now Defendant Portillos by undersigned counsel and respectfully moves this Honorable Court for an Order allowing her to withdraw Doc 367. In Support of this motion, Defendant would states;

1. The document was inadvertently filed. Counsel had not calendared the date in document 337.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this March 7, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

Defendant Cristina Portillos

s/John Mosby