IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

_____

**PROPOSED ORDER GRANTING DEFENDANT PORTILLOS'S MOTION TO WITHDRAW ECF DOC 367**
_____

This matter comes before the Court upon Defendant Portillos" Motion to Withdraw ECF Doc 367 because it was inadvertently filed. It is **IS HEREBY ORDERED** that the motion is Granted. Document 367 shall be withdrawn.

Date this _____ day of March, 2016.

                                        _____
                                        United States District Court Judge