IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

        Defendants.

___

## MOTION FOR ORDER ALLOWING THE APPOINTMENT OF CJA CO-COUNSEL

___

Comes Now Defendant Portillos by undersigned counsel and respectfully moves this Honorable Court for an Order allowing the appointment of Elisa J. Moran, a CJA attorney, as co-counsel in this matter. As grounds therefore, Defendant would state the following:

1. Defendant's counsel has conferred with the Government and there are no objections to this motion.

2. A co-counsel in needed to assist with the voluminous amount of documentation, anticipated exhibits, which included taped interviews as well as detailed statements of witnesses.

3. A co-counsel is needed to assist this attorney with presentation of witnesses and evidence, which will help the trial to flow without any undue delays.

4. Co-counsel would ensure that there would be no unintentional wasting of valuable court time.

5. Along this line, Defendant would note that the Government has added a co-counsel to assist it in the trial of this matter. *See ECF Doc. 348*.

6. If this Court grants the instant motion, CJA Attorney Elisa J. Moran has agreed to accept said CJA appointment.

Wherefore, Defendant respectfully moves this Honorable Court for an Order allowing the appointment of a CJA attorney as co-counsel in this matter.

.                                                      Respectfully submitted,

    s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-355

Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this March 8, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

Defendant Cristina Portillos

                                                          s/John Mosby