IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RAUL CARAVEO
2. PAMILA LUCERO
3. SABRINA CARAVEO
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON
6. **CRISTINA PORTILLOS**
7. CONRAD ARCHULETA
8. NANCY GUZMAN,

_____

### PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF CJA CO-COUNSEL
_____

      This matter comes before the Court upon Defendant's Unopposed Motion For Appointment of CJA Co-Counsel. The Court having fully considered the motion, it IS HEREBY ORDERED that the motion is **Granted.**

      The Court will allow the Defendant a CJA co-counsel to assist in the trial of this matter.

Date this _____ day of March, 2016.

                                                 United States District Court Judge

                                                 _____