IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHRISTINA PORTILLOS,

    Defendant.

_____

**ORDER DENYING MOTION FOR ORDER
ALLOWING THE APPOINTMENT OF CJA CO-COUNSEL**
_____

This matter is before the Court on Defendant Christina Portillos' Motion for Order Allowing the Appointment of CJA Co-Counsel (ECF No. 370).  After due consideration, the motion is DENIED.

CJA counsel are expected to represent clients in those matters in which they are appointed.  The expectation is that counsel will do so without co-counsel.  While the Court recognizes that there may be unusual cases where appointment of co-counsel should be made, this is not such a case.  Counsel for all co-defendants have proceeded without co-counsel.  While the defendant's case is different in that she is proceeding to trial, that difference alone does not justify appointment of co-counsel.  Nor does the fact that the government has added co-counsel to its trial team as that is little more than standard practice in this District.  The remaining

justifications in the motion are wholly conclusory and would, at best, justify paralegal assistance and/or further investigative assistance.

ACCORDING, and for the reasons stated, the motion is DENIED.

DATED this 10th day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge