IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON, and
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

---

### GOVERNMENT'S UNOPPOSED MOTION TO FILE CORRECTED *JAMES* LOG
---

On March 3, 2016, the government filed its Supplemental *James* Log, Doc. 365-1. In reviewing this document, the government realized that the printed version (as compared to the on-line version) cut off text in certain entries. Therefore, the government seeks permission to file a Corrected *James* Log with the complete entries. No additional calls or statements have been added to the Corrected Log.

Undersigned counsel has conferred with defendant's counsel, Mr. John Mosby, about this motion and he stated that the defendant does not oppose this motion.

Respectfully submitted this 10th day of March, 2016.

                                        JOHN F. WALSH
                                      United States Attorney

                                      *s/Martha A. Paluch*
                                      Martha A. Paluch
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, CO  80202
                                      (303) 454-0100
                                      Martha.paluch@usdoj.gov

**CERTIFICATE OF SEVICE**

   I hereby certify that on this 10th day of March, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO FILE CORRECTED *JAMES* LOG** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

        *s/Maggie E. Grenvik*
        Maggie E. Grenvik
        Legal Assistant
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO  80202
        Telephone:  (303) 454-0100
        Fax:  (303) 454-0401
        e-mail:  maggie.grenvik@usdoj.gov