1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. **CRISTINA PORTILLOS,**
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

---

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO
FILE CORRECTED *JAMES* LOG**

---

THIS MATTER comes before the Court upon the Government's unopposed motion to file a Corrected *James* Log.

The Court having considered this motion, it is hereby

ORDERED that the Government's Unopposed Motion to File Corrected *James* Log [Doc.   ] is GRANTED.

DATED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
District of Colorado

1