IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON, and
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.
_____

### GOVERNMENT'S CORRECTED *JAMES* LOG
_____

Pursuant to the Court's Order granting the Government's Unopposed Motion to File a Corrected *James* Log, doc. 373, the Government hereby files its Corrected *James* Log.

Respectfully submitted this 11th day of March, 2016.

        JOHN F. WALSH
        United States Attorney
        *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO 80202
        (303) 454-0100
        Martha.paluch@usdoj.gov

**CERTIFICATE OF SEVICE**

      I hereby certify that on this 11th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Mr. John Mosby<br>Counsel for Cristina Portillos<br>john_mosby@msn.com | Mr. Martin Stuart<br>Counsel for Raul Caraveo<br>mstuart@portmanstuart.com |
| Mr. John Schlie<br>Counsel for Pamila Lucero<br>johnhenry@schlielawfirm.com | Ms. Marci Gilligan LaBranche<br>Counsel for Sabrina Caraveo<br>labranche@ridleylaw.com |
| Mr. Thomas Ward<br>Counsel for Eugene Chavez<br>tward@wardlawdenver.com | Mr. Robert Pepin<br>Counsel for Carolina Aragon<br>Robert_Pepin@fd.org |
| Mr. David Owen<br>Counsel for Conrad Archuleta<br>davidowen@lodopc.com | Mr. John Sullivan<br>Counsel for Nancy Guzman<br>jfslaw1@aol.com |

      *s/Grazy Banegas*
      Legal Assistant
      United States Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone: 303-454-0100
      Fax: 303-454-0327