IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

6. CRISTINA PORTILLOS,

        Defendants.

# EXHIBIT A

## TO DEFENDANT PORTILLOS' RESPONSE
## AND OBJECTIONS TO THE GOVERNMENT'S JAMES PROFFER

## DEFENDANT PORTILLOS' OBJECTIONS TO GOVERNMENT'S JAMES' PROFFER [1]

### Response to Government's Proffer page 1 of 31

Statement Date – 12/11/2008 @ 6:40 PM –
Participants – Eugene Chavez and Melanie Palumbo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 12/15/2008 @ 12:01 PM –
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

### Response to Government's Proffer page 2 of 31

Statement Date – 12/18/2008 @ 8:23 PM
Participants - Eugene Chavez and Melanie Palumbo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 12/26/2008 @ 6:50 PM
Participants – Raul Caraveo and Sabrina Caraveo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date (pg. 2-3) – 1/9/2009 @ 12:56 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

---

[1] Unless otherwise stated, an objection(s) applies to all statements on each respective date.

EXH. A  Page 1 of 13
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

*Response to Government's Proffer page 3 of 31*

Statement Date – 1/26/2009 @ 4:32 PM
Participants – Raul Caraveo and Melanie Palumbo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 1/26/2009 @ 7:35 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, There is no call dated 1/26/2009 @ 7:35 PM on disk 2.

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 10/2/2009 @ 9:27 PM
Participants – Raul Caraveo and Sabrina Caraveo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy; (2) Statement is in not in furtherance of the conspiracy

*Response to Government's Proffer page 4 of 31*

Statement Date – 2/9/2009 @ 4:38 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 2/9/2010 @ 7:46 PM
Participants – Eugene Chaves and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 2/14/2010 @ 2:16 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date – 2/26/2010 @ 7:49 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 5 of 31*

Statement Date - 3/17/2010 @ 3:45 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date - 3/18/2010 @ 7:11 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 6 of 31*

Statement Date - 4/13/2010 @ 7:17 PM
Participants – Eugene Chavez and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date - 4/19/2010 @ 9:26 PM
Participants – Eugene Chavez and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date - 4/26/2010 @ 8:01 PM
Participants – Eugene Chavez and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 7 of 31*

Statement Date - 4/27/2010 @ 4:12 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy;(2) statement not in furtherance of conspiracy; (3) Object to insertion of "Portillos'" name.

Statement Date - 5/2/2010 @ 4:12 PM
Participants – Conrad Archuleta and Nancy Guzman

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 8 of 31*

Statement Date 5/3/2010 @ 7:07 PM
Participants – Eugene Chavez and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 9 of 31*

Statement Date 5/3/2010 @ 8:26 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 5/4/2010 @ 3:46 PM
Participants – Eugene Chavez and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 5/20/2010 @ 8:25 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 5/24/2010 @ 8:50 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 6/3/2010 @ 11:59 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 10 of 31*

Statement Date 6/28/2010 @ 12:40 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 7/7/2010 @ 2:09 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 7/12/2010 @ 4:08 PM
Participants – Raul Caraveo and Sabrina Caraveo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 7/12/2010 @ 9:10 PM
Participants – Raul Caraveo and Sabrina Caraveo

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 11 of 31*

Statement Date 7/16/2010 @ 1:25 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 7/23/2010 @ 4:10 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 7/28/2010 @ 9:06 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 12 of 31*

Statement Date 7/31/2010 @ 1:06 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy, (2) statements are not in furtherance of conspiracy.

*Response to Government's Proffer page 13 of 31*

Statement Date 7/31/2010 @ 9:15 PM
Participants – Eugene Chavez and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy (2) statements are not in furtherance of conspiracy.

Statement Date 8/6/2010 @ 2:17 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 14 of 31*

Statement Date 8/16/2010 @ 7:51 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 15 of 31*

Statement Date 8/28/2010 @ 12:43 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 9/1/2010 @ 12:14 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 16 of 31*

Statement Date 9/9/2010 @ 5:20 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 9/11/2010 @ 1:15 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 802 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 17 of 31*

Statement Date 9/14/2010 @ 8:36 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 9/21/2010 @ 1:05 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 18 of 31*

Statement Date 9/21/2010 @ 8:42 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 19 of 31*

Statement Date 9/21/2010 @ 9:27 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 20 of 31*

Statement Date 9/22/2010 @ 8:23 PM
Participants – Conrad Archuleta and Nancy Guzman

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 9/23/2010 @ 5:18 PM
Participants – Conrad Archuleta and Nancy Guzman

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 21 of 31*

Statement Date 9/28/2010 @ 8:16 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 10/17/2010 @ 3:43 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 22 of 31*

Statement Date 10/17/2010 @ 8:40 PM
Participants – Raul Caraveo and Nancy Guzman

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 10/18/2010 @ 7:57 PM
Participants – Raul Caraveo and Sabrina Caraveo

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 23 of 31*

Statement Date 8/1/2011 @ 5:13 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 2/4/2012 @ 1:56 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 2/9/2012 @ 2:16 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 24 of 31*

Statement Date 4/9/2012 @ 7:20 PM
Participants – Raul Caraveo and Pamila Lucero/Cristina Portillos

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 5/18/2012 @ 6:43 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 5/26/2012 @ 12:42 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 25 of 31*

Statement Date 7/26/2012 @ 7:33 PM
Participants – Raul Caraveo and Pamila Lucero/Cristina Portillos

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 11/2/2012 @ 5:47 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 26 of 31*

Statement Date 11/9/2012 @ 4:52 PM
Participants – Raul Caraveo and Pamila Lucero

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 3/1/2014 @ 7:19 PM
Participants – Raul Caraveo and Carolina Aragon

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 7/25/2014 @ 9:13 AM
(Sabrina Caraveo Debriefing)

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 27 of 31*

Statement Date 9/9/2014 @ 10:39 AM
(Sabrina Caraveo Debriefing)

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Statement Date 3/12/2015 @ 10:39 AM
(Melanie Palumbo Debriefing)

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 28 of 31*

Statement Date 8/12/2015 @ 10:22 AM
(Aragon's Deposition/letter dates 04/30/14)

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer pages 29/30/31*

Statement Date 8/19/2015 @ 10:07 AM
(Guzman Debriefing)

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

*Response to Government's Proffer page 31 of 31*

Statement Date 9/1/2015 @ 10:11 AM
(Archuleta Debriefing)

**Objection**, Statements do not satisfy Rule 801 (d)(2)(E). Government has not established that Defendant was a member of conspiracy.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355

Attorney for Defendant Portillos