IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

6. CRISTINA PORTILLOS,

        Defendants.

# EXHIBIT B

## TO DEFENDANT PORTILLOS' RESPONSE
## AND OBJECTIONS TO THE GOVERNMENT'S JAMES PROFFER

Page 1

AUDIO TRANSCRIPTION

PHONE CALL

RAUL CARAVEO AND PAMILA LUCERO

JULY 31, 2010

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado 80014 (720) 449-0329 FAX (720) 449-0334

Page 2

```
 1              (Ringing.)
 2              MS. LUCERO:  Hello.
 3              AUTOMATED VOICE:  -- (inaudible) except for
 4    attorney calls.  This call may be monitored or recorded.  I
 5    have a prepaid call from --
 6              MR. CARAVEO:  Hey, sugar, it's me.
 7              AUTOMATED VOICE:  -- Colorado State --
 8              MR. CARAVEO:  Hey, what's up, hether?
 9    (Inaudible).
10              MS. LUCERO:  What up?  (Inaudible) here to see
11    my baby.
12              MR. CARAVEO:  Oh, you guys are on the way up
13    there?
14              MS. LUCERO:  Yeah.  We're, like, (inaudible)
15    like, right in the mountains.
16              MR. CARAVEO:  Oh.  So the phone's gonna cut
17    out, huh?
18              MS. LUCERO:  Yeah.
19              MR. CARAVEO:  Yeah, yeah.
20              Oh, who went with you guys?
21              MS. LUCERO:  Christina.
22              MR. CARAVEO:  Oh, that's cool.  Tell her to take
23    a picture for me.
24              MS. LUCERO:  Shut up.  I told you.  He said
25    take a picture for him.
```

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 3

1      MR. CARAVEO: What did that nigger say?
2      MS. LUCERO: (Inaudible) she said I have lots
3  of people that was wanting to see these last night.
4      MR. CARAVEO: Is that right? Well done.
5  Hey --
6      MS. LUCERO: Hey.
7      MR. CARAVEO: -- when you see your homeboy,
8  Maria, fucking, grab them fucking letters from her.
9      MS. LUCERO: I know, and I got -- there's,
10 like, two, and then there's two. So one for, like, 32. I
11 think 3,298, and the other one is, like, 29 from it.
12     MR. CARAVEO: Oh, so she got those?
13     MS. LUCERO: Yeah, but there's -- I think one
14 of those -- one basically said -- I don't know which one it
15 is. The one -- the one (inaudible).
16     MR. CARAVEO: Okay.
17     MS. LUCERO: (Inaudible.)
18     MR. CARAVEO: Okay. So she got -- she got two
19 of them, huh?
20     MS. LUCERO: Yeah.
21     MR. CARAVEO: Okay.
22     MS. LUCERO: (Inaudible.)
23     MR. CARAVEO: And tell -- tell Christina, she's
24 -- no, I don't want to make her feel like that, but tell
25 her she's been a good worker, so I'm going to give her a

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 4

```
 1   little bonus.
 2            MS. LUCERO:  Oh, yeah?
 3            MR. CARAVEO:  Yeah.  Tell her that.  Tell her.
 4            MS. LUCERO:  Raul said he's going to give you a
 5   bonus since you've been a good worker.
 6            UNIDENTIFIED FEMALE SPEAKER:  He's going to give
 7   me a what?
 8            MS. LUCERO:  A bonus.
 9            UNIDENTIFIED FEMALE SPEAKER:  Oh, I like
10   bonuses.
11            MS. LUCERO:  She said she likes bonuses, and
12   she needs it too.  It's her birthday next week.
13            MR. CARAVEO:  Oh, is it?
14            MS. LUCERO:  Yeah.  (Inaudible.)
15            MR. CARAVEO:  Yeah.  We'll plug her up with a
16   little something.
17            MS. LUCERO:  Yeah, yeah.
18            MS. LUCERO:  Yeah.
19            MR. CARAVEO:  Hey --
20            MS. LUCERO:  (Inaudible.)
21            MS. LUCERO:  He said -- huh?
22            MR. CARAVEO:  Huh?
23            MS. LUCERO:  I thought you cut out.
24   (Inaudible.)
25            MR. CARAVEO:  Hey, but tell -- hey, tell her --
```

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 5

1   tell her too, you know, the boss likes pictures.
2           MS. LUCERO: He said, "The boss likes
3   pictures."
4           She's laughing.
5           MR. CARAVEO: All right, hether. Well, I'll let
6   you -- I'll let you -- hey, what's up with my nig, though?
7   They tripping with him?
8           MS. LUCERO: Oh, he fucking got in trouble for
9   fucking something.
10          MR. CARAVEO: Yeah. I mean --
11          MS. LUCERO: Yeah.
12          MR. CARAVEO: I'm sure --
13          MS. LUCERO: He's on extra duty and shit.
14          MR. CARAVEO: Is he? He didn't drop his
15  fucking ranking and shit, through, right?
16          MS. LUCERO: No, I don't think so.
17          MR. CARAVEO: Okay.
18          MS. LUCERO: I think still think he's at two,
19  but when he was, like, that other shit, he was at three,
20  but now he's just, like, in the kitchen --
21          MR. CARAVEO: Uh-huh.
22          MS. LUCERO: -- and some other shit, so --
23          MR. CARAVEO: Hey, I was going to ask -- as you
24  fucking you think we should try to (inaudible) up there?
25          MS. LUCERO: I was going to, but usually when I

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

```
 1   it out.  When -- when you do all that, just slide Christine
 2   there 250.
 3             MS. LUCERO:  Okay.
 4             MR. CARAVEO:  Tell her that's her little bonus
 5   on GP just for, you know, helping us out and shit.
 6             MS. LUCERO:  Okay.  Oh, yeah.  I freaking
 7   (inaudible).
 8             MR. CARAVEO:  Yeah.
 9             MS. LUCERO:  I was over that shit all
10   straightened out.  (Inaudible.)  Don't even fucking trip on
11   that.
12             MR. CARAVEO:  Serious?
13             MS. LUCERO:  Yeah.  Remember how that shit
14   freaking for (inaudible)?
15             MR. CARAVEO:  Yeah.
16             MS. LUCERO:  It's like that.  It's nothing
17   came, and that shit is just (inaudible) remember that extra
18   paper that I was tripping on?
19             MR. CARAVEO:  Yeah.  Did you tell the homie?
20             MS. LUCERO:  Yeah, I already told him.
21             MR. CARAVEO:  Yeah, because that -- I don't
22   even know them people.  That's all the homies.
23             MS. LUCERO:  Yeah, yeah.  I told him already.
24             MR. CARAVEO:  Okay.
25             MS. LUCERO:  He just told me basically they're
```

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 6

1  would have to do it up here, the lady (inaudible) a day.
2           MR. CARAVEO: Is that right?
3           MS. LUCERO: Yeah.
4           MR. CARAVEO: Because when --
5           MS. LUCERO: When I get back, I'll call my girl
6  at the spot. So they're still going to be open by the time
7  I get back.
8           MR. CARAVEO: Oh, okay. Cool.
9           MS. LUCERO: Because they just can't close the
10 doors, you know?
11          MR. CARAVEO: Right, right.
12          MS. LUCERO: Unless they want to -- unless they
13 want to take a hit for fucking 55 Gs.
14          MR. CARAVEO: Damn.
15          MS. LUCERO: That's how much loans -- that's how
16 much loans they got out right now.
17          MR. CARAVEO: Oh, okay. So they are going to
18 still do it for a minute?
19          MS. LUCERO: Yeah.
20          MR. CARAVEO: Okay, cool. All right.
21          MS. LUCERO: My little homegirl, she's going to
22 look into --
23          MR. CARAVEO: Yeah.
24          MS. LUCERO: -- other spots.
25          MR. CARAVEO: Hey, so -- so, so -- hey, check

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 8

1  fucking sitting there, and I like I don't even know if I
2  even want to do that (inaudible). You know what I'm
3  saying?
4           MR. CARAVEO: Yeah, yeah. Just talk that.
5           Hey, so you said 3,299 and -- and the 29, right?
6           MS. LUCERO: (Inaudible.) What?
7           MR. CARAVEO: You said 3,299 and 29?
8           MS. LUCERO: Yeah. I think it was, like, 3,289
9  and 3,298. Something like that.
10          MR. CARAVEO: Yeah, okay. Okay. So, hey,
11 hether, go ahead and cruse up there. And when do you want
12 me to hit you back, like -- I mean, you're going to visit,
13 what, today and tomorrow?
14          MS. LUCERO: Yeah. I won't be back in town
15 until probably, like, 9:00, 9:30 or something so --
16          MR. CARAVEO: 9:30 tomorrow night?
17          MS. LUCERO: Yeah.
18          MR. CARAVEO: (Inaudible) calling me, so, I
19 mean, probably, like, Monday probably be the best.
20          MR. CARAVEO: Okay. I'll call you Monday, and
21 I'll tell you what's up.
22          MS. LUCERO: All right.
23          MR. CARAVEO: Okay, hether.
24          MS. LUCERO: All right.
25          MS. CARAVEO: All right. Be careful and --

EXH. B
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

```
 1   hey --
 2              MS. LUCERO:   I will.
 3              MR. CARAVEO:   Give my litter nigger a hug from
 4   Uncle Sizzle.
 5              MS. LUCERO:   I will.
 6              MR. CARAVEO:   All right.   Okay.
 7              MS. LUCERO:   All right.
 8              (End of audio file.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                         EXH. B
     DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER
```

```
                                                            Page 10
 1                      REPORTER'S CERTIFICATE

 2              I, Elissa Steen, Registered Professional

 3     Reporter and Notary Public in and for the State of

 4     Colorado, do hereby certify that I have listened to and

 5     transcribed one audio file.  I certify that this transcript

 6     is a true and correct transcription to the best of my

 7     knowledge and ability.

 8

 9     Dated the 11th day of March, 2016.

10

11

12                                _____
                                   Registered Professional Reporter
13                                              and
                                           Notary Public
14

15

...

25
                              EXH. B
        DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER
```