IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

6. CRISTINA PORTILLOS,

        Defendants.

---

# EXHIBIT C

### TO DEFENDANT PORTILLOS' RESPONSE
### AND OBJECTIONS TO THE GOVERNMENT'S JAMES PROFFER

Page 1

AUDIO TRANSCRIPTION

PHONE CALL

RAUL CARAVEO, PAMILA LUCERO, AND TANYA BARRETT

JULY 23, 2010

---

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

```
                                                              Page 2
 1              (Ringing.)
 2              MS. LUCERO:  Hello.
 3              AUTOMATED VOICE:  (Inaudible.)  This call may
 4   be monitored or recorded.  I have a prepaid call from --
 5              MR. CARAVEO:  Hey, sugar.  It's me.
 6              AUTOMATED VOICE:  Colorado state --
 7              MR. CARAVEO:  What's up, (inaudible)?
 8              MS. LUCERO:  I know.
 9              MR. CARAVEO:  What's up?  So what's the hap.
10   Doing, my nig, man?
11              MS. LUCERO:  What do you mean what's the hap?
12              MR. CARAVEO:  Are you guys good?
13              MS. LUCERO:  Why?
14              MR. CARAVEO:  I'm just wondering, man.  You
15   know, what I'm saying?
16              MS. LUCERO:  What did he tell you?
17              MR. CARAVEO:  You know -- you know what?
18   (Inaudible) personal shit, you know, he don't fucking
19   really tell me shit, but I know when I see him and when I
20   -- when I hear how he's being that, you know.  That affect
21   him, man.
22              MS. LUCERO:  I don't know.  He didn't call me
23   all day yesterday.
24              MR. CARAVEO:  Is that right?
25              MS. LUCERO:  All day yesterday he didn't call.
```

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

1    MR. CARAVEO: Well, what's up with fucking --
2  you know me. I'm your homie, midget. I mean, I know you
3  got dude friends that you've been friends with for years,
4  even longer than you've been friends with me. But he don't
5  know all of that. You know what I'm saying?
6          So I think sometimes, you know, that part of
7  what you guy's relationship, like, you'll always been cool
8  with -- (inaudible) but for him, like, you're fucking main
9  (inaudible), his fucking woman. You know what I'm saying?
10
11    MS. LUCERO: Uh-huh.
12    MR. CARAVEO: Behind every good man, there's a
13 fucking great, wondrous woman. Midget, you know what's up.
14 And he puts you in a different light than what I told you
15 the other guy about the hoes and shit like that.
16    MS. LUCERO: Uh-huh.
17    MR. CARAVEO: He elevates your trip. Do you
18 feel what I'm saying?
19    MS. LUCERO: Uh-huh.
20    MR. CARAVEO: Do you, or are you just fucking
21 eating, like, shut the fuck up, nigger?
22    MS. LUCERO: I'm listening to you, fool.
23    MR. CARAVEO: Oh, all right. Hey --
24    MS. LUCERO: I'm just, like, (inaudible) I
25 don't know.

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 4

1    MR. CARAVEO: It three -- third eye is open
2    hether, mine. You know what I'm saying?
3    MS. LUCERO: Uh-huh.
4    MR. CARAVEO: I'm straight the fucking -- yeah.
5    MS. LUCERO: I don't know. Did you see my baby
6    today or what?
7    MR. CARAVEO: No, I didn't. He's up. Just
8    some of the homies. And you guys got to get along, man.
9    MS. LUCERO: My baby's tripping or what? He
10   didn't call all day yesterday. Yesterday was fucking what,
11   was fucking Thursday, and I didn't get a call from him all
12   fucking day long.
13   MR. CARAVEO: It's going to be good for you and
14   good for him. I don't know. Hether, what do you think
15   fucking -- I don't. My nig -- nig don't like (inaudible)
16   taking up your time or whatever. You know what I'm saying?
17   MS. LUCERO: When other dudes are take up my
18   time?
19   MR. CARAVEO: I said he thinks that. No, I'm
20   not saying there is. I just know you've got homeboys. But
21   in his mind, it's for him. You see what I'm saying?
22   MS. LUCERO: Uh-huh.
23   MR. CARAVEO: Because, like, he loves you on a
24   different level. He felt, like, romantically and shit.
25   Mid, I know I talked all my shit to you, but he thought you

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

```
                                                              Page 5
 1   were always my -- my little sis.  You know what I'm saying?
 2             MS. LUCERO:  Uh-huh.
 3             MR. CARAVEO:  You know, I always got your back
 4   no matter what.  But he look at you like wifey material,
 5   different.  You know what I mean?
 6             MS. LUCERO:  Uh-huh.
 7             MR. CARAVEO:  The way I see (inaudible) he sees
 8   you.
 9             MS. LUCERO:  I don't know (inaudible).
10             MR. CARAVEO:  What up with this bronchitis.
11   It's killing me.
12             MS. LUCERO:  Yeah, I can tell.  I don't know.
13             Oh, God.
14             MR. CARAVEO:  Hey, remember the one cat that
15   was supposed to call you that time and he never did?
16             MS. LUCERO:  Yeah.
17             MR. CARAVEO:  If he ever does call just, you
18   know, you don't even know that nigger.
19             MS. LUCERO:  I don't even know that nigger?
20             MR. CARAVEO:  Remember the one that thought he
21   was your -- you thought he was your uncle?
22             MS. LUCERO:  Yeah.
23             MR. CARAVEO:  That motherfucker.
24             MS. LUCERO:  (Inaudible.)
25             MR. CARAVEO:  Fuck.
```

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

```
                                                          Page 6
 1              MS. LUCERO:  Oh, God.  That sounds horrific.
 2              MR. CARAVEO:  Man, I'm dying over here.
 3              MS. LUCERO:  Did you call me earlier?
 4              MR. CARAVEO:  Yeah.  I called you once earlier,
 5    but you didn't answer, so I've been outside the whole day,
 6    because I didn't have school today, so that was cool.  Now
 7    it's the weekend.  That's even cooler.  You know what I'm
 8    saying?
 9              MS. LUCERO:  Yeah.
10              MR. CARAVEO:  Yeah.  Yeah.  What's up with you,
11    though, man?  You doing good, hether, or what?
12              MS. LUCERO:  I'm just tired, dude.  I'm just
13    fucking -- I don't know (inaudible).
14              MR. CARAVEO:  I told G this.  If that's all
15    that's stressing you guys out is going out and who are you
16    going to be friends with, you don't have to worry about
17    none of your bills, life can't be that stressful.  That
18    sounds like a fun life.
19              MS. LUCERO:  What?
20              MR. CARAVEO:  Yeah.  What I just said.  All
21    that, nigger.  Keep it real with you.  You just said, Look,
22    I went out -- I went out, and you lost your purse, but
23    that's a creation of your own doing.  You went out to have
24    fun, and you lost your purse, which caused you stress but
25    you --
```

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 7

```
1              MS. LUCERO:  No, I'm not.
2              MR. CARAVEO:  But you did that to yourself.
3   But you're not really stressed because you just shut all
4   that down, right?
5              MS. LUCERO:  Yeah.  I'm just tired.
6              MR. CARAVEO:  Right.  You're just tired and --
7              MS. LUCERO:  No.  You know what?  It's, like,
8   fucking -- I don't know if I fucking pulled my muscle, like
9   -- like, on my side, on my ribs, but it been fucking
10  killing me, dude.
11             MR. CARAVEO:  Yeah?
12             MS. LUCERO:  (Inaudible) make a fucking hot
13  pack on that for days.
14             MR. CARAVEO:  To have your fucking -- I know
15  you ain't chopping, but (inaudible).
16             MS. LUCERO:  You sound like Gene.  He says shit
17  like that.
18             MR. CARAVEO:  You know what I'm saying, nigger?
19             MS. LUCERO:  I know.  I got to make sure I pull
20  my muscle.
21             Come on, fool.  Are you serious?
22             MR. CARAVEO:  motherfucker almost hit you on the
23  road?
24             MS. LUCERO:  Motherfuckers don't know how to
25  drive at all.  Sometimes I get so fucking irritated by
```

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

1  motherfuckers.
2          MR. CARAVEO: See, man. You create your own
3  stress. You made yourself (inaudible) being shit.
4          MS. LUCERO: (Inaudible.)
5          MR. CARAVEO: We learn (inaudible) that we
6  control our anger. They didn't make us angry. We decided
7  to get angry over what someone else did.
8          MS. LUCERO: Uh-huh.
9          MR. CARAVEO: Yeah. You're fucking -- you --
10 quit, fucking snap out of it. But I told you yesterday,
11 the other day, I said --
12         MS. LUCERO: Well, Aunt Christina and kids are
13 going to go -- they're going to drive to the hot springs.
14         MR. CARAVEO: Who does?
15         MS. LUCERO: To get away from everybody.
16         AUTOMATED VOICE: (Inaudible) correctional
17 facility.
18         MS. LUCERO: They called to make reservations.
19         MR. CARAVEO: Who's going to the hot springs?
20         MS. LUCERO: And everything is fucking -- and
21 everything's booked.
22         MR. CARAVEO: Who's going?
23         MS. LUCERO: Me and Christina and the kids.
24         MR. CARAVEO: Is that right?
25         MS. LUCERO: But everything's booked.

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 9

```
 1              MR. CARAVEO:  Oh.
 2              MS. LUCERO:  Now I'm --
 3              MR. CARAVEO:  Is Christina with you?
 4              MS. LUCERO:  What, right now?
 5              MR. CARAVEO:  Yeah.
 6              MS. LUCERO:  No.  She's at work.
 7              MR. CARAVEO:  Oh.  Well, when you're with her
 8   next time, I want to talk to her.
 9              MS. LUCERO:  Okay.
10              MR. CARAVEO:  All I'm going to tell her is,
11   What up, baby girl?  So everything's good?  You like --
12              MS. LUCERO:  (Inaudible.)
13              MR. CARAVEO:  You like working for the fucking
14   M-O-B?  She's, like, Yeah.  I'll be, like, Show me your
15   gratefulness.  Just show me some pictures of one tit.
16   She's going to be, like, that nigger's crazy.
17              MS. LUCERO:  You're terrible.
18              MR. CARAVEO:  No, I wouldn't -- I won't tell
19   her that, man.  I don't (inaudible).
20              MS. LUCERO:  (Inaudible.)
21              MR. CARAVEO:  But, yeah, man, just get along
22   with my nigger and love him back.  He good.  I know you do
23   because you're -- I know what kind of a little chick you
24   are, and you're staying faithful to this dude.  You're a
25   good little fuck, mig, you know.  And the thing is that he
```

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER

Page 10

1  don't -- he has a hard time trusting. And like you said,
2  you hate people questioning you. You done told him. It's,
3  like, Look, nigger, I'm just a -- I'm gonna put this
4  (inaudible).
5           MS. LUCERO: No, I don't believe --
6           MR. CARAVEO: I tell you the truth. I don't
7  give a fuck.
8           MS. LUCERO: Yeah.
9           MR. CARAVEO: You see what I'm saying?
10          MS. LUCERO: It's, like, lately I just -- I
11 don't know. It's, like, you know, he'll call, and I won't
12 answer because I'm in the middle of something, and then
13 it's just, like, fucking -- it's just questions. And then
14 we talk about the shit, and then everything is okay. And
15 then it's just, like -- he then he starts, like -- then
16 we're cool, and then he's just, like, he feels like he's
17 doing something wrong. And I'm, like, Baby, you're not
18 doing anything wrong. He's just, like, maybe (inaudible)
19 it ain't even like that, baby. I'm, like -- I don't know.
20 I don't know. I don't know what --
21          MR. CARAVEO: Maybe he feels that you just want
22 to be his homie, and you want to go out there live like
23 you're single. Single, single, single life. You know
24 what's up, nigger.
25          MS. LUCERO: (Inaudible) single life?

EXH. C
DEFENDANT'S RESPONSE TO GOVERNMENT'S JAMES' PROFFER