IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

6. CRISTINA PORTILLOS,

        Defendants.

# EXHIBIT D

## TO DEFENDANT PORTILLOS' RESPONSE
## AND OBJECTIONS TO THE GOVERNMENT'S JAMES PROFFER

COLORADO SPRINGS, COLORADO

TRANSCRIPTION OF AN AUDIO-RECORDED INTERVIEW OF

CRISTINA PORTILLOS

CONDUCTED BY SPECIAL AGENTS ANTHONY ROMERO AND CHRISTY BERG OF

THE INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATIONS

FRIDAY, DECEMBER 7, 2012

Case Name: RAUL CARAVEO
Case No. 1000242005

Proceedings recorded by electronic sound recording;

transcript produced by ParaType Services

INT_00001338

```
 1  don't remember what it was but --
 2          SA ROMERO:  Okay.
 3          MS. PORTILLOS:  -- some company where you
 4  can sign up, you go and take classes, I know that --
 5          SA ROMERO:  Yeah.
 6          MS. PORTILLOS:  -- and you do something in
 7  regards to the people who own homes and have certain
 8  criteria met.  But don't know if she did it.
 9          SA ROMERO:  Okay.  Well, the reason we're
10  here today is we want to talk about some checks that
11  came to your address back in 2010.  There were about
12  six of them, okay?  And they were tax refund checks.
13          MS. PORTILLOS:  Okay.
14          SA ROMERO:  Okay.  And the reason that I
15  want to talk to you is I want to find out how do they
16  come to be sent to your house?  What do you --
17          MS. PORTILLOS:  Well, I don't know and I get
18  a lot of IRS mail that isn't mine and I'm not sure
19  why.
20          SA ROMERO:  Okay.
21          MS. PORTILLOS:  Actually I just had a whole
22  bunch show up recently that I just returned to sender
23  when I get them.  Now I am not home a lot.
24          SA ROMERO:  So you say currently there's
25  still IRS mail coming to you?
```

INT_00001345

1       MS. PORTILLOS:  Yes, it gets me ticked off.
2   I actually chewed out the post office over it because
3   I had my -- my father-in-law living with me and then
4   he moved out.
5       SA ROMERO:  Yeah.
6       MS. PORTILLOS:  Now my brother's living with
7   me and I'm like okay, I have enough --
8       SA ROMERO:  Yeah.
9       MS. PORTILLOS:  -- other people's mail that
10  I don't want the extra mail coming.
11      SA ROMERO:  Well, the mail in question, is
12  it related to any of your relatives?
13      MS. PORTILLOS:  No, I don't know who those
14  people are.
15      SA ROMERO:  Okay, would you do this for me
16  then?  From this point on whenever you receive those
17  kind of -- the mailings from IRS, I want you to
18  contact me, okay?
19      MS. PORTILLOS:  Okay.
20      SA ROMERO:  Because I have a lot of interest
21  in seeing what it is --
22      MS. PORTILLOS:  Yeah, I recent -- something
23  came recently.  I -- I've -- I've had a lot of issues
24  recently with the post office and my neighbor has a
25  dog and then apparently because we chewed out the --

9