IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,
        Plaintiff,
v.

**6. CHRISTINA PORTILLOS,**

        Defendants.

---

**DEFENDANT PORTILLOS' UNOPPOSED MOTION TO BE EXCUSED FROM MOTION HEARING ON MARCH 29, 2016**

---

COMES NOW, the Defendant Cristina Portillos, by and through her attorney, John Mosby and moves pursuant to Rule 12 (b), Federal Rules of Criminal Procedure, to be excused from the motions hearing set for March 29, 2016. In support thereof, Defendant Portillos respectfully state the following;

1. This Counsel initially apologized for the late filing of this motion. Due to the closure of the Denver Airport last week, this Counsel was stuck in California until Friday, March 25, 2016 and neglected to file this motion last week.

2. Ms. Portillos present is not required.

3. This Counsel conferred with Assistant United States Attorney Martha Paluch regarding this matter, the Government has no objections.

WHEREFORE, Defendant Portillos' respectfully moves this Honorable Court for an order excusing her from the motions hearing set for March 29, 2016.

Dated this 28th of March, 2016.

Respectfully submitted,

s/John Mosby
John Mosby
621 17th Street, Suite 2445
Denver, CO 80293
(303) 623-1355 Telephone
John_Mosby@msn.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this March 28, 2016, a true and correct copy of Defendant's Portillos Motion to be Excused From Motion Hearing on March 29, 2016 was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

and Via U.S. Mail:
Defendant Cristina Portillos

s/John Mosby