IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6. CRISTINA PORTILLOS,**

---

## PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO BE EXCUSED FROM MOTION HEARING ON MARCH 29, 2016

---

This matter comes before the Court upon Defendant's Unopposed Motion To Be Excused From Motion Hearing on March 29, 2016. The Court having fully considered the motion, it **IS HEREBY ORDERED** that the motion is Granted.

Defendant Portillos is excused from the motion hearing on March 29, 2016.

    Date this _____ day of March, 2016.

                                       _____
                                       United States District Court Judge