**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  March 29, 2016 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer: n/a | |

**CASE NO.   15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| **6.  CHRISTINA PORTILLOS,** | John Mosby |
| **Defendant.** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**
**COURT IN SESSION:** 12:58 p.m.
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding the motions set for hearing today.

**ORDERED:** Defendant Portillos' Unopposed Motion to be Excused from Motion Hearing on March 29, 2016 (Doc. 386) is DENIED as moot as stated on the record.

Discussion held and argument given regarding Defendant's Motion for James Hearing (Doc. 268).

Court's findings regarding Defendant's Motion for James Hearing (Doc. 268).

**ORDERED:** Defendant's Motion for James Hearing (Doc. 268) is DENIED as stated on the record.

Ms. Paluch requests leave to file a second amended James Log.

**ORDERED:**  The Government's request to file a second amended James Log is granted. The Court's previous ruling is not changed.   If there is anything in the amended log that has not been presented to the Court, counsel for Defendant may file a supplemental pleading regarding the amended log.

Discussion held and argument given regarding Defendant's Motion to Suppress (Doc. 357).

Court's findings regarding Defendant's Motion to Suppress (Doc. 357).

**ORDERED:**  Defendant's Motion to Suppress (Doc. 357) is DENIED as stated on the record.

Discussion held regarding transcripts of the audio recordings to be used at trial.

Ms. Paluch requests leave to file a 20-page trial brief.

**ORDERED:**  Both sides are granted leave to file 20-page trial briefs.

**ORDERED:**  Defendant is continued on bond.

**COURT IN RECESS:**      1:53 p.m.
**Total in court time:**     00:55
**Hearing concluded**