IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON, and
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

_____

## GOVERNMENT'S SECOND CORRECTED *JAMES* LOG
_____

Pursuant to the Court's Order in open court on March 29, 2016, granting the government's oral and unopposed motion to file a Second Corrected *James* Log, the government hereby files its Second Corrected *James* Log, with the following changes:

1) Two log entries dated 1/26/2009 were changed to the correct date of 1/26/2010 and placed in chronological order.

2) One line was added to the 10/2/2009 entry to provide context.  No new statements were added.

3) The time of the entry dated 5/3/2010 was changed from 7:07 PM to the correct time of 7:03 PM.

1

2

4) A line break was placed prior to the last statement in the entry dated 7/31/2010 to show that this statement occurred during the 9:15 PM call and not during the 1:06 PM call on the same day.

5) The entry dated 8/28/2010 was changed to the correct date of 8/29/2010.

6) The entry dated 3/17/2010 was changed to the correct date of 3/17/2012 and placed in chronological order.

No new statements were added to the Second Corrected James Log.

Respectfully submitted this 30th day of March, 2016.

JOHN F. WALSH
United States Attorney
*s/ Martha A. Paluch*

Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

3

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

s/ Mariah Tracy
Mariah Tracy
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0402
Email:
mariah.tracy@usdoj.gov