IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

_____

**GOVERNMENT'S MOTION REQUESTING THAT THE COURT DETERMINE WHETHER THE APPOINTMENT OF COUNSEL IS WARRANTED FOR CERTAIN PROPOSED DEFENSE WITNESSES**

_____

The United States of America, by and through Assistant United States Attorneys Martha A. Paluch, and Bryan D. Fields, hereby requests that the Court determine whether the appointment of counsel is warranted for certain proposed defense witnesses.  In support of this motion, the government states as follows:

1.  On Monday, April 4, 2016, undersigned counsel was informed by defense counsel that the defendant intends to call as witnesses in her case-in-chief, *inter alia,* the following women:

- Jennifer Leff
- Tanya Barrett
- Michelle Steinhaus
- Mary Gallegos

1

2. Interviews and statements of these women were attached to Defendant's Motion for Hearing on Claims of Selective and Vindictive Prosecution, and to his Reply to the government's response to this motion. *See* Doc. 201 (Motion) at Ex. E (Interview of Steinhaus); *id.* at Ex. F (interview of Leff and Barrett); *id.* at G (Interview of Gallegos); *see also* Doc. 226 (Reply to government's Response) at Ex. M (Steinhaus Declaration); Ex. N (Barrett Declaration); and *id.* at Ex. O (Leff Declaration).

3. Based upon a review of 1) the statements made by these women in their interviews and declarations, 2) the government's investigation, and 3) the discovery in this case, to include the tax returns, refund checks, and recorded prison calls (many of which are set forth in the Government's Second Corrected *James* Log, Doc. 388-1), there is a real possibility that the testimony of these witnesses could furnish a link in a chain of evidence that could implicate them in the charged conspiracy and/or serve as the basis for a perjury charge. *See United States v. Serrano*, 406 F.3d 1208, 1214 (10th Cir. 2005).

4. Indeed, defendant's claim of selective prosecution was based upon her assertion that the women she now intends to call to testify on her behalf "could have been, yet were not prosecuted." Doc. 201 at 22. Accordingly, even the defendant recognizes that these women have been implicated in the charged conspiracy.

5. Once government counsel learned that these women intended to testify for the defendant, it would have been (and still is) entirely within the government's right to send an agent to re-interview them regarding their upcoming trial testimony. Out of an abundance of caution, the government has not yet done so, and instead, requests that the Court determine whether independent counsel should be appointed to advise these

women of their Constitutional rights and obligations.

6. "As a general rule a court has discretion to warn a witness about the possibility of incriminating himself or herself." *United States v. Smith*, 997 F.2d 674, 680 (10th Cir. 1993) (citation and internal quotation omitted).   In this regard, it is proper for a trial court judge or a prosecuting attorney to advise prospective witnesses of the penalties for testifying falsely, *see United States v. Blackwell*, 694 F.2d 1325, 1334 (D.C. Cir. 1996), or of the implications of inculpating oneself by testing truthfully. *Serrano*, 406 F.3d at 1216 (finding no error in prosecutor's notification to the court that witness's testimony could subject witness to possible prosecution or to judge's subsequent appointment of counsel to advise the witness of their constitutional rights).

7. The government raises this issue now with the Court so that this matter can be resolved well in advance of the May 2, 2016 trial date.

8. Government counsel conferred with defendant's attorney Mr. John Mosby about this motion, and he represented that the defendant objects to this motion.

DATED this 8th day of April, 2016.

                JOHN F. WALSH
                United States Attorney

                s/*Martha A. Paluch*_____
                Martha A. Paluch
                Bryan D. Fields
                Assistant United States Attorneys
                1225 Seventeenth Street, Suite 700
                Denver, Colorado  80202
                Telephone:(303) 454-0100
                Fax: (303) 454-0402
                martha.paluch@usdoj.gov
                bryan.fields@usdoj.gov
                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

                                                            s/*Mariah Tracy*_____
                                                            Mariah Tracy
                                                            Legal Assistant
                                                            United States Attorney's Office
                                                           1225 17th Street, Suite 700
                                                           Denver, CO 80202
                                                           303 454-0100
                                                           Fax: 303 454-0402
                                                           Mariah.tracy@usdoj.gov

4