**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00149-RM-06

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CRISTINA PORTILLOS,

      Defendant.

_____

**ORDER ON GOVERNMENT'S MOTION REQUESTING THAT THE COURT
DETERMINE WHETHER THE APPOINTMENT OF COUNSEL IS
WARRANTED FOR CERTAIN PROPOSED DEFENSE WITNESSES**
_____

THIS MATTER comes before the Court upon the Government's Motion Requesting that the Court Determine Whether the Appointment of Counsel is Warranted for Certain Proposed Defense Witnesses.

The Court having considered this motion, it is hereby

ORDERED that the Government's Motion Requesting that the Court Determine Whether the Appointment of Counsel is Warranted for Certain Proposed Defense Witnesses [Doc.   ] is GRANTED.

The Clerk of the Court is hereby ORDERED to appoint counsel from the CJA panel to represent Jennifer Leff, Tanya Barrett, Michelle Steinhaus, and Mary Gallegos.

1

DATED this _____ day of _____, 2016.

BY THE COURT:


_____
RAYMOND P. MOORE
United States District Court Judge
District of Colorado