IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

_____

**VERDICT FORM**
_____

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Conspiracy to File False Claims for Refund as charged in Count 1 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 2 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 3 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 4 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 5 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 6 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 7 of the First Superseding Indictment.

We, the jury, upon our oath, do unanimously find the defendant, Cristina Portillos:

    \_\_\_ Not Guilty

    \_\_\_ Guilty

of Filing a False Claim for Refund as charged in Count 8 of the First Superseding Indictment.

    Dated this _____ day of May, 2016.

 

_____
FOREPERSON