## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No.   15-cr-00149-RM                                Date:   April 12, 2016

Case Title: *United States v. Cristina Portillos*

PLAINTIFF WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| DOC Investigator Randy Smithgall | 5/2    1 hr. |
| IRS Representative Roman Hernandez | 5/2 or 5/3 1 hr. 30 mins |
| DOC Investigator Vaughn Burnette | 5/3    2 hrs. |
| Melanie Palumbo | 5/3    45 mins |
| Sabrina Caraveo | 5/3    2 hrs. |
| Carolina Aragon | 5/3    1 hr. 30 mins |
| DOC Investigator Rodney Davidson | 5/3 or 5/4    1 hr. |
| Nancy Guzman | 5/4    45 mins |
| Conrad Archuleta | 5/4    1 hr |
| IRS SA Tony Romero | 5/4    4 hrs. 30 mins |