# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No. 15cr00149-RM-06     Date: 04-12-2016

Case Title: UNITED STATES v. CRISTINA PORTILLOS

Defendant's WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Celestino Lucero | May 5, 2016 - 1 hour |
| Josephine Roybal | May 5, 2016   30 minutes |
| Naomi Archuleta | May 5, 2016   30 minutes |
| Tanya Barrett | May 5, 2016   1 hour |
| Jennifer Leff | May 5, 2016   1 hour |
| Mary Gallegos | May 5, 2015   45 minutes |
| Michelle Steinhaus | May 5, 2016   45 minutes |
| Daniel Portillos | May 5, 2016   45 minutes |
| Rosemary Portillos | May 5, 2016   45 minutes |
| Special Agent Clarissa Coate | May 6, 2016   1 hour |