IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**6. CRISTINA PORTILLOS,**

        Defendants.

---

### DEFENDANT'S PROPOSED VERDICT FORM

---

Defendant Cristina Portillos by undersigned counsel, John Mosby, respectfully submits her proposed form of verdict to the Court.

        Respectfully submitted,

        s/John Mosby

        John Mosby
        621 17th Street, Suite 2445
        Denver, Colorado 80293
        (303) 623-1355

        Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A. Paluch
Assistant U.S. Attorney

        s/John Mosby

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**6. CRISTINA PORTILLOS,**

        Defendants.

---

## VERDICT FORM

---

We the jury finds as follows:

    With respect to Count 1, we the Jury finds the Defendant Cristina Portillos;

    **Not Guilty** _____                                          **Guilty** _____

    With respect to Count 2, we the Jury finds the Defendant Cristina Portillos;

    **Not Guilty** _____                                          **Guilty** _____

    With respect to Count 3, we the Jury finds the Defendant Cristina Portillos;

    **Not Guilty** _____                                            **Guilty** _____

    With respect to Count 4, we the Jury finds the Defendant Cristina Portillos;

    **Not Guilty** _____                                            **Guilty** _____

With respect to Count 5, we the Jury finds the Defendant Cristina Portillos;

**Not Guilty** _____                                              **Guilty** _____

With respect to Count 6, we the Jury finds the Defendant Cristina Portillos;

**Not Guilty** _____                                              **Guilty** _____

With respect to Count 7, we the Jury finds the Defendant Cristina Portillos;

**Not Guilty** _____                                              **Guilty** _____

With respect to Count 8, we the Jury finds the Defendant Cristina Portillos;

**Not Guilty** _____                                              **Guilty** _____

Respectfully submitted,

_____
Jury Foreman