IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**6.  CRISTINA PORTILLOS,**

        Defendants.
_____

**DEFENDANT'S PROPOSED JUROR VOIR DIRE**
_____

Comes Now Defendant Cristina Portillos by undersigned counsel, John Mosby, and hereby proposes the following voir dire questions to the Court.

1. Has anyone ever served on a state of federal grand jury?

    a.  When,

    b. Where

    c. For how long,

    d. Please describe the experience

    e. What effect would that experience have on you since the indictment in this case was returned by a grand jury?

2. Has any friend or relative served on a state of federal grand jury/

    a. When,

    b. Where,

    c. For how long,

      d. Please describe the experience,

      e. What effect would that experience have on you since the indictment in this case was returned by a grand jury.

3. Does each member of the jury understand that the return of an indictment by a grand jury has no bearing whatsoever on the guilt or innocence of the person charged?

4. Does any member of the jury work for the federal government?

      a. What is/was your position and title?

      b. What do/did you actually do?

5. Does any member of the jury have a family member of friend that works or worked for the federal government?  If yes, what was their job(s) or position(s)?

6. Has any member of the jury panel or a friend or relative been or is employed law enforcement officer at any level of government?

7. Has any member of the jury panel or a friend or relative been accused of or charged with a crime?

8. Has any member of the jury panel served as a juror in a criminal or civil case?

9. Does any member of the jury panel have any reservation about judging the credibility of a government agent in exactly the same way as an ordinary person?

10. Does any member of the jury feel that if a defendant does not

testify that she may be hiding something?

11. Does any member of the jury feel that if a person associates with someone with a criminal history of questionable background that the person may be guilty based upon association?

12. Does any member of the jury have any reservations about following the Court's instruction that the jury is not permitted to infer anything from the defendant's election not to testify?

13. Is each member of the jury comfortable with the concept that the government must prove each of the charges beyond a reasonable doubt, and the defendant need not prove anything in order to be found not guilty?

14. Does each member of the jury understand that the standard of proof beyond a reasonable doubt in a criminal case is the highest standard of evidence provided for under our laws?

15. Will each member of the jury follow the law that requires you to presume that the defendant is innocent of each and every charge in this case unless the prosecution can provide this case beyond a reasonable doubt?

16. If you have a reasonable doubt at the conclusion of the trial, is each member of the jury comfortable finding the defendant not guilty even though the United States Government urges you to find her guilty?

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-1355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A. Paluch
Assistant U.S. Attorney

s/John Mosby