IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CRISTINA PORTILLOS,

    Defendant.

_____

**ORDER ON GOVERNMENT'S MOTION FOR A PRE-TRIAL RULING
ON THE ADMISSIBILITY OF TRANSCRIPTS
OF EXCERPTS FROM RECORDED CALLS**

THIS MATTER comes before the Court upon the Government's Motion for a Pre-Trial Ruling on the Admissibility of Transcripts of Excerpts of Recorded Calls.

The Court having considered this motion, it is hereby

ORDERED that the Government's Motion for a Pre-Trial Ruling on the Admissibility of Transcripts of Excerpts of Recorded Calls [Doc.   ] is GRANTED.

DATED this _____ day of _____, 2016.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Court Judge
                District of Colorado