**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson | Date:   April 14, 2016 |
| Court Reporter:   Tammy Hoffschildt | Interpreter:   n/a |
| Probation Officer: n/a | |

**CASE NO.   15-cr-00149-RM**

| <u>Parties</u> | <u>Counsel</u> |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Bryan Fields |
|     Plaintiff, | |
| v. | |
| **6.   CRISTINA PORTILLOS,** | John Mosby |
|     **Defendant.** | |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION:        9:02 a.m.**
Appearances of counsel.    Defendant is present and on bond.

Discussion held regarding sequestration of witnesses, exhibits being returned to counsel at the end of trial, exhibit lists, the Superseding Indictment being provided to the jury, trial schedule, jury selection process, jury instructions, witness lists.

**ORDERED:**  Witnesses will be sequestered prior to their testimony.

**ORDERED:**  Exhibits will be returned to counsel at the conclusion of the trial.

Mr. Mosby is directed to file a blank exhibit list, even though he does not have any exhibits at this time.

Discussion held and argument given regarding Government's Motion Requesting that the Court Determine Whether the Appointment of Counsel is Warranted for Certain Proposed Defense Witnesses (Doc. 392).

**ORDERED:**   Government's Motion Requesting that the Court Determine Whether the Appointment of Counsel is Warranted for Certain Proposed Defense Witnesses (Doc. 392) is DENIED as stated on the record.

Discussion held and argument given regarding Government's Motion for a Pre-Trial Ruling on the Admissibility of Transcripts of Excerpts from Recorded Calls (Doc. 404).

**Court in recess:**   **10:17 a.m.**
**Court in session:**   **10:30 a.m.**

Further discussion held regarding Government's Motion for a Pre-Trial Ruling on the Admissibility of Transcripts of Excerpts from Recorded Calls (Doc. 404).

**ORDERED:**   Government's Motion for a Pre-Trial Ruling on the Admissibility of Transcripts of Excerpts from Recorded Calls (Doc. 404) is GRANTED as stated on the record.

Discussion held regarding use of jury instructions during closing arguments and submitting exhibits to the Court and Court staff.

**ORDERED:**   Defendant is continued on bond.

**COURT IN RECESS:**       **10:45 a.m.**
**Total in court time:**       **1:30**
**Hearing concluded**