**John Mosby**

**From:** Tanya Barrett <echoed.harmony@gmail.com>
**Sent:** Thursday, April 14, 2016 8:55 PM
**To:** john_mosby@msn.com
**Subject:** 4/14/16 IRS Clarissa Coate

John,

Clarissa Coate/Mohr came to my home (Tanya Barrett)
2009 Lelaray St. Unit C
Colo. Spgs. Co 80909
at 5:00 p.m.

I was advised of my rights to an attorney based on being subpoenaed to testify as a witness to Cristina's case. I was told that the defense for Cristina was implementing me as being involved in the IRS tax fraud scheme. She said that she hadn't seen the files yet, but that it would be in my best interest to get a lawer. She also asked if I remembered what I told Romero originally in this case, and if I had anything to add or change in my testimony. She also asked if I understood what the consequences of perjury were and then explained that it would be a $250,000 fine and up to 5 years in jail. I did tell her that I remembered what I originally said (maybe not word for word due to the length of time that has passed) but I do remember.

She came across as being someone who was there to help me understand that I'm being implemented by you as having involvement in this scheme. I was very confused by this, because as per the conversation between you and I, and Jennifer on March 12, 2016 this was not discussed. And at no time was I under the impression that you were implementing us as being involved. This adds to my confusion because I was under the impression that I was a character witness.
Was this a scare tactic on the Federal Government's behalf, or is what she expressed the truth. Because if what she's saying isn't true, to come to our home and throw around intimidation tactics isn't at all what I anticipated.

Now 2 hours later I have been served with the subpoena from Iris Investigations.

I will be there on May 4th to say what I know, and to help my friend Cristina and I would hope that it's not at the expense of myself or Jennifer as being involved, because we most certainly weren't.

I know in my heart that you are utilizing our testimony to help Cristina, and nothing beyond that.

Thanks and have a great night,
Tanya Barrett


Exhibit 1

Defendant's Motion Requesting Hearing And Preliminary Order