## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

---

## PROPOSE ORDER ON DEFENDANT'S MOTION REQUESTING HEARING AND PRELIMINARY ORDER

---

    This matter comes before the Court upon the Defendant's Motion Requesting Hearing and Preliminary Order.

    The Court having considered this motion, it is hereby

    ORDERED that Defendant's motion for hearing is GRANTED and that the Government's shall make available at a hearing set by this Court on _____, 2016, the government agents who interviewed Defendant's witnesses Jennifer Leff, Tanya Barrett, Michelle Steinhaus, and Mary Gallegos. (See, Doc. 392).

    Further ordered, at that time the Court will determine whether Defendant shall be able to inquire during trial into government agents' statements and whether the government shall be ordered to make the government agents available to testify at trial without the issuance of a subpoena by the Defendant.

    DATED THIS _____ day of _____, 2016.

BY THE COURT:

_____
Honorable Raymond P. Moore
United States District Court Judge