IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**6. CRISTINA PORTILLOS,**

        Defendant.

---

## DEFENDANT'S SUPPLEMENT TO MOTION REQUESTING HEARING AND PRELIMINARY ORDER

---

Comes Now Defendant Cristina Portillos, by and through her counsel, and submit the following supplement to her Motion Requesting Hearing and Preliminary Order:

1   See Exhibit 2 attached hereto.

        Respectfully submitted,

        <u>s/John Mosby</u>

        John Mosby
        621 17th Street, Suite 2445
        Denver, Colorado 80293
        (303) 623-1355

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A. Paluch
Assistant U.S. Attorney

s/John Mosby

## John Mosby

| | |
|---|---|
| **From:** | Jennifer Leff <muziqlovr@hotmail.com> |
| **Sent:** | Monday, April 18, 2016 11:31 AM |
| **To:** | john_mosby@msn.com |
| **Subject:** | C.Portillos Case |

John,

As per your request, here are the details of a conversation that took place at my residence on the evening of April 14, 2016.

I received an unexpected knock at my front door from Clarissa Coate from the US IRS Dept regarding a Federal Case against a friend of mine Cristina Portillos. This took place for approximately 10-15 minutes in my living room.

Clarissa started out asking if she could discuss the case and wanted to speak to both myself and my wife Tanya Barrett but separately. I asked her for her ID and she showed it to me when we started recording. I asked her for her business card which she gave me after the interview had been concluded. At the beginning of the interview she stated that she had to record the conversation because she was alone.

She started out asking if I needed to or wanted to change my statement from a conversation that I gave to Agent Anthony Romero a couple years back regarding an investigation for tax fraud that my other friend Pamila Lucero was involved in. I told her I didn't recall needing to change it at this time that I didn't know anything, I know more now that I talked to him and I haven't talked to him since. She asked how I knew more and who told me about it. I advised just that I have heard from both Cristina and Pam that they have court coming up and I also said that I haven't talked with Pam in a while.

I asked if I needed a lawyer and she said she would go over that shortly into the interview.

Clarissa stated that she was there because she understood that I was being subpoenaed to testify in court regarding the case and that Cristina's lawyer has suggested that Tanya and myself were involved in the tax fraud scheme. I told her I haven't been served a subpoena but am under the impression that one is coming. And as far as I knew that was the extend of my subpoena, to help as a character witness for Cristina.

She went on to ask if I understood the consequences of perjury to which I replied that I don't know the full extent but that obviously it's not good. She said the penalty is up to 5 years in jail and up to $250,000 fine. She handed me a paper that states what perjury is it. She gave me a copy of a Financial Affadavit for me to fill out and give back to her now so that if I wanted legal representation and could not afford one she could get the ball rolling for a lawyer for me. She said she could take it to the Denver courthouse for me. I was hesitant to fill it out and asked what happens to the Affadavit if I never testify or am charged with a crime to which she replied it would most likely be destroyed and that the courts have no reason to keep it. By the end of the interview and conversation I elected not to fill it out but she offered more than once to come back by tomorrow and pick it up if I changed my mind.

I told her this was all really surprising to me and has me concerned because Agent Romero told me that he thought I was a victim in this case, no charges were being filed against me nor Tanya and we didn't need a lawyer.

1

Exhibit 2
Defendant's Motion Requesting Hearing And Preliminary Order

So now I am concerned that you wanted me to testify not only as a character witness for Cristina's case but somehow to incriminate me as well. I will remind you that I had no knowledge of tax scheme until Agent Romero told me what was going on. I don't know how else to say it, plain and simple. I told Agent Romero this when he interviewed me a couple years back but now feel like maybe you had mislead me in someway. If so, that upsets me because as lawyer in our judicial system I know you took an oath to be true and I now feel like you weren't honest with me. Was this lady, Mrs. Coate misrepresenting what was goin on or where you?

Ms.Coate went on to indicate she had recently gotten married and her new last name is Mohr. She asked for my phone # and I gave it to her but advised her that in NO WAY was I to be contacted at my place of business which she wrote down in her notes. I advised that I wanted to stop the interview.

Also, just so you know a couple hours after her interviewed I was personally served the subpoena for May 4, 2016.

So to end this email I will ask you final question...

Should I seek my own legal representation now?

Sincerely,

Jennifer Leff
2009 Lelaray St Unit C
Colorado Springs, CO 80909
719-641-0483 cell

Sent from my Verizon Wireless 4G LTE smartphone

Exhibit 2
Defendant's Motion Requesting Hearing And Preliminary Order

2