# EXHIBIT A

     Exhibit A comprises the audio-recordings referenced in the motion.  Exhibit A is submitted to the Court using conventional, non-electronic, means.