IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy: Kathy Preuitt-Parks  Date: April 26, 2016
Court Reporter: Tammy Hoffschildt  Interpreter: n/a
Probation Officer: n/a

**CASE NO. 15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| **6. CRISTINA PORTILLOS,** | John Mosby |
| **Defendant.** | |

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION:**   10:01 a.m.
Appearances of counsel. Defendant is present and on bond.

Discussion held and argument given regarding Defendant's Motion Requesting Hearing and Preliminary Order (Doc. 409).

Opening remarks by the Court.

**10:13 a.m.**   Direct examination of IRS Agent Clarissa Mohr by Mr. Mosbey.

**10:19 a.m.**   Cross examination by Ms. Paluch.

**10:25 a.m.**   Redirect examination by Mr. Mosby.

Witness is excused.

Argument by Mr. Mosby.

Argument by Ms. Paluch.

Rebuttal argument by Mr. Mosby.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Order (Doc. 409) is **DENIED**  as stated on the record.

**ORDERED:**   Defendant is continued on bond.

**COURT IN RECESS:**      **10:51 a.m.**
**Total in court time:**       **XX:50**
**Hearing concluded**