**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-CR-000149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. CRISTINA PORTILLOS,

    Defendant.

## GOVERNMENT'S WITNESS LIST

The United States of America submits the following witness list for trial. The government respectfully reserves the right to add names of additional witnesses identified before or during trial.

Respectfully submitted this 28th day of April , 2016.

        JOHN WALSH
        United States Attorney

        By: *s/ Martha A. Paluch*
        MARTHA A. PALUCH
        Assistant United States Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0409
        E-mail: Martha.Paluch@usdoj.gov
        Attorney for the United States

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of April, 2016, I electronically filed the foregoing **GOVERNMENT'S WITNESS LIST** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: s/ Mariah Tracy
MARIAH TRACY
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0402
E-mail: Mariah.Tracy@usdoj.gov

2