IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

6.　　CRISTINA PORTILLOS,

　　　　Defendants.

## GOVERNMENT'S EXHIBIT LIST

The United States of America submits the following exhibit list for trial. The government respectfully reserves the right to add additional exhibits identified before or during trial.

Respectfully submitted this 28th day of April, 2016.

　　　　　　　　　　　　　　　　JOHN WALSH
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: *s/ Martha A. Paluch*
　　　　　　　　　　　　　　　　MARTHA A. PALUCH
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　1225 17th Street, Suite 700
　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　Telephone: (303) 454-0100
　　　　　　　　　　　　　　　　Fax: (303) 454-0409
　　　　　　　　　　　　　　　　E-mail: Martha.Paluch@usdoj.gov
　　　　　　　　　　　　　　　　Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of April, 2016, I electronically filed the foregoing **GOVERNMENT'S EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: s/Mariah Tracy
MARIAH TRACY
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0402
E-mail: Mariah.Tracy@usdoj.gov