CASE CAPTION:  _____*United States v. Cristina Portillos*__ _____

CASE NO.: __15-cr-00149-RM_____

EXHIBIT LIST OF:  _____United States -- Plaintiff____ _____
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 1 | | INTENTIONALLY OMITTED | | | | | |
| 2 | Morgan | 2006-1040A (Segura) | | | | | IRS_00001362-1366 |
| 3 | Morgan | 2008-1040A (Segura) | | | | | IRS_00001864-1866 |
| 4 | Morgan | 2007-1040A (Mills) | | | | | IRS_00001547-1550 |
| 5 | Morgan | 2006-1040A (Rojas) | | | | | IRS_00001345-1349 |
| 6 | Morgan | 2007-1040A (Rojas) | | | | | IRS_00001620-1623 |
| 7 | Morgan | 2008-1040A (Rojas) | | | | | IRS_00001854-1856 |
| 8 | Morgan | 2007-1040A (Giron) | | | | | IRS_00001491-1494 |
| 9 | Morgan | 2008-1040A (Giron) | | | | | IRS_00001769-1771 |
| 10 | Morgan | 2007-1040A (Dallas) | | | | | IRS_00001450-1453 |
| 11 | Morgan | 2008-1040A (Bateman) | | | | | IRS_00001705-1707 |
| 12 | Morgan | 2006-1040A (Fager) | | | | | IRS_00001271-1275 |
| 13 | Morgan | 2007-1040A (Brown) | | | | | IRS_00001426-1429 |
| 14 | Morgan | 2006-1040A (Espinal) | | | | | IRS_00001267-1270 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 15 | Morgan | 2007-1040A (Espinal) | | | | | IRS_00001463-1466 |
| 16 | Morgan | 2006-1040A (Romero) | | | | | IRS_00001350-1353 |
| 17 | Morgan | 2009-1040A (Diaz) | | | | | IRS_00001976-1978 |
| 18 | Morgan | 2007-1040A (Pierce) | | | | | IRS_00001585-1589 |
| 19 | Morgan | 2008-1040A (Pierce) | | | | | IRS_00001835-1837 |
| 20 | Morgan | 2007-1040A (Hannum) | | | | | IRS_00001503-1507 |
| 21 | Morgan | 2008-1040A (Hannum) | | | | | IRS_00001775-1777 |
| 22 | Morgan | 2007-1040A (Winder) | | | | | IRS_00001678-1682 |
| 23 | Morgan | 2008-1040A (Winder) | | | | | IRS_00001906-1909 |
| 24 | Morgan | 2008-1040A (Sullivan) | | | | | IRS_00001889-1891 |
| 25 | Morgan | 2009-1040A (Sullivan) | | | | | IRS_00002091-2093 |
| 26 | Morgan | 2007-1040A (Price) | | | | | IRS_00001599-1603 |
| 27 | Morgan | 2008-1040A (Price) | | | | | IRS_00001841-1843 |
| 28 | Morgan | 2009-1040A (Price) | | | | | IRS_00002064-2066 |
| 29 | Morgan | 2009-1040A (Trujillo) | | | | | IRS_00002098-2100 |
| 30 | Morgan | 2008-1040A (Aragon) | | | | | IRS_00001691-1694 |
| 31 | Morgan | 2007-1040A (Simonton) | | | | | IRS_00001636-1638 |
| 32 | Morgan | 2008-1040A (Simonton) | | | | | IRS_00001867-1871 |
| 33 | Morgan | 2009-1040A (Simonton) | | | | | IRS_00002075-2077 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
| 34 | Morgan | 2007-1040A (Cobbin) | | | | | IRS_00001446-1449 |
| 35 | Morgan | 2009-1040A (Cobbin) | | | | | IRS_00001965-1967 |
| 36 | Morgan | 2007-1040A (Gary) | | | | | IRS_00001487-1490 |
| 37 | Morgan | 2009-1040A (Knight) | | | | | IRS_00002006-2009 |
| 38 | Morgan | 2010-1040A (Knight) | | | | | IRS_00002152-2154 |
| 39 | Morgan | 2012-1040A (Hall) | | | | | IRS_00002223-2225 |
| 40 | Morgan | 2007- 1040A (Douglas) | | | | | IRS_00001459-1462 |
| 41 | Morgan | 2006- 1040A (Dallas) | | | | | IRS_00001262-1266 |
| 42 | Morgan | 2008- 1040A (Dallas) | | | | | IRS_00001736-1738 |
| 43 | Morgan | 2007- 1040A (Fager) | | | | | IRS_00001467-1470 |
| 44 | Morgan | 2008- 1040A (Fager) | | | | | IRS_00001751-1753 |
| 45 | Morgan | 2008- 1040A (Espinal) | | | | | IRS_00001747-1750 |
| 46 | Morgan | 2007- 1040A (Romero) | | | | | IRS_00001624-1627 |
| 47 | Morgan | 2008- 1040A (Romero) | | | | | IRS_00001857-1859 |
| 48 | Morgan | 2007- 1040A (Aragon) | | | | | IRS_00001385-1388 |
| 49 | Morgan | 2009- 1040A (Aragon) | | | | | IRS_00001925-1928 |
| 50 | Morgan | 2008- 1040A (Woodard) | | | | | IRS_00001910-1912 |
| 51 | Morgan | 2009- 1040A (Woodard) | | | | | IRS_00002123-2126 |
| 52 | Morgan | 2007- 1040A (Willhite) | | | | | IRS_00001674-1677 |
| 53 | Morgan | 2008- 1040A (Willhite) | | | | | IRS_00001903-1905 |
| 54 | Morgan | 2009- 1040A (Willhite) | | | | | IRS_00002109-2111 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
| 55 | Morgan | 2007- 1040A (Caldwell) | | | | | IRS_00001435-1437 |
| 56 | Morgan | 2008- 1040A (Caldwell) | | | | | IRS_00001723-1726 |
| 57 | Morgan | 2009- 1040A (Caldwell) | | | | | IRS_00001954-1956 |
| 58 | Morgan | 2009- 1040A (Steele) | | | | | IRS_00002084-2087 |
| 59 | Morgan | 2010- 1040A (Steele) | | | | | IRS_00002164-2166 |
| 60 | Morgan | 2007- 1040A (Garcia, Jr.) | | | | | IRS_00001483-1486 |
| 61 | Morgan | 2008- 1040A (Garcia, Jr.) | | | | | IRS_00001763-1765 |
| 62 | Morgan | 2009- 1040A (Garcia, Jr.) | | | | | IRS_00001990-1992 |
| 63 | Morgan | 2008- 1040A (Dorsey) | | | | | IRS_00001743-1746 |
| 64 | Morgan | 2009- 1040A (Dorsey) | | | | | IRS_00001979-1981 |
| 65 | Morgan | 2010- 1040A (Dorsey) | | | | | IRS_00002145-2147 |
| 66 | Morgan | 2008- 1040A (Zamora) | | | | | IRS_00001916-1919 |
| 67 | Morgan | 2009- 1040A (Zamora) | | | | | IRS_00002131-2133 |
| 68 | Morgan | 2010- 1040A (Zamora) | | | | | IRS_00002182-2184 |
| 69 | Morgan | 2006- 1040A (Archuleta) | | | | | IRS_00001239-1243 |
| 70 | Morgan | 2007- 1040A (Archuleta) | | | | | IRS_00001393-1396 |
| 71 | Morgan | 2008- 1040A (Archuleta) | | | | | IRS_00001702-1704 |
| 72 | Morgan | 2006-Refund Check (Segura) | | | | | IRS_00002256-2258 |
| 73 | Morgan | 2008- Refund Check (Segura) | | | | | IRS_00002297-2299 |
| 74 | Morgan | 2007- Refund Check (Mills) | | | | | IRS_00002267-2269 |
| 75 | Morgan | 2006- Refund Check (Rojas) | | | | | IRS_00002252-2254 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 76 | Morgan | 2007- Refund Check (Rojas) | | | | | IRS_00002274-2276 |
| 77 | Morgan | 2008- Refund Check (Rojas) | | | | | IRS_00002294-2296 |
| 78 | Morgan | 2007- Refund Check (Giron) | | | | | IRS_00002265<br>IRS_00002495 |
| 79 | Morgan | 2008- Refund Check (Giron) | | | | | IRS_00002287<br>IRS_00002494 |
| 80 | Morgan | 2007- Refund Check (Dallas) | | | | | IRS_00002261<br>IRS_00002496 |
| 81 | Morgan | 2008- Refund Check (Bateman) | | | | | IRS_00002281<br>IRS_00002497 |
| 82 | Morgan | 2006- Refund Check (Fager) | | | | | IRS_00002249<br>IRS_00002498 |
| 83 | Morgan | 2007- Refund Check (Brown) | | | | | IRS_00002260<br>IRS_00002499 |
| 84 | Morgan | 2006-Refund Check (Espinal) | | | | | IRS_00002248<br>IRS_00002500 |
| 85 | Morgan | 2007- Refund Check (Espinal) | | | | | IRS_00002262<br>IRS_00002501 |
| 86 | Morgan | 2006- Refund Check (Romero) | | | | | IRS_00002255<br>IRS_00002502 |
| 87 | Morgan | 2009- Refund Check (Diaz) | | | | | IRS_00002305<br>IRS_00002503 |
| 88 | Morgan | 2007- Refund Check (Pierce) | | | | | IRS_00002271<br>IRS_00002504 |
| 89 | Morgan | 2008- Refund Check (Pierce) | | | | | IRS_00002291<br>IRS_00002505 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 90 | Morgan | 2007- Refund Check (Hannum) | | | | | IRS_00002266 IRS_00002506 |
| 91 | Morgan | 2008- Refund Check (Hannum) | | | | | IRS_00002288 IRS_00002507 |
| 92 | Morgan | 2007- Refund Check (Winder) | | | | | IRS_00002279 IRS_00002508 |
| 93 | Morgan | 2008- Refund Check (Winder) | | | | | IRS_00002302 IRS_00002509 |
| 94 | Morgan | 2008- Refund Check (Sullivan) | | | | | IRS_00002301 IRS_00002510 |
| 95 | Morgan | 2009- Refund Check (Sullivan) | | | | | IRS_00002315 IRS_00002511 |
| 96 | Morgan | 2007- Refund Check (Price) | | | | | IRS_00002272 IRS_00002512 |
| 97 | Morgan | 2008- Refund Check (Price) | | | | | IRS_00002292 IRS_00002513 |
| 98 | Morgan | 2009- Refund Check (Price) | | | | | IRS_00002310 IRS_00002514 |
| 99 | Morgan | 2009- Refund Check (Trujillo) | | | | | IRS_00002316 IRS_00002515 |
| 100 | Morgan | 2008- Refund Check (Aragon) | | | | | IRS_00002280 IRS_00002516 |
| 101 | Morgan | 2007- Refund Check (Simonton) | | | | | IRS_00002277 IRS_00002517 |
| 102 | Morgan | 2008- Refund Check (Simonton) | | | | | IRS_00002300 IRS_00002518 |
| 103 | Morgan | 2009- Refund Check (Simonton) | | | | | IRS_00002311 IRS_00002519 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
| 104 | Morgan | 2007 Refund Check- (Cobbin) | | | | | IRS_00002344-2345 IRS_00002520 |
| 105 | Morgan | 2009 Refund Check- (Cobbin) | | | | | IRS_00002246 IRS_00002521 |
| 106 | Morgan | 2007- Refund Check (Gary) | | | | | IRS_00002264 IRS_00002522 |
| 107 | Morgan | 2010- Refund Check (Knight) | | | | | IRS_00002348-2349 IRS_00002523 |
| 108 | Morgan | 2009- Refund Check (Knight) | | | | | IRS_00002346-2347 IRS_00002524 |
| 109 | Morgan | 2012- Refund Check (Hall) | | | | | IRS_00002244 IRS_00002525 |
| 110 | Morgan | 2007-Refund Check (Garcia, Jr.) | | | | | IRS_00002263 IRS_00002526 |
| 111 | Morgan | 2009-Refund Check (Garcia, Jr.) | | | | | IRS_00002307 IRS_00002527 |
| 112 | Morgan | 2009 IRS Account Transcript (Diaz) | | | | | IRS_00000307-308 |
| 113 | Morgan | 2008 IRS Account Transcript (Aragon) | | | | | IRS_00000016-17 |
| 114 | Morgan | 2008 IRS Account Transcript (Caldwell) | | | | | IRS_00000207-208 |
| 115 | Morgan | 2009 IRS Account Transcript (Caldwell) | | | | | IRS_00000209-210 |
| 116 | Morgan | 2007 IRS Account Transcript (Willhite) | | | | | IRS_00001134-1135 |
| 117 | Morgan | 2008 IRS Account Transcript (Willhite) | | | | | IRS_00001136-1137 |
| 118 | Morgan | 2009 IRS Account Transcript (Willhite) | | | | | IRS_00001138-1139 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 119 | Burnette | DOC Movement Records (Caraveo) | | | | | DOC_00003217-3219 |
| 120 | Burnette | DOC Movement Records (Archuleta) | | | | | DOC_00003211 |
| 121 | Burnette | DOC Movement Records (Aragon) | | | | | DOC_00001464-1465 |
| 122 | Burnette | DOC Movement Records (Bateman) | | | | | DOC_00001468-1469 |
| 123 | Burnette | DOC Movement Records (Chavez) | | | | | DOC_00000243-245 DOC_00003212-3214 |
| 124 | Burnette | DOC Movement Records (Cobbin) | | | | | DOC_00000246-247 |
| 125 | Burnette | DOC Movement Records (Pope) | | | | | DOC_00001539-1540 |
| 126 | Burnette | DOC Movement Records (Romero) | | | | | DOC_00001550 |
| 127 | Burnette | DOC Movement Records (Dallas) | | | | | MOC_00000008-9 |
| 128 | Burnette | DOC Movement Records (Simonton) | | | | | DOC_00001559-1561 |
| 129 | Burnette | DOC Movement Records (Dorsey) | | | | | DOC_00000253-255 |
| 130 | Burnette | DOC Movement Records (Espinal) | | | | | MOC_00000017-20 DOC_00000259-263 |
| 131 | Burnette | DOC Movement Records (Willhite) | | | | | DOC_00001572-1573 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 132 | Burnette | DOC Movement Records (Caldwell) | | | | | MOC_00000006-7 |
| 133 | Burnette | DOC Movement Records (Diaz) | | | | | MOC_00000010-14 |
| 134 | Burnette | DOC Movement Records (Douglas) | | | | | MOC_00000015-16 |
| 135 | Burnette | DOC Movement Records (Fager) | | | | | MOC_00000021-22 |
| 136 | Burnette | DOC Movement Records (Garcia) | | | | | MOC_00000023-24 |
| 137 | Burnette | DOC Movement Records (Gary) | | | | | DOC_00000279-280 |
| 138 | Burnette | DOC Movement Records (Giron) | | | | | DOC_00000281-282 |
| 139 | Burnette | DOC Movement Records (Hall) | | | | | DOC_00000289-290 |
| 140 | Burnette | DOC Movement Records (Hannum) | | | | | DOC_00000291-293 |
| 141 | Burnette | DOC Movement Records (Knight) | | | | | DOC_00000302-305 |
| 142 | Burnette | DOC Movement Records (Mills) | | | | | DOC_00000327-328 |
| 143 | Burnette | Offender phone list- Caraveo | | | | | DOC_00001233-1234 DOC_00001242 DOC_00001255 |
| 144 | Burnette | Offender phone list- Chavez | | | | | DOC_00001402 DOC_00001261 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 145 | Smithgall | DOC Photo- R. Caraveo | | | | | DOC_PHOTO_00000014 |
| 146 | Smithgall | DOC Photo- E. Chavez | | | | | DOC_PHOTO_00000017 |
| 147 | Romero | DMV Photo-Portillos | | | | | DMV_00000035-36 |
| 148 | Romero | DMV Photo-Lucero | | | | | DMV_00000033-34 |
| 149T | Burnette | Transcript- Chavez & Palumbo (Dec, 11, 2008) | | | | | DOC_00002686-2715 |
| 149A | | Audio- Chavez & Palumbo (Dec, 11, 2008) | | | | | DOC_00000581 |
| 149E | | Excerpt- Chavez & Palumbo (Dec, 11, 2008) | | | | | |
| 150T | Burnette | Transcript- Caraveo & Lucero (Dec. 15, 2008) | | | | | DOC_00003222-3228 |
| 150A | | Audio- Caraveo & Lucero (Dec. 15, 2008) | | | | | DOC_00000581 |
| 150E | | Excerpt- Caraveo & Lucero (Dec. 15, 2008) | | | | | |
| 151T | Burnette | Transcript- Caraveo & Lucero (Dec. 18, 2008) | | | | | DOC_00003229-3232 |
| 151A | | Audio- Caraveo & Lucero (Dec. 18, 2008) | | | | | DOC_00000581 |
| 151E | | Excerpt- Caraveo & Lucero (Dec. 18, 2008) | | | | | |
| 152T | Burnette | Transcript- Caraveo & S. Caraveo (Dec. 26, 2008) | | | | | DOC_00003233-3237 |
| 152A | | Audio- Caraveo & S. Caraveo | | | | | DOC_00000581 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
| | | (Dec. 26, 2008) | | | | | |
| 152E | | Excerpt- Caraveo & S. Caraveo (Dec. 26, 2008) | | | | | |
| 153T | Burnette | Transcript- Caraveo & Lucero (Jan. 9, 2009) | | | | | DOC_00003238-3244 |
| 153A | | Audio- Caraveo & Lucero (Jan. 9, 2009) | | | | | DOC_00000581 |
| 153E | | Excerpt- Caraveo & Lucero (Jan. 9, 2009) | | | | | |
| 154T | Burnette | Transcript- Caraveo & S. Caraveo (Oct. 2, 2009) | | | | | DOC_00003484-3491 |
| 154A | | Audio- Caraveo & S. Caraveo (Oct. 2, 2009) | | | | | DOC_00000581 |
| 154E | | Excerpt- Caraveo & S. Caraveo (Oct. 2, 2009) | | | | | |
| 155T | Burnette | Transcript- Caraveo & Palumbo (Jan. 26, 2010 – 1st call- 4:32 PM) | | | | | DOC_00003245-3246 |
| 155A | | Audio- Caraveo & Palumbo (Jan. 26, 2010 – 1st call) | | | | | DOC_00000581 |
| 155E | | Excerpt- Caraveo & Palumbo (Jan. 26, 2010 – 1st call) | | | | | |
| 156T | Burnette | Transcript- Caraveo & Lucero (Jan. 26, 2010 – 2nd call- 7:35 PM) | | | | | DOC_00003247-3252 |
| 156A | | Audio- Caraveo & Lucero (Jan. 26, 2010 – 2nd call) | | | | | DOC_00000581 |
| 156E | | Excerpt- Caraveo & Lucero | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | (Jan. 26, 2010 – 2nd call) | | | | | |
| 157T | Burnette | Transcript- Caraveo & Lucero (February 9, 2010- 1st Call- 4:38 PM) | | | | | DOC_00003253-3254 |
| 157A | | Audio- Caraveo & Lucero (February 9, 2010 – 1st call) | | | | | DOC_00000581 |
| 157E | | Excerpt- Caraveo & Lucero (February 9, 2010 – 1st call) | | | | | |
| 158T | Burnette | Transcript- Chavez & Lucero (February 9, 2010 – 2nd call- 7:46 PM) | | | | | DOC_00002060-2065 |
| 158A | | Audio- Chavez & Lucero (February 9, 2010 – 2nd call) | | | | | DOC_00000581 |
| 158E | | Excerpt- Chavez & Lucero (February 9, 2010 – 2nd call) | | | | | |
| 159T | Burnette | Transcript- Caraveo & Lucero (February 14, 2010) | | | | | DOC_00002066-2075 |
| 159A | | Audio- Caraveo & Lucero (February 14, 2010) | | | | | DOC_00000581 |
| 159E | | Excerpt- Caraveo & Lucero (February 14, 2010) | | | | | |
| 160T | Burnette | Transcript- Caraveo & Lucero (February 26, 2010) | | | | | DOC_00003255-3256 |
| 160A | | Audio- Caraveo & Lucero (February 26, 2010) | | | | | DOC_00000581 |
| 160E | | Excerpt- Caraveo & Lucero | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
|  |  | (February 26, 2010) |  |  |  |  |  |
| 161T | Burnette | Transcript- Caraveo & Lucero (March 18, 2010) |  |  |  |  | DOC_00002770-2789 |
| 161A |  | Audio- Caraveo & Lucero (March 18, 2010) |  |  |  |  | DOC_00000581 |
| 161E |  | Excerpt- Caraveo & Lucero (March 18, 2010) |  |  |  |  |  |
| 162T | Burnette | Transcript- Chavez & Lucero (April 13, 2010) |  |  |  |  | DOC_00002790-2815 |
| 162A |  | Audio- Chavez & Lucero (April 13, 2010) |  |  |  |  | DOC_00000581 |
| 162E |  | Excerpt- Chavez & Lucero (April 13, 2010) |  |  |  |  |  |
| 163T | Burnette | Transcript- Chavez & Lucero (April 19, 2010) |  |  |  |  | DOC_00002841-2867 |
| 163A |  | Audio- Chavez & Lucero (April 19, 2010) |  |  |  |  | DOC_00000581 |
| 163E |  | Excerpt- Chavez & Lucero (April 19, 2010) |  |  |  |  |  |
| 164T | Burnette | Transcript- Chavez & Lucero (April 26, 2010) |  |  |  |  | DOC_00002868-2895 |
| 164A |  | Audio- Chavez & Lucero (April 26, 2010) |  |  |  |  | DOC_00000581 |
| 164E |  | Excerpt- Chavez & Lucero (April 26, 2010) |  |  |  |  |  |
| 165T | Burnette | Transcript- Caraveo & Lucero |  |  |  |  | DOC_00002191-2203 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
| | | (April 27, 2010) | | | | | |
| 165A | | Audio- Caraveo & Lucero (April 27, 2010) | | | | | DOC_00000581 |
| 165E | | Excerpt- Caraveo & Lucero (April 27, 2010) | | | | | |
| 165S | | Supplemental Excerpt- Caraveo & Lucero (April 27, 2010) | | | | | |
| 166T | Burnette | Transcript- Archuleta & Guzman (May 2, 2010) | | | | | DOC_00003016-3047 |
| 166A | | Audio- Archuleta & Guzman (May 2, 2010) | | | | | DOC_00000581 |
| 166E | | Excerpt- Archuleta & Guzman (May 2, 2010) | | | | | |
| 167T | Burnette | Transcript- Chavez & Lucero (May 3, 2010- 1st Call- 7:03 PM) | | | | | DOC_00002896-2908 |
| 167A | | Audio- Chavez & Lucero (May 3, 2010- 1st Call) | | | | | DOC_00000581 |
| 167E | | Excerpt- Chavez & Lucero (May 3, 2010- 1st Call) | | | | | |
| 168T | Burnette | Transcript- Caraveo & Lucero (May 3, 2010- 2nd Call- 8:26 PM) | | | | | DOC_00002204-2230 |
| 168A | | Audio- Caraveo & Lucero (May 3, 2010- 2nd Call) | | | | | DOC_00000581 |
| 168E | | Excerpt- Caraveo & Lucero (May 3, 2010- 2nd Call) | | | | | |
| 169T | Burnette | Transcript- Chavez & Lucero | | | | | DOC_00002909-2924 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
| | | (May 4, 2010) | | | | | |
| 169A | | Audio- Chavez & Lucero (May 4, 2010) | | | | | DOC_00000581 |
| 169E | | Excerpt- Chavez & Lucero (May 4, 2010) | | | | | |
| 170T | Burnette | Transcript- Caraveo & Lucero (May 20, 2010) | | | | | DOC_00003358-3365 |
| 170A | | Audio- Caraveo & Lucero (May 20, 2010) | | | | | DOC_00000581 |
| 170E | | Excerpt- Caraveo & Lucero (May 20, 2010) | | | | | |
| 171T | Burnette | Transcript- Caraveo & Lucero (May 24, 2010) | | | | | DOC_00002231-2261 |
| 171A | | Audio- Caraveo & Lucero (May 24, 2010) | | | | | DOC_00000581 |
| 171E | | Excerpt- Caraveo & Lucero (May 24, 2010) | | | | | |
| 172T | Burnette | Transcript- Caraveo & Lucero (June 3, 2010) | | | | | DOC_00002262-2287 |
| 172A | | Audio- Caraveo & Lucero (June 3, 2010) | | | | | DOC_00000581 |
| 172E | | Excerpt- Caraveo & Lucero (June 3, 2010) | | | | | |
| 173T | Burnette | Transcript - Caraveo & Lucero (June 28, 2010) | | | | | DOC_00003366-3372 |
| 173A | | Audio - Caraveo & Lucero | | | | | DOC_00000581 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
|  |  | (June 28, 2010) |  |  |  |  |  |
| 173E |  | Excerpt- Caraveo & Lucero (June 28, 2010) |  |  |  |  |  |
| 174T | Burnette | Transcript- Caraveo & Lucero (July 7, 2010) |  |  |  |  | DOC_00002288-2306 |
| 174A |  | Audio- Caraveo & Lucero (July 7, 2010) |  |  |  |  | DOC_00000581 |
| 174E |  | Excerpt- Caraveo & Lucero (July 7, 2010) |  |  |  |  |  |
| 175T | Burnette | Transcript- Caraveo & S. Caraveo (July 12, 2010 – 1st call- 4:08 PM) |  |  |  |  | DOC_00002359-2374 |
| 175A |  | Audio- Caraveo & S. Caraveo (July 12, 2010 – 1st call) |  |  |  |  | DOC_00000581 |
| 175E |  | Excerpt- Caraveo & S. Caraveo (July 12, 2010 – 1st call) |  |  |  |  |  |
| 176T | Burnette | Transcript- Caraveo & S. Caraveo (July 12, 2010 – 2nd call- 9:10 PM) |  |  |  |  | DOC_00002008-2032 |
| 176A |  | Audio- Caraveo & S. Caraveo (July 12, 2010 – 2nd call) |  |  |  |  | DOC_00000581 |
| 176E |  | Excerpt- Caraveo & S. Caraveo (July 12, 2010 – 2nd call) |  |  |  |  |  |
| 177T | Burnette | Transcript- Caraveo & Lucero (July 16, 2010) |  |  |  |  | DOC_00002385-2397 |
| 177A |  | Audio- Caraveo & Lucero (July 16, 2010) |  |  |  |  | DOC_00000581 |

16

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
| 177E | | Excerpt- Caraveo & Lucero (July 16, 2010) | | | | | |
| 178T | Burnette | Transcript- Caraveo & Lucero (July 23, 2010) | | | | | DOC_00003373-3380 |
| 178A | | Audio- Caraveo & Lucero (July 23, 2010) | | | | | DOC_00000581 |
| 178E | | Excerpt- Caraveo & Lucero (July 23, 2010) | | | | | |
| 179T | Burnette | Transcript- Caraveo & Lucero (July 28, 2010) | | | | | DOC_00002426-2443 |
| 179A | | Audio- Caraveo & Lucero (July 28, 2010) | | | | | DOC_00000581 |
| 179E | | Excerpt- Caraveo & Lucero (July 28, 2010) | | | | | |
| 180T | Burnette | Transcript- Caraveo & Lucero (July 31, 2010 – 1st call- 1:06 PM) | | | | | DOC_00002444-2455 |
| 180A | | Audio- Caraveo & Lucero (July 31, 2010 – 1st call) | | | | | DOC_00000581 |
| 180E | | Excerpt- Caraveo & Lucero (July 31, 2010 – 1st call) | | | | | |
| 181T | Burnette | Transcript- Chavez & Lucero, with Caraveo on the line (July 31, 2010 – 2nd call- 9:15 PM) | | | | | DOC_00003381-3386 |
| 181A | | Audio- Chavez & Lucero, with Caraveo on the line (July 31, 2010 – 2nd call) | | | | | DOC_00000581 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
| 181E | | Excerpt- Chavez & Lucero, with Caraveo on the line (July 31, 2010 – 2nd call) | | | | | |
| 182T | Burnette | Transcript- Caraveo & Lucero, with Portillos on the line (August 6, 2010) | | | | | DOC_00002507-2521 |
| 182A | | Audio- Caraveo & Lucero, with Portillos on the line (August 6, 2010) | | | | | DOC_00000581 |
| 182E | | Excerpt- Caraveo & Lucero, with Portillos on the line (August 6, 2010) | | | | | |
| 183T | Burnette | Transcript- Caraveo & Lucero (August 15, 2010) | | | | | |
| 183A | | Audio- Caraveo & Lucero (August 15, 2010) | | | | | DOC_00000581 |
| 183E | | Excerpt- Caraveo & Lucero (August 15, 2010) | | | | | |
| 184T | Burnette | Transcript- Caraveo & Lucero (August 16, 2010) | | | | | DOC_00003387-3388 |
| 184A | | Audio- Caraveo & Lucero (August 16, 2010) | | | | | DOC_00000581 |
| 184E | | Excerpt- Caraveo & Lucero (August 16, 2010) | | | | | |
| 185T | Burnette | Transcript- Caraveo & Lucero (August 29, 2010) | | | | | DOC_00003389-3396 |
| 185A | | Audio- Caraveo & Lucero | | | | | DOC_00000581 |

18

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
|  |  | (August 29, 2010) |  |  |  |  |  |
| 185E |  | Excerpt- Caraveo & Lucero (August 29, 2010) |  |  |  |  |  |
| 186T | Burnette | Transcript- Caraveo & Lucero (September 1, 2010) |  |  |  |  | DOC_00003058-3069 |
| 186A |  | Audio- Caraveo & Lucero (September 1, 2010) |  |  |  |  | DOC_00000581 |
| 186E |  | Excerpt- Caraveo & Lucero (September 1, 2010) |  |  |  |  |  |
| 187T | Burnette | Transcript- Caraveo & Lucero (September 9, 2010) |  |  |  |  | DOC_00002522-2549 |
| 187A |  | Audio- Caraveo & Lucero (September 9, 2010) |  |  |  |  | DOC_00000581 |
| 187E |  | Excerpt- Caraveo & Lucero (September 9, 2010) |  |  |  |  |  |
| 188T | Burnette | Transcript- Caraveo & Lucero (September 11, 2010) |  |  |  |  | DOC_00003409-3418 |
| 188A |  | Audio- Caraveo & Lucero (September 11, 2010) |  |  |  |  | DOC_00000581 |
| 188E |  | Excerpt- Caraveo & Lucero (September 11, 2010) |  |  |  |  |  |
| 189T | Burnette | Transcript- Caraveo & Lucero (September 14, 2010) |  |  |  |  | DOC_00003419-3425 |
| 189A |  | Audio- Caraveo & Lucero (September 14, 2010) |  |  |  |  | DOC_00000581 |
| 189E |  | Excerpt- Caraveo & Lucero |  |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | (September 14, 2010) | | | | | |
| 189S | | Supplemental Excerpt- Caraveo & Lucero (September 14, 2010) | | | | | |
| 190T | Burnette | Transcript- Caraveo & Lucero (September 21, 2010 – 1st call- 1:05 PM) | | | | | DOC_00003426-3432 |
| 190A | | Audio- Caraveo & Lucero (September 21, 2010 – 1st call) | | | | | DOC_00000581 |
| 190E | | Excerpt- Caraveo & Lucero (September 21, 2010 – 1st call) | | | | | |
| 191T | Burnette | Transcript- Caraveo & Lucero (September 21, 2010 – 2nd call- 8:42 PM) | | | | | DOC_00003433 |
| 191A | | Audio- Caraveo & Lucero (September 21, 2010 – 2nd call) | | | | | DOC_00000581 |
| 191E | | Excerpt- Caraveo & Lucero (September 21, 2010 – 2nd call) | | | | | |
| 192T | Burnette | Transcript- Caraveo & Lucero (September 21, 2010- 3rd call- 9:27 PM) | | | | | DOC_00003434-3440 |
| 192A | | Audio- Caraveo & Lucero (September 21, 2010- 3rd call) | | | | | DOC_00000581 |
| 192E | | Excerpt- Caraveo & Lucero (September 21, 2010- 3rd call) | | | | | |
| 193T | Burnette | Transcript- Archuleta & Guzman (September 22, 2010) | | | | | DOC_00002550-2579 |
| 193A | | Audio- Archuleta & Guzman | | | | | DOC_00000581 |

20

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | (September 22, 2010) | | | | | |
| 193E | | Excerpt- Archuleta & Guzman (September 22, 2010) | | | | | |
| 194T | Burnette | Transcript- Archuleta & Guzman (September 23, 2010) | | | | | DOC_00002580-2608 |
| 194A | | Audio- Archuleta & Guzman (September 23, 2010) | | | | | DOC_00000581 |
| 194E | | Excerpt- Archuleta & Guzman (September 23, 2010) | | | | | |
| 194S | | Supplemental Excerpt- Archuleta & Guzman (September 23, 2010) | | | | | |
| 195T | Burnette | Transcript- Caraveo & Lucero (September 28, 2010) | | | | | DOC_00003441-3443 |
| 195A | | Audio- Caraveo & Lucero (September 28, 2010) | | | | | DOC_00000581 |
| 195E | | Excerpt- Caraveo & Lucero (September 28, 2010) | | | | | |
| 196T | Burnette | Transcript- Caraveo & Lucero (October 17, 2010- 1st Call- 3:43 PM) | | | | | DOC_00002637-2664 |
| 196A | | Audio- Caraveo & Lucero (October 17, 2010- 1st Call) | | | | | DOC_00000581 |
| 196E | | Excerpt- Caraveo & Lucero (October 17, 2010- 1st Call) | | | | | |
| 197T | Burnette | Transcript- Caraveo & Lucero ( October 17, 2010- 2nd Call- 8:40 PM) | | | | | DOC_00003444-3446 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|---------------------------|
| 197A | | Audio- Caraveo & Lucero ( October 17, 2010- 2nd Call) | | | | | DOC_00000581 |
| 197E | | Excerpt- Caraveo & Lucero ( October 17, 2010- 2nd Call) | | | | | |
| 197S | | Supplemental Excerpt- Caraveo & Lucero (October 17, 2010- 2nd Call) | | | | | |
| 198T | Burnette | Transcript- Caraveo & S. Caraveo (October 18, 2010) | | | | | DOC_00002665-2685 |
| 198A | | Audio- Caraveo & S. Caraveo (October 18, 2010) | | | | | DOC_00000581 |
| 198E | | Excerpt- Caraveo & S. Caraveo (October 18, 2010) | | | | | |
| 199T | Burnette | Transcript- Caraveo & Lucero (August 1, 2011) | | | | | DOC_00003447-3452 |
| 199A | | Audio- Caraveo & Lucero (August 1, 2011) | | | | | DOC_00000581 |
| 199E | | Excerpt- Caraveo & Lucero (August 1, 2011) | | | | | |
| 200T | Burnette | Transcript- Caraveo & Lucero (February 4, 2012) | | | | | DOC_00003453-3459 |
| 200A | | Audio- Caraveo & Lucero (February 4, 2012) | | | | | DOC_00000581 |
| 200E | | Excerpt- Caraveo & Lucero (February 4, 2012) | | | | | |
| 201T | Burnette | Transcript- Caraveo & Lucero (February 9, 2012) | | | | | DOC_00003460-3466 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
| 201A | | Audio- Caraveo & Lucero (February 9, 2012) | | | | | DOC_00000581 |
| 201E | | Excerpt- Caraveo & Lucero (February 9, 2012) | | | | | |
| 202T | Burnette | Transcript- Caraveo & Lucero (March 17, 2012) | | | | | DOC_00003467-3473 |
| 202A | | Audio- Caraveo & Lucero (March 17, 2012) | | | | | DOC_00000581 |
| 202E | | Excerpt- Caraveo & Lucero (March 17, 2012) | | | | | |
| 203T | Burnette | Transcript- Caraveo & Lucero, with Portillos on the line (April 9, 2012) | | | | | DOC_00003474-3476 |
| 203A | | Audio- Caraveo & Lucero, with Portillos on the line (April 9, 2012) | | | | | DOC_00000581 |
| 203E | | Excerpt- Caraveo & Lucero, with Portillos on the line (April 9, 2012) | | | | | |
| 204T | Burnette | Transcript- Caraveo & Lucero (May 18, 2012) | | | | | DOC_00003477-3483 |
| 204A | | Audio- Caraveo & Lucero (May 18, 2012) | | | | | DOC_00000581 |
| 204E | | Excerpt- Caraveo & Lucero (May 18, 2012) | | | | | |
| 205T | Burnette | Transcript- Caraveo & Lucero (May 26, 2012) | | | | | DOC_00003504-3510 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
| 205A | | Audio- Caraveo & Lucero (May 26, 2012) | | | | | DOC_00000581 |
| 205E | | Excerpt- Caraveo & Lucero (May 26, 2012) | | | | | |
| 206T | Burnette | Transcript- Caraveo & Lucero, with Portillos on the line (July 26, 2012) | | | | | DOC_00003511-3517 |
| 206A | | Audio- Caraveo & Lucero, with Portillos on the line (July 26, 2012) | | | | | DOC_00000581 |
| 206E | | Excerpt- Caraveo & Lucero, with Portillos on the line (July 26, 2012) | | | | | |
| 206S | | Supplemental Excerpt- Caraveo & Lucero, with Portillos on the line (July 26, 2012) | | | | | |
| 207T | Burnette | Transcript- Caraveo & Lucero (November 2, 2012) | | | | | DOC_00003518-3524 |
| 207A | | Audio- Caraveo & Lucero (November 2, 2012) | | | | | DOC_00000581 |
| 207E | | Excerpt- Caraveo & Lucero (November 2, 2012) | | | | | |
| 208T | Burnette | Transcript- Caraveo & Lucero (November 9, 2012) | | | | | DOC_00003525-3531 |
| 208A | | Audio- Caraveo & Lucero (November 9, 2012) | | | | | DOC_00000581 |
| 208E | | Excerpt- Caraveo & Lucero | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | (November 9, 2012) | | | | | |
| 209T | Burnette | Transcript- Caraveo & Aragon (March 1, 2014) | | | | | DOC_00002119-2147 |
| 209A | | Audio- Caraveo & Aragon (March 1, 2014) | | | | | DOC_00000581 |
| 209E | | Excerpt- Caraveo & Aragon (March 1, 2014) | | | | | |
| 210 | Smithgall | Conrad Archuleta DOC Photo | | | | | DOC_PHOTO_00000003 |
| 211 | Romero | Sabrina Caraveo DMV Photo | | | | | DMV_00000037-38 |
| 212 | Romero | Carolina Aragon DMV Photo | | | | | DMV_00000029-30 |
| 213 | Romero | Nancy Guzman DMV Photo | | | | | DMV_00000031-32 |
| 214 | Romero | Melanie Palumbo DMV Photo | | | | | DMV_00000012 |
| 215 | Burnette | DOC Statement of Account Activity (Winder) | | | | | DOC_00000232-234 |
| 216 | Burnette | DOC Statement of Account Activity (Willhite) | | | | | DOC_00000230-231 |
| 217 | Burnette | DOC Statement of Account Activity (Simonton) | | | | | DOC_00000177-181 |
| 218 | Burnette | DOC Statement of Account Activity (Romero) | | | | | DOC_00000173-176 |
| 219 | Burnette | DOC Statement of Account Activity (Pope) | | | | | DOC_00000163-166 |
| 220 | Burnette | DOC Statement of Account Activity (Archuleta) | | | | | DOC_00000010-15 |
| 221 | Burnette | DOC Statement of Account Activity (Cobbin) | | | | | DOC_00000046-48 |
| 222 | Burnette | DOC Statement of Account Activity (Chavez) | | | | | DOC_00000040-45 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 223 | Burnette | DOC Statement of Account Activity (Caraveo) | | | | | DOC_00000026-35 |
| 224 | Burnette | DOC Statement of Account Activity (Hannum) | | | | | DOC_00000129-130 |
| 225 | Burnette | DOC Statement of Account Activity (Giron) | | | | | DOC_00000126-128 |
| 226 | Burnette | DOC Statement of Account Activity (Gary) | | | | | DOC_00000124-125 |
| 227 | Burnette | DOC Statement of Account Activity (Garcia) | | | | | DOC_00000115-118 |
| 228 | Burnette | DOC Statement of Account Activity (Espinal) | | | | | DOC_00000109-111 |
| 229 | Burnette | DOC Statement of Account Activity (Dallas) | | | | | DOC_00000105-108 |
| 230 | Burnette | Electronic Funds Transfers- R. Caraveo | | | | | DOC_00000007-9 DOC_00000024-25 DOC_00000350-352 DOC_00001403-1404 |
| 231 | Burnette | Electronic Funds Transfers- E. Chavez | | | | | DOC_00000003-4 DOC_00000353-356 |
| 232 | Smithgall | Letter from Conrad Archuleta to Nancy Guzman (October 5, 2010) | | | | | DOC_00001343-1346 |
| 233 | Smithgall | Letter from Raul Caraveo to Pamila Lucero (October 10, 2010) | | | | | DOC_00001915-1916 |
| 234 | | INTENTIONALLY OMITTED | | | | | |
| 235 | | INTENTIONALLY OMITTED | | | | | |
| 236 | Davidson | Intercepted Package to Aragon March 2013 | | | | | DOC_00000391-494 |
| 237 | Aragon | Docs Provided by Aragon during | | | | | INT_00000130_001-075 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | May 9, 2014 interview | | | | | |
| 238 | Romero | Audio of Portillos December 7, 2012 Interview | | | | | INT_00001480 |
| 239 | Romero | Transcript of Portillos December 7, 2012 Interview | | | | | INT_00001338-1420 |
| 240 | Business Records | Sprint Docs | | | | | SUB_SP_00002012-2013 SUB_SP_00001886-1887 SUB_SP_00001871 SUB_SP_00001828 SUB_SP_00001820-1821 SUB_SP_00002284 SUB_SP_00002289 SUB_SP_00001879 |
| 241 | | INTENTIONALLY OMITTED | | | | | |
| 242 | Melanie Palumbo | Melanie Palumbo Plea Agreement | | | | | PALU_00000001-14 |
| 243 | Nancy Guzman | Nancy Guzman Plea Agreement | | | | | PLEA_00000011-23 |
| 244 | Conrad Archuleta | Conrad Archuleta Plea Agreement | | | | | PLEA_00000024-36 |
| 245 | Sabrina Caraveo | Sabrina Caraveo Plea Agreement | | | | | PLEA_00000037-49 |
| 246 | Carolina Aragon | Carolina Aragon Plea Agreement | | | | | PLEA_00000070-81 |
| 247 | | Stipulation re: Authenticity & Admissibility of Telephone Records | | | | | |
| 248 | | Stipulation re: Accuracy of Transcripts | | | | | |
| 249 | Romero | Reference List (re: First Superseding Indictment) | | | | | |
| 250 | Romero | Declaration of Cristina Portillos | | | | | DEC_00000002-5 |
| 251 | Romero | Declaration of Tanya Barrett | | | | | DEC_00000006-9 |
| 252 | Romero | Declaration of Michelle Steinhaus | | | | | DEC_00000010-13 |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| 253 | Romero | Declaration of Jennifer Leff | | | | | DEC_00000014-16 |
| 254 | Romero | Wahlen 2012 Refund Check & Envelope | | | | | IRS_00002415 |
| 255 | Romero | Summary Chart of Dallas/Espinal Refund Checks Timeline | | | | | |
| 256 | Romero | Summary Chart of Fager Refund Check Timeline | | | | | |
| 257 | Romero | INTENTIONALLY OMITTED | | | | | |
| 258 | Romero | INTENTIONALLY OMITTED | | | | | |
| 259 | Romero | Summary Chart of Romero Refund Check Timeline | | | | | |
| 260 | Romero | Summary Chart of Diaz Refund Check Timeline | | | | | |
| 261 | Romero | Summary Chart of Aragon Refund Check Timeline | | | | | |
| 262 | Romero | Summary Chart of Garcia Refund Checks Timeline | | | | | |
| 263 | Romero | INTENTIONALLY OMITTED | | | | | |
| 264 | Morgan | 2006- Refund Check (Chavez) | | | | | DOC_00003538-3539 |
| 265 | Morgan | 2007- Refund Check (Chavez) | | | | | DOC_00003540-3541 |
| 266 | | Reference List of Excerpts | | | | | |
| 267 | | Email between Romero and Portillos | | | | | |
| 268 | | | | | | | |
| 269 | | | | | | | |
| 270 | | | | | | | |
| 271 | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---------|---------|------------------|-------------|---------|----------|---------|----------------------------|
| 272 | | | | | | | |
| 273 | | | | | | | |
| 274 | | | | | | | |
| 275 | | | | | | | |
| 276 | | | | | | | |
| 277 | | | | | | | |
| 278 | | | | | | | |
| 279 | | | | | | | |
| 280 | | | | | | | |