CASE CAPTION:_____*United States v. Cristina Portillos*_____

CASE NO.:___15-cr-00149-RM_____

EXHIBIT LIST OF:_____United States -- Defendant_____
(Name and Party Designation)

| | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| A | | Audio – Nov 20, 2008 - L Time - 123150 | | | | | |
| B | | Audio – June 18, 2009 - L Time - 155439 | | | | | |
| C | | Audio – July 8, 2009 - L Time - 134741 | | | | | |
| D | | Audio – Nov 24, 2009 - L Time - 131053 | | | | | |
| E | | Audio – Dec 1, 2009 - L Time - 204127 | | | | | |
| F | | Audio – Dec 3, 2009 - L Time 191037 | | | | | |
| G | | Audio – Jan 1, 2010 - L Time - 124142 | | | | | |
| H | | Audio-Jan 19, 2010 -L Time – 202502 | | | | | |
| I | | Audio- Jan 23, 2010 -L Time-160425 | | | | | |
| J | | Audio- Jan 25, 2010 -L Time -140031 | | | | | |
| K | | Audio- Jan 26, 2010-L Time-193450 | | | | | |
| L | | Audio- Feb 9, 2010-L Time- 163725 | | | | | |

| | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| M | | Audio- Feb 26, 2010- L<br>Time-194846 | | | | | |
| N | | Audio -May 14, 2010- L<br>Time – 120927 | | | | | |
| O | | Audio-May 24, 2010- L<br>Time- 205003 | | | | | |
| P | | Audio-May 31,2010-L<br>Time-191217 | | | | | |
| Q | | Audio -June 2, 2010-L<br>Time - 133234 | | | | | |
| R | | Audio-June 28,2010-L<br>Time-124006 | | | | | |
| S | | Audio-July 23,2010-L<br>Time:160059 | | | | | |
| T | | Audio-July 31,2010-L<br>Time-130628 | | | | | |
| U | | Audio-Aug 6,2010-L<br>Time-141725 | | | | | |
| V | | Audio-Sep 21,2010-L<br>Time-130402 | | | | | |
| W | | Audio-Jan 5, 2012-L<br>Time-204020 | | | | | |
| X | | Audio -Apr 9, 2012-L<br>Time-191932 | | | | | |
| Y | | Audio-July7,2012-L<br>Time-193308 | | | | | |
| Z | | Audio-Nov 2,2012-L<br>Time-174649 | | | | | |
| A-1 | | Audio-Dec 13, 2012-L<br>Time: 173740 | | | | | |
| A-2 | | Photo of 1044 Baltic Street,<br>Colorado Springs, CO | | | | | |

| | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only (BATES #'S) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|