# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 2, 2016 |
| Court Reporter: Tammy Hoffschildt | Time: 5 hours and 34 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 15-CR-00149-RM-6**

Parties                                              Counsel

**UNITED STATES OF AMERICA,**              Martha Paluch
                                                     Bryan Fields
                                                     Anthony Romero
      Plaintiff,

vs.

**6. CRISTINA PORTILLOS,**                    John Mosby




      Defendant.

## JURY TRIAL - DAY ONE

**8:31 a.m.      COURT IN SESSION**

APPEARANCES of COUNSEL.  Defendant is present on bond.

Court and counsel discuss pending matters

**8:41 a.m.      COURT IN RECESS**

**9:21 a.m.      COURT IN SESSION**

Jury pool is present.  Voir dire begins.

Page Two
15-CR-00149-RM-6
May 2, 2016

**10:45 a.m.    COURT IN RECESS**

**11:05 a.m.    COURT IN SESSION**

Voir dire continues.

**EXCUSED FOR CAUSE BY THE COURT**
1. **100309614**
2. **100298003**

**Plaintiff's Peremptory Challenges**
1. **100327829**
2. **100283096**
3. **100322486**
4. **100304015**
5. **100282022**

**Defendant's Peremptory Challenges**
1. **100312244**
2. **100296607**
3. **100295105**
4. **100318559**

**JURORS SEATED TO TRY THE CASE:**
1. **100325884**
2. **100324028**
3. **100309556**
4. **100290996**
5. **100309400**
6. **100292279**
7. **100312539**
8. **100299304**
9. **100291036**
10. **100314030**
11. **100306173**
12. **100327522**
13. **100286100**

Jurors are sworn and instructed.

**12:25 p.m.    COURT IN RECESS**

Page Three
15-CR-00149-RM-6
May 2, 2016

**2:00 p.m.**     **COURT IN SESSION**

**2:04 p.m.**     Jurors are present.

Introductory jury instructions are read.

**2:36 p.m.**     Opening statement by Mr. Fields.

**2:50 p.m.**     Opening statement by Mr. Mosby.

**2:57 p.m.**     Direct examination of Government's witness DOC Investigator Randy Smithgall by Ms. Paluch.

Government's **exhibits 145, 146, and 210** identified, offered and ADMITTED.

Government's **exhibit 232** identified, offered and ADMITTED.

Government's **exhibit 233** identified, offered and ADMITTED, over objection by Mr. Mosby.

**3:20 p.m.**     Cross examination by Mr. Mosby.

Defendant's **exhibits A-3 and A-4** identified, offered and ADMITTED.

Defendant's **exhibit A-5** identified, offered and ADMITTED.

**3:39 p.m.**     **COURT IN RECESS**

**3:56 p.m.**     **COURT IN SESSION**

            Cross examination by Mr. Mosby continues.

**4:10 p.m.**     Redirect examination by Ms. Paluch.

Witness excused.

**4:17 p.m.**     Direct examination of Government's witness IRS Representative Kristy Morgan by Mr. Fields.

Government's **exhibits 2 though 71 (inclusive)** identified, offered and ADMITTED.

Page Three
15-CR-00149-RM-6
May 2, 2016

Government's **exhibits 112 though 118 (inclusive)** identified, offered and ADMITTED.

Government's **exhibits 72 though 111 (inclusive), 264 and 265** identified, offered and ADMITTED.

Witness is excused.

**4:55 p.m.    COURT IN RECESS**

**Total in court time:        334 minutes**

**Hearing continued**