IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

6. CRISTINA PORTILLOS,

        Defendant.

---

**STATUS REPORT OF MATERIAL WITNESS, TANYA BARRETT AND REQUEST TO APPEAR BY TELEPHONE AT ANTICIPATED MAY 4, 2016 HEARING**

---

Undersigned counsel, Ronald Gainor, files this Status Report on behalf of Material Witness, Tanya Barrett in the above captioned case and further requests leave of Court to appear by telephone at any anticipated hearing to determine the extent of the Fifth Amendment Privilege which is currently set for material witness Michelle Steinhaus on May 4, 2016 at 4:00 p.m. and in support would state as follows:

1. Undersigned counsel was appointed as CJA counsel to represent material witness, Tanya Barrett on April 19, 2016.

2. Tanya Barrett, Michelle Steinhaus and others have been subpoenaed as witnesses

1

in the above captioned case by Defendant Cristina Portillos. Tanya Barrett is currently ordered to be in court, pursuant to the subpoena, on May 4, 2016 at 9:00 a.m.

3. Counsel has learned after consulting with Rick Kornfeld, attorney for Michelle Steinhaus, that the Court has set a hearing on May 4, 2016 at 4:00 p.m. for Ms. Steinhaus, to determine on a question-by-question basis, the applicability of the Fifth Amendment Privilege.

4. After his appointment, undersigned counsel consulted with his client and it has been determined that Tanya Barrett would invoke her testimonial privilege against self-incrimination pursuant to the Fifth Amendment to the United States Constitution, an identical position taken by Michelle Steinhaus.

5. Ms. Barrett, through undersigned counsel, now files this Status Report formally notifying the Court and the parties of this position with a request that Ms. Barrett also be allowed to attend the hearing on May 4, 2016 at 4:00 p.m. so she too can have the invocation of her Fifth Amendment Privilege determined in a manner similar to that of Ms. Steinhaus.

6. Undersigned counsel is currently out of the District of Colorado on other matters and would request if a hearing is set on behalf of Tanya Barrett, that counsel be allowed to attend said hearing by telephone.

7. Counsel also requests clarification as to the exact timing when Ms. Barrett would be needed in court on May 4, 2016 as she resides in the Colorado Springs area and would need sufficient time to travel.

Respectfully submitted this 3rd day of May, 2016.

s/ Ronald Gainor
Ronald Gainor, Esq.
6414 Fairways Drive
Longmont, Co, 80503
Telephone:  (303) 448-9646
Facsimile:  (303) 447-0930
Email:  gainorlaw@gmail.com

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on 3rd day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

<u>s/Ronald Gainor</u>