IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: n/a | Date: May 3, 2016<br>Interpreter: n/a |

**CASE NO. 15-CR-00149-RM-6**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Martha Paluch<br>Bryan Fields |
| Plaintiff, | |
| v. | |
| 6. **CRISTINA PORTILLOS,** | John Mosby |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 2**

**Court in session: 8:56 a.m.   JURY IS NOT PRESENT.**

Present with Government's counsel is IRS Special Agent Tony Romero. Present with Defendant's counsel is Elisa Moran. Defendant is present on bond.

Discussion held regarding Government's Exhibit 256.

**9:03 a.m.   Jury is present.**

9:04 a.m.   Government's witness, DOC Investigator Vaughn Burnette, is sworn and examined by Mr. Fields.
Exhibits admitted:  143, 144, 149A through 209A, 215 through 229, 119 through 142

| | |
|---|---|
| 9:41 a.m. | Cross-examination of Vaughn Burnette by Mr. Mosby.<br>Exhibits admitted:   A through A1 |
| 9:46 a.m. | Witness is excused. |
| 9:48 a.m. | Government's witness, Sabrina Molina (f/k/a Sabrina Caraveo), is sworn and examined by Ms. Paluch.<br>Exhibits admitted:   148, 213, 149E through 209E, 149T through 209T, 165S, 183S, 189S, 194S, 197S, 206S, and 207S |

**10:27 a.m.    Jury is excused.**

**Court in recess:     10:28 a.m.**
**Court in session:   10:44 a.m.   Jury is not present.**

**10:45 a.m.    Jury is present.**

Direct examination of Sabrina Molina by Ms. Paluch continues.

| | |
|---|---|
| 11:01 a.m. | Cross-examination of Sabrina Molina by Mr. Mosby.<br>Exhibits admitted:   245 |
| 11:30 a.m. | Redirect examination of Sabrina Molina by Ms. Paluch. |
| 11:36 a.m. | Witness is excused. |
| 11:37 a.m. | The Court instructs the jury regarding co-defendants' plea agreements. |
| 11:40 a.m. | Government's witness, DOC Investigator Rodney Davidson, is sworn and examined by Mr. Fields.<br>Exhibits admitted:   236 |
| 11:49 a.m. | Cross-examination of Rodney Davidson by Mr. Mosby. |
| 11:54 a.m. | Redirect examination of Rodney Davidson by Mr. Fields.<br><br>Witness is excused. |

**11:56 a.m.    Jury is excused.**

| | |
|---|---|
| 11:57 a.m. | Discussion held regarding CM/ECF filings in this case. |

**Court in recess:     11:59 a.m.**
**Court in session:   1:16 p.m.   JURY IS PRESENT.**

| | |
|---|---|
| 1:18 p.m. | Government's witness, Carolina Aragon, is sworn and examined by Ms. Paluch.<br>Exhibits admitted:   237 |
| 1:54 p.m. | Cross-examination of Carolina Aragon by Mr. Mosby. |
| 2:01 p.m. | Redirect examination of Carolina Aragon by Ms. Paluch. |
| 2:02 p.m. | Witness is excused. |
| 2:04 p.m. | Government's witness, Melanie Palumbo, is sworn and examined by Mr. Fields. |
| 2:27 p.m. | Cross-examination of Melanie Palumbo by Mr. Mosby. |
| 2:28 p.m. | Redirect examination of Melanie Palumbo by Mr. Fields. |
| 2:29 p.m. | Witness excused. |

The Court instructs the jury regarding co-defendants' plea agreements.

**Court in recess:    2:32 p.m.**
**Court in session:   2:51 p.m.**

**2:52 p.m.      Jury is present.**

| | |
|---|---|
| 2:54 p.m. | Government's witness, Conrad Archuleta, is sworn and examined by Mr. Fields.<br>Exhibits admitted:   244 |

The Court instructs the jury regarding co-defendants' plea agreements.

| | |
|---|---|
| 3:32 p.m. | Witness is excused. |
| 3:33 p.m. | Government's witness, IRS Special Agent Anthony Romero, is sworn and examined by Ms. Paluch.<br>Exhibits admitted:   147, 249, 250 (attachment 2 to ECF 201) |

**ORDERED:** ECF Document 201-2 is unrestricted.

**4:51 p.m.      Jury is excused until 9:30 a.m. on May 4, 2016.**

**Court in recess:    4:52 p.m.**
**Total in court time:   6:04**
**Hearing continued**