IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: May 5, 2016 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   15-CR-00149-RM-6**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| **6. CRISTINA PORTILLOS,** | John Mosby |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 4**

**Court in session:   9:02 a.m.   JURY IS NOT PRESENT.**

Present with Government's counsel is IRS Special Agent Tony Romero.   Present with Defendant's counsel is Elisa Moran.   Defendant is present on bond.

Discussion held regarding the Court's ruling on Defendant's motion to dismiss Count 17 of the Superseding Indictment.   The Court's ruling stands.

**Court in recess:     9:06 a.m.**
**Court in session:   9:37 a.m.**

**9:38 a.m.     Jury is present.**

9:39 a.m.     Defendant's witness, Jennifer Leff, is sworn and examined by Mr. Mosby.

9:56 a.m.       Cross-examination of Jennifer Leff by Mr. Fields.

10:00 a.m.      Witness is excused.

10:02 a.m.      Defendant's witness, Celestino Lucero, is sworn and examined by Mr. Mosby.

10:09 a.m.      Cross-examination of Celestino Lucero by Ms. Paluch.

10:11 a.m.      Redirect examination of Celestino Lucero by Mr. Mosby.

10:12 a.m.      Witness excused.

10:13 a.m.      Defendant's witness, Josephine Roybal, is sworn and examined by Mr. Mosby.

10:22 a.m.      Cross-examination of Josephine Roybal by Ms. Paluch.

10:25 a.m.      Redirect examination of Josephine Roybal by Mr. Mosby.

Witness is excused.

10:26 a.m.      Defendant's witness, Naomi Archuleta, is sworn and examined by Mr. Mosby.

10:38 a.m.      Witness excused.

10:39 a.m.      Defendant's witness, Daniel Portillos, is sworn and examined by Mr. Mosby.

10:54 a.m.      Witness is excused.

10:56 a.m.      Defendant's witness, Rosemary Portillos, is sworn and examined by Mr. Mosby.

11:07 a.m.      Witness is excused.

11:09 a.m.      Defendant's witness, Special Agent Clarissa Mohr, is sworn and examined by Mr. Mosby.

11:15 a.m.      Witness is excused.

**11:16 a.m.    Jury is excused.**

**Court in recess:    11:17 a.m.**
**Court in session:   11:21 a.m.    JURY IS NOT PRESENT.**

The Court advises the defendant regarding her right to testify.   Defendant states that she does wish to testify.

**11:24 a.m.     Jury is present.**

11:25 a.m.     Defendant's witness, Cristina Brady (f/k/a Portillos), is sworn and examined by Mr. Mosby.
Exhibits admitted:   A7

**12:23 p.m.     Jury is excused.**

**Court in recess:     12:23 p.m.**
**Court in session:    1:59 p.m.    JURY IS NOT PRESENT.**

Discussion held regarding exhibit numbering.   The spreadsheet used during Special Agent Mohr's testimony will be marked as Defendant's Exhibit A-8-1.   The transcript used during Special Agent Romero's testimony will be marked as Defendant's Exhibit A-8-2.

**2:03 p.m.     Jury is present.**

Cross-examination of Cristina Brady (Portillos) by Ms. Paluch.

2:34 p.m.     Redirect examination of Cristina Brady (Portillos) by Mr. Mosby.

Witness is excused.

Defendant rests.   Both sides rest.

**2:37 p.m.     Jury is excused.**

2:39 p.m.     (Court briefly leaves the bench).   Charging conference is held.

Discussion held regarding Counts 10, 12, 14, 15, and 16 of the Superseding Indictment. The Court took the motion to dismiss those counts under advisement on May 4, 2016.

Mr. Mosby again orally moves to dismiss Counts 17 and 30 of the Superseding Indictment and moves for judgment of acquittal pursuant to Rule 29 as to Count 1 of the Superseding Indictment.

**ORDERED:**  The second oral motion to dismiss Counts 17 and 30 of the Superseding Indictment is DENIED as stated on the record.

**ORDERED:**  The second oral motion for judgment of acquittal pursuant to Rule 29 as to Count 1 of the Superseding Indictment is DENIED as stated on the record.

**Court in recess:     3:01 p.m.**
**Court in session:    3:15 p.m.   JURY IS NOT PRESENT.**

**3:16 p.m.      Jury is present.**

3:18 p.m.      Closing argument given by Ms. Paluch.

3:43 p.m.      Closing argument given by Mr. Mosby.

4:05 p.m.      Rebuttal argument given by Ms. Paluch.

4:14 p.m.      The Court instructs the jury.

4:55 p.m.      Court Security Officer is sworn.

5:00 p.m.      Jury is excused to begin deliberations.

**Court in recess:     5:03 p.m.**
**Court in session:    5:15 p.m.**

**5:17 p.m.      JURY IS PRESENT.**

5:20 p.m.      The Court excuses the jury for the evening.   The jury will reconvene at 8:30 a.m. on May 6, 2016, to continue deliberations.

**Court in recess:     5:21 p.m.**
**Total in court time:    5:42**
**Hearing continued**