## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   May 6, 2016 |
| Court Reporter:   Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   n/a | |

**CASE NO.   15-CR-00149-RM-6**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| **6.   CRISTINA PORTILLOS,** | John Mosby |
| Defendant. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 5**
Jury begins deliberations at 8:30 a.m.

**ORDERED:**  Lunch will be provided to the jury during their deliberations.

**Court in session:   12:40 p.m.   JURY IS NOT PRESENT.**

The Court advises the parties of the jury's request for a larger monitor and speakers for the laptop computer and that the jury has reached a verdict.

Present with Government's counsel is IRS Special Agent Tony Romero.   Defendant is present on bond.

**12:42 p.m.   Jury is present.**

The Court reads the verdict into the record, finding the defendant guilty of Counts 1, 10, 12, 14, 16, 17, and 30 of the Superseding Indictment.

12:47 p.m.    The jury is polled.

**12:49 p.m.    Jury is excused with the thanks of the Court.**

**ORDERED:**  The verdict will be entered into the record.

The Court directs counsel to obtain a sentencing date from his judicial assistant this afternoon.

Discussion held regarding the statute of limitations issue.

**ORDERED:**  Within three weeks of this date, the Government shall file a brief regarding the issue of statute of limitations.   Defendant's response shall be filed 14 days after the filing of the Government's brief.

**ORDERED:**   Defendant is continued on bond.

**COURT IN RECESS:**       **12:55 p.m.**
**Total in court time:**       **00:15**
**Hearing concluded**