IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Date: 5-6-16

Time: 10:30 AM

Case No. 15-cr-00149-RM
USA v. Cristina Portillos

## NOTE FROM JURY

MAY WE HAVE LARGER MONITOR & SPEAKERS TO HEAR AUDIO & READ AUDIO TRANSCRIPTS? LAPTOP IS NOT LOUD & SCREEN IS SMALL FOR 12 VIEWERS

By: [redacted]
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

I will have those brought to you shortly.

By: [signature]
Raymond P. Moore
United States District Judge