IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Date: 5-16-16

Time: 12:15 pm

Case No. 15-cr-00149-RM
USA v. Cristina Portillos

## NOTE FROM JURY

We have reached a verdict

By:_____
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

By:_____
Raymond P. Moore
United States District Judge