IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

---

## VERDICT FORM

---

### COUNT 1

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

of the conspiracy charged in Count 1 of the superseding indictment.

### COUNT 10

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 10 of the superseding indictment.

## COUNT 12

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 12 of the superseding indictment.

## COUNT 14

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 14 of the superseding indictment.

## COUNT 15

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 15 of the superseding indictment.

## COUNT 16

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 16 of the superseding indictment.

## COUNT 17

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 17 of the superseding indictment.

## COUNT 30

We, the jury, upon our oaths, unanimously find the defendant, CRISTINA PORTILLOS,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aiding and abetting the filing of a false claim for refund charged in Count 30 of the superseding indictment.

5·6·16
DATE

[redacted]
PRESIDING JUROR

3