IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  CRISTINA PORTILLOS,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS**

---

    IT IS ORDERED that upon the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 6th day of May, 2016.

                                    BY THE COURT:

                                    Raymond P. Moore, U.S. District Judge