Daniel and Rosemary Portillos

739 East Hills Road

Colorado Springs, Co

      80909

15-cr - 149-RM - 6

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2016

JEFFREY P. COLWELL
CLERK

May 12, 2016

Dear Judge Moore:

My wife and I are writing you to pass on information about our daughter, Cristina Portillos' case that is before you. We were given a letter from Pam Lucero. The letter is dated and notarized after my daughter's trial.  In it, you will see that she states that Cristina, on her part, had no knowledge of any wrong doing.  My daughter's lawyer was not able to have any contact with Pamela Lucero.  So, we are putting a copy of this letter (we have the original) in your hands with the hope that it will shed new light on Cristina's trial.

No disrespect intended to you or our court system, but going through this ordeal has opened our eyes to how the legal system may not look for the truth but tilt the facts to suit their agenda. We hope that you are a fair person. We feel that you are.  We are confident that you will give this information to the proper authorities that need to see it.

Thank you for addressing this matter as soon as possible and we would greatly appreciate a response from you.

Respectfully submitted,

*Daniel Portillos*

*Rosemary Portillos*

RE: CASE #
15-cr-00149

Judge Moore,                                          5/10/16

It has come to my attention that
Cristina Partillos was found Guilty
of Conspiracy. I would like
to say, she only did
as I asked, which was to
use her address to receive
mail. If she had known anything,
I personally know her well enough
not to get involved. There are
four elements to be Convicted, However,
she did Not <u>Knowingly</u>, know
anything especially that they
were fraudulent claims.
My sentencing is scheduled
on June 16, 2016, I hope I
can speak on her behalf at that
time to prove her innocence. I
am not asking to excuse my envolvment
but for the sake of Justice,
she is not Guilty.
I look forward to our
encounter, if you have any
questions or concerns before
hand please feel free to
contact me at 719 309 7679.

Respectfully,
Daniel J. Lucero

V A VALDEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074021176
MY COMMISSION EXPIRES JUNE 9, 2019

Subscribed and sworn to before me by Valerie A. Valdez this 10th
day of May — 2016, in the County of El Paso, State of Colorado.
Notary Public: VAValdez  320 S. Nevada Ave. CK B0903



Mr Daniel Portillos
739 E Hills Rd
Colorado Springs, CO 80909

CERTIFIED MAIL

7014 2120 0000 6361 9644

RETURN RECEIPT
REQUESTED

Judge Raymond Moore
Rm. A105   Case # 15-cr-00149
901 19th Street
Denver, Colorado
80294-3589

U.S. POSTAGE
PAID
COLORADO SPRINGS, CO
80909
MAY 13 16
AMOUNT
$6.47
R2303S100661-18

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

2936974