IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

---

**MOTION TO DISMISS COUNTS 10, 12, AND 14 THROUGH 16
OF THE SUPERSEDING INDICTMENT**

---

COMES NOW, the United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorneys, and moves this Court to dismiss Counts 10, 12, and 14 through 16 of the Superseding Indictment in the above-captioned matter as they relate only to defendant CRISTINA PORTILLOS.

1.    On May 6, 2016, a jury found the defendant, CRISTINA PORTILLOS, guilty of the charges alleged in Counts One, Ten, Twelve, Fourteen, Fifteen, Sixteen, Seventeen and Thirty of the above-captioned Superseding Indictment, ECF No. 93.

2.    During the trial, the defendant moved to dismiss all of the Title 18, United States Code, Section 287 counts in which the defendant was charged on the ground that the evidence at trial showed that the crimes she is alleged to have committed were completed more than 5 years before the filing of the original indictment on April 7, 2015,

ECF No. 1.  *See* 18 U.S.C. § 3282 ("[N]o person shall be prosecuted, tried or punished for any offense, not capital unless the indictment is found . . . within five years next after such offense shall have been committed.")  The government responded by citing 26 U.S.C. § 6531(1), which provides for a six-year statute of limitations "for offenses involving the defrauding or attempting to defraud the United States, or any agency thereof, whether by conspiracy or not, and in any manner."  The Court denied the motion with regard to Counts One, Seventeen, and Thirty, observing that the conspiracy charged in Count One was a continuing offense that was committed within five years of the April 7, 2015 indictment and that Counts Seventeen and Thirty charged specific false claims that were committed within five years of the April 7, 2015 indictment.  As for the other counts, the Court took the defendant's motion under advisement and ordered the government to brief this issue on or before May 27, 2016.

3. During argument on the motion, the Court observed that there appears to be no published cases analyzing whether the Title 18, United States Code, Section 287 offense of making or presenting a false claim to the United States — specifically, a false claim for a refund based on a tax credit created pursuant to the Internal Revenue Code — is governed by the five-year statute of limitations found in Title 18 or the six-year statute of limitations found in Title 26.  The government, too, has been unable to find a published case and believes this to be a novel issue of statutory interpretation.

4. As the Court observed during the trial, the inclusion of Counts Ten, Twelve and Fourteen through Sixteen did not result in any evidentiary or other advantages to the government because those counts charged false claims that were part of the conspiracy charged in Count One of the indictment.  Furthermore, under the

United States Sentencing Guidelines, the defendant's convictions on Counts Ten, Twelve, and Fourteen through Sixteen are unlikely to result in an increased sentence because these counts group together with the other counts — Counts One, Seventeen and Thirty — for which the defendant was also found guilty.  *See* U.S.S.G. § 3D1.2 (grouping together counts involving "substantially the same harm" and where offense level is determined "largely on the basis of the total amount of harm or loss").  Under these circumstances, resolving the novel legal issue relating to the statute of limitations applicable to certain counts is one that will burden this Court and the Court of Appeals without any real practical effect on the ultimate resolution of this case.

5. For these reasons, the government respectfully moves that the Court dismiss only Counts Ten, Twelve, and Fourteen through Sixteen as they relate solely to the defendant, CRISTINA PORTILLOS, and that the defendant's motion to dismiss thereafter be denied as moot.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:    s/ *Martha A. Paluch*
MARTHA A. PALUCH
BRYAN D. FIELDS
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
Martha.paluch@usdoj.gov
Bryan.Fields3@usdoj.gov
Attorneys for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2016, I electronically filed the foregoing MOTION TO DISMISS COUNTS 10, 12, AND 14 THROUGH 16 OF THE SUPERSEDING INDICTMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

                                                        *s/ Mariah Tracy*
                                                        Mariah Tracy
                                                        Legal Assistant
                                                       U.S. Attorney's Office
                                                       1225 17th Street, Suite 700
                                                       Denver, CO 80202
                                                       Telephone: (303) 454-0100
                                                       FAX: (303) 454-0401
                                                       Email: Mariah.tracy@usdoj.gov