IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

---

**ORDER**

---

    Upon the motion of the United States of America, and for good cause shown,

    IT IS HEREBY ORDERED that Counts Ten, Twelve and Fourteen through Sixteen only of the Superseding Indictment, as they relate solely to defendant CRISTINA PORTILLOS, are hereby dismissed.

    SO ORDERED this _____ day of _____, 2016.

                                  BY THE COURT:

                                  _____
                                  The Honorable Raymond P. Moore
                                  United States District Court Judge