IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISTINA PORTILLOS,

    Defendant.

___

**ORDER**
___

    Upon the motion of the United States of America (ECF No. 457), and for good cause shown,

    IT IS HEREBY ORDERED that Counts Ten, Twelve and Fourteen through Sixteen only of the Superseding Indictment, as they relate solely to defendant CRISTINA PORTILLOS, are hereby dismissed, with prejudice.

    DATED this 23rd day of May, 2016.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge