IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 -RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**CRISTINA PORTILLOS**
_____

**UNOPPOSED DEFENDANT PORTILLOS' MOTION FOR
CONTINUANCE OF SENTENCING HEARING**
_____

      Comes Now, Defendant Cristina Portillos, by and through her attorney, John Mosby, and respectfully moves this Honorable Court for an order continuing Defendant Portillos' sentencing hearing.  As grounds for this motion, Defendant Portillos would state the following:

    1.    The Government has no objections and has represented that it would be available the morning of August 1, 2016, any time on 8/2/16, 8/3/16, the afternoon of 8/4/16, and any time on 8/5/16.

    2.    The Probation Report states that this Court must resolve the issue of restitution for Defendant Portillos.

-     3.    This Court is now in the process of making a related restitution determination for co-defendant Pamila Lucero.

Page 1

4. The Court's determination regarding Lucero's restitution and Defendant Lucero's sentencing is presently scheduled for July 29, 2016, which will occur <u>after</u> Defendant Portillos' restitution determination and sentencing.

5. This Court's determination of restitution with respect to Defendant Lucero should have a bearing on the Court's determination of that same issue as it relates to Defendant Portillos.

6. Defendant Portillos seeks to have this Court's ruling regarding co-defendant Lucero's restitution issue prior to her sentencing since the Court's Lucero ruling should have a bearing on Defendant Portillos' restitution issue.

7. No party will be prejudiced by the Court's granting of this motion.

Wherefore, Defendant Portillos moves this Honorable Court for an Order granting her a continuance of her sentencing hearing.

                Respectfully submitted,

                <u>s/John Mosby</u>

                John Mosby
                621 17th Street, Suite 2445
                Denver, Colorado 80293
                (303) 623-1355
                Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 27th day of June, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Martin Stuart , Esq.
Attorney for Raul Caraveo

John Schlie, Esq.
Attorney for Pamila Lucero

Marci Gilligan, Esq.
Attorney for Sabrina Caraveo

Thomas Ward , Esq.
Attorney for Eugene Chavez

Robert Pepin, Esq.
Attorney for Carolina Aragon

and Via U.S. Mail:

Defendant Cristina Portillos

                                              s/John Mosby