IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09cr-00161 - PAB

UNITED STATES OF AMERICA,

    Plaintiff,
  vs.

LUIS OLIVARES,

    Defendant.

_____

**PROPOSED ORDER**
_____

This matter comes before the Court upon Defendants Olivares' motion to re-schedule the revocation hearing set for March 25, 2016 at 11:00 am.  Finding good cause and no prior requests having been made, the motion is **GRANTED.**

It is further ORDERED THAT the parties shall call chambers next week and re-schedule this matter

    Done this _____ day of March, 2016

           _____
           United States District Judge