IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**6.  CRISTINA PORTILLOS,**

     Defendant.

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorneys, moves this court to for an extension of time to file the spreadsheet requested by the Court, *sua sponte*, in an order dated July 6, 2016.  ECF No. 525 .  The undersigned has consulted with defense counsel, who does not oppose the motion.

Sentencing in this matter is scheduled for August 1, 2016 at 9:00 a.m.  The Court has ordered that, on or before July 14, 2016, the government is to provide a chart breaking down the losses that should be attributed to the defendant.  The government respectfully asks for an extension of time to file the requested spreadsheet on July 21, 2016.  Lead counsel for the government, Martha Paluch, is away on vacation until July 19, 2016.  An extension until July 21, 2016 would give the government time to review the spreadsheet before its submission to the Court, while still giving the other interested parties time to analyze the spreadsheet before the sentencing.

WHEREFORE, the United States respectfully requests that the Court enter an order granting an extension of time, to July 21, 2016, in which to file the spreadsheet categorizing the losses attributable to the defendant.

                                  Respectfully submitted,

                                  JOHN F. WALSH
                                United States Attorney

By:    s/ *Bryan Fields*_____
        MARTHA A. PALUCH
        BRYAN D. FIELDS
        Assistant United States Attorneys
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        Martha.Paluch@usdoj.gov
        Bryan.Fields3@usdoj.gov

        Attorneys for the Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of July, 2016, I electronically filed the foregoing MOTION FOR AN EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Mr. John Mosby<br>Counsel for Cristina Portillos<br>john_mosby@msn.com | Mr. Martin Stuart<br>Counsel for Raul Caraveo<br>mstuart@portmanstuart.com |
| Mr. John Schlie<br>Counsel for Pamila Lucero<br>johnhenry@schlielawfirm.com | Ms. Marci Gilligan LaBranche<br>Counsel for Sabrina Caraveo<br>labranche@ridleylaw.com |
| Mr. Thomas Ward<br>Counsel for Eugene Chavez<br>tward@wardlawdenver.com | Mr. Robert Pepin<br>Counsel for Carolina Aragon<br>Robert_Pepin@fd.org |
| Mr. David Owen<br>Counsel for Conrad Archuleta<br>davidowen@lodopc.com | Mr. John Sullivan<br>Counsel for Nancy Guzman<br>jfslaw1@aol.com |

*s/ Bryan Fields*
BRYAN D. FIELDS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
Bryan.Fields3@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-CR-149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6.**    **CRISTINA PORTILLOS**

    Defendant.

---

**ORDER**

---

    Upon the motion of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED that the Government's Motion for an Extension of Time is

GRANTED. The Government is directed to file the spreadsheet referenced in the Court's Order

of July 6, 2016, ECF No. 525,, on or before July 21, 2016.

    SO ORDERED this _____ day of _____, 2016.

                                      BY THE COURT:

                                      _____
                                      The Honorable Raymond Moore
                                      United States District Judge