**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00149-RM-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6.  CRISTINA PORTILLOS,**

    Defendant.

_____

**GOVERNMENT'S LOSS SPREADSHEET**
_____

    On July 6, 2016, the Court ordered the government to file a loss spreadsheet setting forth specific categories of returns that comprise the intended and actual loss the government submits should be attributed to Defendant Cristina Portillos, comparable to the spreadsheet filed with respect to her co-defendant Pamila Lucero, found at ECF No. 521-1.  *See* ECF No. 525.

    Attached is the government's spreadsheet.  Special Agent Anthony Romero will be prepared to testify as to the returns set forth in this spreadsheet at the defendant's August 1, 2016 sentencing hearing.

Respectfully submitted this 20th day of July, 2016.

        JOHN F. WALSH
        United States Attorney

        *s/ Martha A. Paluch*
        MARTHA A. PALUCH
        BRYAN D. FIELDS
        Assistant U.S. Attorneys
        1225 17th Street Suite 700
        Denver, CO  80202
        Telephone 303-454-0100
        Facsimile:  303-454-0402
        Email:  Martha.paluch@usdoj.gov
                Bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

*s/Mariah Tracy*
Mariah Tracy
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
Email: Mariah.tracy@usdoj.gov