**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   August 1, 2016 |
| Court Reporter:  Darlene Martinez | Interpreter:  n/a |
| Probation Officer:  Melissa Roberts | |

**CASE NO.   15-cr-00149-RM**

Parties                                                    Counsel

UNITED STATES OF AMERICA,                  Martha Paluch

                                                           Bryan Fields

          Plaintiff,

v.

6.   CRISTINA PORTILLOS,                       John Mosby

          Defendant.

---

**COURTROOM MINUTES**

---

**SENTENCING HEARING**
**COURT IN SESSION:**        **8:59 a.m.**
Appearances of counsel.   Defendant is present and on bond.   Present with
Government's counsel is IRS Special Agent Anthony Romero.

Defendant was found guilty by a jury on May 6, 2016, on Counts **1**, 10, 12, 14 through **17**,
and **30** of the Superseding Indictment.   After the trial, the Court granted the
Government's Motion to Dismiss Counts 10, 12, and 14 through 16 of the Superseding
Indictment (Doc. 457).

Discussion held regarding pending motions, objections, and restitution.

9:18 a.m.        Government's witness, IRS Special Agent Anthony Romero, is sworn and
                 examined by Ms. Paluch.

9:26 a.m.        Cross-examination of IRS Special Agent Anthony Romero by Mr. Mosby.

9:31 a.m.        Redirect examination of IRS Special Agent Anthony Romero by Ms. Paluch.

9:32 a.m.      Witness is excused.

Counsel present argument regarding restitution and Defendant's role in the offense.

Court's findings and rulings stated on the record.

**Court in recess:    10:28 a.m.**
**Court in session:  10:40 a.m.**

Discussion held regarding sentencing guidelines.

Counsel for the Government presents argument in opposition regarding Defendant's Motion for Sentence Variance or Downward Departure (Doc. 529) and addresses the Court regarding sentencing.

Defendant's mother, Rosemary Portillos, addresses the Court.

Defendant's father, Daniel Portillos, addresses the Court.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Sentence Variance or Downward Departure (Doc. 529) is DENIED as stated on the record.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CRISTINA PORTILLOS, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **21 months as to each count, to be served concurrently.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility that is closest to the District of Colorado.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years as to each count, to be served concurrently.**

**ORDERED:** **Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state, or local crime.
- (**X**) Defendant shall not unlawfully possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist.   Defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.
- (**X**) As directed by the probation officer, Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
- (**X**) If Defendant has an outstanding financial obligation, the probation officer may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

**ORDERED:** Defendant shall pay **$300 ($100 for each count)** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because Defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** in the amount of **$38,724.51** to IRS RACS, Attn:   Mail Stop 6251, Restitution, 333 West Pershing Avenue, Kansas City, MO 64101.

**ORDERED:**   The restitution ordered is joint and several with co-defendants Raul Caraveo, Pamila Lucero, Sabrina Caraveo, and Eugene Chavez only.

**ORDERED:**   Interest on the restitution is waived, because Defendant has no ability to pay the interest.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant advised of right to appeal.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Bond is continued.

**ORDERED:**   That Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 30 days from the date of designation.

**Court in recess:**      **11:44 a.m.**
Hearing concluded.
Total time:            2:33