IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6. CRISTINA PORTILLOS** ,

    Defendant.

_____

**PROPOSED ORDER GRANTING DEFENDANT MOTION TO CONTINUE BOND PENDING APPEAL**
_____

    This matter comes before the Court upon Defendant's Motion to Continue Bond Pending Appeal pursuant to 18 U.S.C. § 3143 (b).

    The Court having reviewed the motion and the government's response and having fully considered the motion, it **IS HEREBY ORDERED** that the motion is Granted.

    The Court finds that based upon the nature of the offense, the Presentence Investigation Report, including the Probation Officer's recommendation that defendant self-report to begin her sentence, that defendant is not a flight risks nor does she pose a danger to the community if allowed to remain on bond pending appeal.

This Court further finds that the appeal is not for delay and raises a substantial question of law, which is an issue of first impression for the Tenth Circuit, which could result in reversal.

Date this \_\_\_\_ day of August, 2016.

_____
United States District Court Judge