IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**6. CRISTINA PORTILLOS,**

        Defendants.

---

### DEFENDANT'S NOTICE OF APPEAL
---

Defendant Cristina Portillos, through her CJA appointed attorney, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and orders entered by the district court in her case.

.                                        Respectfully submitted,

                                        <u>s/John Mosby</u>

                                        John Mosby
                                        621 17th Street, Suite 2445
                                        Denver, Colorado 80293
                                        (303) 623-355

                                        Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this August 9, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

                                                                      <u>s/John Mosby</u>