APPEAL,TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:15–cr–00149–RM–6

Case title: USA v. Caraveo et al

Date Filed: 04/07/2015
Date Terminated: 08/04/2016

Assigned to: Judge Raymond P. Moore

**Defendant (6)**

| | | |
|---|---|---|
| **Cristina Portillos**<br>*TERMINATED: 08/04/2016* | represented by | **John Edward Mosby**<br>John Mosby, Attorney at Law<br>621 17th Street<br>Suite 2445<br>Denver, CO 80293<br>303–623–1355<br>Fax: 303–927–3860<br>Email: john_mosby@msn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:286.F–Conspiracy to File False Claims for Refund<br>(1s) | 21 months' imprisonment, concurrent to sentence imposed in Counts 17s and 30s; three (3) years' supervised release, concurrent to Counts 17s and 30s; $300 total special assessment fee ($100 each count); $38,724.21 total restitution, joint and several with co–defendants Raul Caraveo, Pamila Lucero, Sabrina Caraveo, and Eugene Chavez, interest waived. |
| 18:287.F–False Claim for Refund<br>(17s) | 21 months' imprisonment, concurrent to sentence imposed in Counts 1s and 30s; three (3) years' supervised release, concurrent to Counts 1s and 30s; $300 total special assessment fee ($100 each count); $38,724.21 total restitution, joint and several with co–defendants Raul Caraveo, Pamila Lucero, Sabrina Caraveo, and Eugene Chavez, interest waived. |
| 18:287.F–False Claim for Refund<br>(30s) | 21 months' imprisonment, concurrent to sentence imposed in Counts 1s and 17s; three (3) years' supervised release, concurrent to Counts 1s and 17s; $300 total special assessment fee ($100 each count); $38,724.21 total restitution, joint and several with co–defendants Raul Caraveo, Pamila |

1

Lucero, Sabrina Caraveo, and Eugene Chavez, interest waived.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:286.F–Conspiracy to File False Claims for Refund (1) | DISMISSED |
| 18:287.F–False Claims for Refund (10) | DISMISSED |
| 18:287.F–False Claim for Refund (10s) | DISMISSED |
| 18:287.F–False Claims for Refund (12) | DISMISSED |
| 18:287.F–False Claim for Refund (12s) | DISMISSED |
| 18:287.F–False Claims for Refund (14–16) | DISMISSED |
| 18:287.F–False Claim for Refund (14s–16s) | DISMISSED |
| 18:287.F–False Claims for Refund (17) | DISMISSED |
| 18:287.F–False Claims for Refund (30) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Material Witness**

**Tanya Barrett**                     represented by   **Ronald Gainor**
Gainor and Donner
6414 Fairways Drive
Longmont, CO 80503
303–359–1314
Fax: 303–447–0930
Email: gainorlaw@gmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Michelle Steinhaus**                    represented by   **Richard Kent Kornfeld**
                                                           Recht &Kornfeld, P.C.
                                                           1600 Stout Street
                                                           Suite 1000
                                                           Denver, CO 80202
                                                           303−573−1900
                                                           Fax: 303−446−9400
                                                           Email: rick@rklawpc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: CJA Appointment*

---

**Material Witness**

**Jennifer Leff**                         represented by   **Jeffrey S. Pagliuca**
                                                           Haddon, Morgan &Foreman, P.C.
                                                           150 East 10th Avenue
                                                           Denver, CO 80203
                                                           303−831−7364
                                                           Fax: 303−832−2628
                                                           Email: jpagliuca@hmflaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: CJA Appointment*

---

**Plaintiff**

**USA**                                   represented by   **Martha Ann Paluch**
                                                           U.S. Attorney's Office−Denver
                                                           1225 17th Street
                                                           Suite 700
                                                           Denver, CO 80202
                                                           303−454−0100
                                                           Fax: 303−454−0402
                                                           Email: Martha.Paluch@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Federal Agency Attorney*

                                                           **Bryan David Fields**
                                                           U.S. Attorney's Office−Denver
                                                           1225 17th Street
                                                           Suite 700
                                                           Denver, CO 80202

303–454–0100
Email: bryan.fields3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/07/2015 | 1 | | INDICTMENT as to Raul Caraveo (1) count(s) 1, 2–3, 5–10, 12–37, Pamila Lucero (2) count(s) 1, 2–33, Sabrina Caraveo (3) count(s) 1, 2–3, 5–10, 12–13, 15–29, 31–34, Eugene Chavez (4) count(s) 1, 2–13, 15–29, 31–33, Carolina Aragon (5) count(s) 1, 35–37, Christina Portillos (6) count(s) 1, 10, 12, 14–17, 30. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet, # 4 Criminal Information Sheet, # 5 Criminal Information Sheet, # 6 Criminal Information Sheet) (jhawk, ) (Entered: 04/08/2015) |
| 04/07/2015 | 7 | | Summons Issued as to Christina Portillos Initial Appearance set for 4/23/2015 02:00 PM before Magistrate Judge Michael J. Watanabe. (jhawk, ) (Entered: 04/08/2015) |
| 04/07/2015 | 8 | | RESTRICTED DOCUMENT – Level 4 (jhawk, ) (Entered: 04/08/2015) |
| 04/23/2015 | 40 | | MINUTE ENTRY/ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Initial Appearance as to Christina Portillos held on 4/23/2015 Defendant present on summons. Defendant advised. Criminal Justice Act counsel appointed. Bond set as to Christina Portillos (6) $5000. Unsecured. Defendant advised of bond conditions. Arraignment / Discovery Hearing set for 5/4/2015 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Total time: 15 minutes, Hearing time: 2:55 – 3:10) **APPEARANCES**: Martha A. Paluch on behalf of the Government, Angela Ledesma on behalf of pretrial, Court Reporter: FTR – E. E. Miller. FTR: Courtroom A502. (emill) Text Only Entry (Entered: 04/23/2015) |
| 04/23/2015 | 41 | | ORDER APPOINTING CJA COUNSEL as to Christina Portillos, by Magistrate Judge Michael J. Watanabe on 4/23/2015. Text Only Entry (emill) (Entered: 04/23/2015) |
| 04/23/2015 | 48 | | CJA 23 Financial Affidavit by Christina Portillos. (emill) (Entered: 04/24/2015) |
| 04/23/2015 | 49 | | Unsecured Bond Entered as to Christina Portillos in amount of $ $5000. (emill) (Entered: 04/24/2015) |
| 04/23/2015 | 50 | | ORDER Setting Conditions of Release as to Christina Portillos (6) Unsecured $5000. By Magistrate Judge Michael J. Watanabe on 4/23/2015. (emill) (Entered: 04/24/2015) |
| 04/24/2015 | 58 | | CJA 20/30 Appointment of John Edward Mosby for Christina Portillos by Magistrate Judge Michael J. Watanabe on 4/24/2015. (shugh) (Entered: 04/24/2015) |
| 04/24/2015 | 60 | | Unopposed MOTION for Protective Order *RE Personal Identifying and Tax Information of Third Parties* by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: |

4

| | | | |
|---|---|---|---|
| | | | 04/24/2015) |
| 04/24/2015 | <u>61</u> | | MOTION to Disclose Grand Jury Material to Defendant *Under Specified Conditions to the Attorneys for the Defendants* by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos. (Attachments: # <u>1</u> Proposed Order (PDF Only))(Paluch, Martha) (Entered: 04/24/2015) |
| 04/24/2015 | <u>62</u> | | ORDER granting <u>60</u> Motion for Protective Order as to Raul Caraveo (1), Pamila Lucero (2), Sabrina Caraveo (3), Eugene Chavez (4), Carolina Aragon (5), Christina Portillos (6) by Judge John L. Kane on 04/24/15. (jhawk, ) (Entered: 04/24/2015) |
| 04/24/2015 | <u>63</u> | | ORDER granting <u>61</u> Motion to Disclose Grand Jury Material as to Raul Caraveo (1), Pamila Lucero (2), Sabrina Caraveo (3), Eugene Chavez (4), Carolina Aragon (5), Christina Portillos (6) by Judge John L. Kane on 04/24/15. (jhawk, ) (Entered: 04/24/2015) |
| 04/28/2015 | 66 | | MINUTE ORDER setting Status Conference (all Defendants). ORDERED that this multi−defendant criminal is set for a Status Conference on June 3, 2015, at 10:00 a.m., in Courtroom A−802, Alfred A. Arraj U.S. District Courthouse, 901 19th St., Denver CO 80294. Counsel should anticipate that discovery and motions deadlines and trial dates will be set at this conference. Entered by Judge John L. Kane on 04/28/15. Text Only Entry (jhawk, ) (Entered: 04/28/2015) |
| 05/04/2015 | 74 | | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment and Discovery Hearing as to Christina Portillos held on 5/4/2015. Plea of NOT GUILTY entered by defendant. Defendant present on bond, Discovery memorandum executed, Defendants bond continued, Counsel is directed to chambers, (Total time: 3 mins, Hearing time: 10:48−10:51 AM)<br><br>**APPEARANCES**: Thomas O'Rourke on behalf of the Government, John Mosby on behalf of the defendant. FTR: Courtroom A 501. (mdave, ) Text Only Entry (Entered: 05/04/2015) |
| 05/04/2015 | <u>77</u> | | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 8 days as to Christina Portillos by Magistrate Judge Michael E. Hegarty on 5/4/15. (amont, ) (Entered: 05/04/2015) |
| 05/07/2015 | <u>78</u> | | RESTRICTED BAIL REPORT − Level 4: as to Christina Portillos. (jhawk, ) (Entered: 05/07/2015) |
| 05/13/2015 | 83 | | MINUTE ORDER. In light of the May 8, 2015 Order granting an ends of justice continuance and vacating the June 22, 2015 trial date (Doc. 80), the Court, on its own motion, CLARIFIES and ORDERS that the Status Conference previously set for 10:00 a.m. on June 3, 2015, is also VACATED. A Joint Status Report setting forth the positions of all parties to the case remains due on or before July 8, 2015. Entered by Judge John L. Kane on 05/13/15. Text Only Entry (jhawk, ) (Entered: 05/13/2015) |
| 05/18/2015 | <u>84</u> | | CJA 21/31 Request for Service as to Christina Portillos. (Attachments: # <u>1</u> CJA Attachment)(Mosby, John) (Entered: 05/18/2015) |

| 05/20/2015 | 85 | | Unopposed MOTION for Speedy Trial *to Apply the Court's Previous Order Excluding Time from the Speedy Trial Act (Doc. 80) to all Defendants* by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 05/20/2015) |
| 05/20/2015 | 86 | | MINUTE ORDER as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos re Doc 85 , Unopposed Motion for Speedy Trial to Apply the Court's Previous Order Excluding Time from the Speedy Trial Act (Doc. 80 ) is granted as to all Defendants. Entered by Judge John L. Kane on 05/20/2015. Text Only Entry (athom, ) (Entered: 05/20/2015) |
| 06/08/2015 | 120 | | CJA 21/31 Authorization for Service as to Christina Portillos by Judge John L. Kane on 6/8/2015. (shugh) (Entered: 06/24/2015) |
| 06/10/2015 | 93 | | Superseding INDICTMENT as to Raul Caraveo (1) count(s) 1s, 2s−3s, 5s−10s, 12s−39s, Pamila Lucero (2) count(s) 1s, 2s−3s, 5s−35s, Sabrina Caraveo (3) count(s) 1s, 2s−3s, 5s−10s, 12s−13s, 15s−29s, 31s−36s, Eugene Chavez (4) count(s) 1s, 2s−3s, 5s−13s, 15s−29s, 31s−33s, Carolina Aragon (5) count(s) 1s, 38s−39s, Christina Portillos (6) count(s) 1s, 10s, 12s, 14s−17s, 30s, Conrad Archuleta (7) count(s) 1, 34−35, Nancy Guzman (8) count(s) 1, 34−35. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet, # 4 Criminal Information Sheet, # 5 Criminal Information Sheet, # 6 Criminal Information Sheet, # 7 Criminal Information Sheet, # 8 Criminal Information Sheet) (jhawk, ) (Entered: 06/10/2015) |
| 06/10/2015 | 96 | | MINUTE ORDER as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos. Setting Initial Appearance on Superseding Indictment for 6/25/2015 02:00 PM in Courtroom C205 before Magistrate Judge Nina Y. Wang, on 06/10/15. Text Only Entry (jhawk, ) (Entered: 06/10/2015) |
| 06/17/2015 | 100 | | MOTION for Bill of Particulars by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 06/17/2015) |
| 06/19/2015 | 106 | | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 6/19/15. At the request of the court, the hearings currently set for 6/25/2015 96 at 2:00 PM have been moved. Rearraignment on Superseding Indictment as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos is set for 6/25/2015 **10:00 AM** in Courtroom C205 before Magistrate Judge Nina Y. Wang. Text Only Entry (bsimm, ) (Entered: 06/19/2015) |
| 06/23/2015 | 115 | | RESPONSE to Motion by USA as to Christina Portillos re 100 MOTION for Bill of Particulars (Paluch, Martha) (Entered: 06/23/2015) |
| 06/24/2015 | 118 | | ORDER denying Defendant Portillos' 100 Motion for Bill of Particulars as to Christina Portillos (6), by Judge John L. Kane on 6/24/2015. (agarc, ) (Entered: 06/24/2015) |
| 06/25/2015 | 129 | | COURTROOM MINUTES for Arraignment2 as to Christina Portillos held on 6/25/2015 before Magistrate Judge Nina Y. Wang. Defendant present on bond. Defendant waives further reading and advisement. Plea of NOT |

| | | | |
|---|---|---|---|
| | | | GUILTY entered by defendant. Plea of not guilty accepted. Defendants bond continues. (Total time: 1 minute, Hearing time: 10:51–10:52)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, John Mosby on behalf of the defendant. FTR: Courtroom C–205. (bsimm, ) Text Only Entry (Entered: 06/25/2015) |
| 07/08/2015 | 147 | | STATUS REPORT by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman (Paluch, Martha) (Entered: 07/08/2015) |
| 07/14/2015 | 152 | | MINUTE ORDER. Given the complex nature of the fraud and conspiracy alleged, the number of defendants and potential witnesses, the investigatory work necessary to the preparation of a reasonable defense, the recent appointment of counsel for certain defendants, and the volume of discovery already produced in this case, the Court agrees that the interest of the defendants and the public in a speedy trial are outweighed by the need for additional time for defense counsel to effectively prepare the defense. See 18 U.S.C. § 3161(h)(7)(B)(i)–(iv)(as applied in United States v. Toombs, 574 F.3d 1262, 1268–69 (10th Cir. 2009)). I further find that it is in the best interests of justice to grant the requested 120 day exclusion from the provisions of the Speedy Trial Act and that such delay is not adverse to the constitutional right of the defendant to a speedy trial. Oral argument is not necessary given the completeness of the motions and the government's consent to them. Accordingly, it is ORDERED that Defendant Archuleta's Motion to Exclude 120 from Speedy Trial Time Computations 146 (to which the other defendants do not object, see Doc. 146 at p.6 and Doc. 147 at p.3) and Defendant Guzman's Motion to Continue 151 are GRANTED, and that 120 days shall be added to the speedy trial calculations for ALL Defendants. It is further ORDERED that on or before September 8, 2015, counsel shall CONFER and FILE a Joint Status Report stating the current status of discovery, suggested discovery and motions deadlines, and whether a status or motions hearing should be set. If a motions hearing or conference is desired, counsel shall phone in jointly to chambers at 303–844–6118 to set one. Entered by Judge John L. Kane on 07/14/15. Text Only Entry (jhawk, ) (Entered: 07/15/2015) |
| 08/06/2015 | 161 | | ORDER of Recusal as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman. Defendant Carolina Aragons change of plea hearing set for 1:30 p.m. on Wednesday, August 12, 2015, is VACATED. Entered by Judge John L. Kane on 08/06/15. (jhawk, ) (Entered: 08/06/2015) |
| 08/06/2015 | 162 | | CASE REASSIGNED as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman pursuant to 161 Order,. This case is reassigned to Judge Philip A. Brimmer. All future pleadings should be designated as 15–cr–149–PAB. Text Only Entry (jhawk, ) (Entered: 08/06/2015) |
| 08/06/2015 | 163 | | ORDER OF RECUSAL in case as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman. ORDERED that the judges file be returned to the clerk's office for the case to be reassigned by random draw. Entered by |

| | | | |
|---|---|---|---|
| | | | Judge Philip A. Brimmer on 08/06/15. (jhawk, ) (Entered: 08/06/2015) |
| 08/06/2015 | 164 | | CASE REASSIGNED re: 163 as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman This case is reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 15–cr–149–RM. Text Only Entry (jhawk, ) (Entered: 08/06/2015) |
| 08/10/2015 | 170 | | MINUTE ORDER as to Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Christina Portillos, Conrad Archuleta, Nancy Guzman Status Conference set for 8/19/2015 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Defendants are not required to be present. SO ORDERED by Judge Raymond P. Moore on 8/10/2015. (Text Only Entry ) (rmsec ) (Entered: 08/10/2015) |
| 08/19/2015 | 188 | | MINUTE ENTRY for Status Conference as to defendants Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Christina Portillos, held before Judge Raymond P. Moore on 8/19/2015. Defendants not present. Court Reporter: Tammy Hoffschildt. (pglov) (Entered: 08/19/2015) |
| 09/03/2015 | 201 | | RESTRICTED DOCUMENT – Level 1: by Christina Portillos. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Mosby, John) (Entered: 09/03/2015) |
| 09/03/2015 | 202 | | First MOTION for Leave to Restrict by Christina Portillos. (Attachments: # 1 Continuation of Main Document, # 2 Proposed Order (PDF Only))(Mosby, John) (Entered: 09/03/2015) |
| 09/04/2015 | 203 | | ORDER granting 202 Motion for Leave to Restrict as to Christina Portillos (6). SO ORDERED by Judge Raymond P. Moore on 9/4/2015. (Text Only Entry ) (rmsec ) (Entered: 09/04/2015) |
| 09/08/2015 | 206 | | STATUS REPORT by USA as to Pamila Lucero, Eugene Chavez, Christina Portillos (Paluch, Martha) (Entered: 09/08/2015) |
| 09/16/2015 | 213 | | ORDER as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman. The 70 day or trial clock in this matter has been previously extended, and remains, to and including 2/23/2016. Motions due by 11/13/2015. Responses due by 12/4/2015. The government shall file its response to ECF No. 201 on or before 10/7/2015. By Judge Raymond P. Moore on 09/16/2015. (athom, ) (Entered: 09/17/2015) |
| 09/17/2015 | 217 | | MOTION for Leave to Restrict by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 09/17/2015) |
| 09/17/2015 | 218 | | RESTRICTED DOCUMENT – Level 1: by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman (Paluch, Martha) (Entered: 09/17/2015) |
| 09/17/2015 | 219 | | RESTRICTED DOCUMENT – Level 1: by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, |

|  |  |  | Christina Portillos, Conrad Archuleta, Nancy Guzman (Attachments: #_1 Exhibit, #_2 Exhibit, #_3 Exhibit)(Paluch, Martha) (Entered: 09/17/2015) |
|---|---|---|---|
| 09/18/2015 | 220 |  | ORDER granting 217 Motion for Leave to Restrict as to Raul Caraveo (1), Pamila Lucero (2), Sabrina Caraveo (3), Eugene Chavez (4), Carolina Aragon (5), Christina Portillos (6), Conrad Archuleta (7), Nancy Guzman (8). SO ORDERED by Judge Raymond P. Moore on 9/18/2015. (Text Only Entry ) (rmsec ) (Entered: 09/18/2015) |
| 09/25/2015 | 226 |  | RESTRICTED DOCUMENT – Level 1: by Christina Portillos. (Attachments: #_1 Exhibit, #_2 Exhibit, #_3 Exhibit, #_4 Exhibit, #_5 Exhibit, #_6 Exhibit)(Mosby, John) (Entered: 09/25/2015) |
| 09/25/2015 | 227 |  | MOTION for Leave to Restrict re 226 as to Christina Portillos. (Attachments: #_1 Proposed Order (PDF Only))(Mosby, John) Modified to change into motion on 9/28/2015 (cthom, ) (Entered: 09/25/2015) |
| 09/28/2015 | 228 |  | ORDER granting 227 Motion for Leave to Restrict as to Christina Portillos (6). SO ORDERED by Judge Raymond P. Moore on 9/28/2015. (Text Only Entry ) (rmsec ) (Entered: 09/28/2015) |
| 10/05/2015 | 234 |  | MOTION for Leave to File Excess Pages by Christina Portillos. (Attachments: #_1 Proposed Order (PDF Only))(Mosby, John) (Entered: 10/05/2015) |
| 10/06/2015 | 235 |  | ORDER granting 234 Motion for Leave to File Excess Pages as to Christina Portillos (6). SO ORDERED by Judge Raymond P. Moore on 10/4/2015. (Text Only Entry ) (rmsec ) (Entered: 10/06/2015) |
| 10/24/2015 | 243 |  | CJA 21/31 Payment Request as to Christina Portillos. (Mosby, John) (Entered: 10/24/2015) |
| 10/25/2015 | 244 |  | CJA 20/30 Payment Request as to Christina Portillos. (Attachments: #_1 CJA Attachment, #_2 CJA Attachment, #_3 CJA Attachment, #_4 CJA Attachment)(Mosby, John) (Entered: 10/25/2015) |
| 10/27/2015 | 245 |  | CJA 21/31 Payment Request as to Christina Portillos. (Mosby, John) (Entered: 10/27/2015) |
| 11/13/2015 | 268 |  | First MOTION for James Hearing by Christina Portillos. (Attachments: #_1 Proposed Order (PDF Only))(Mosby, John) (Entered: 11/13/2015) |
| 11/13/2015 | 274 |  | MOTION for Disclosure of Jencks Materials by Christina Portillos. (Attachments: #_1 Proposed Order (PDF Only))(Mosby, John) (Entered: 11/13/2015) |
| 11/13/2015 | 275 |  | MOTION to Sever Defendant by Christina Portillos. (Attachments: #_1 Exhibit, #_2 Proposed Order (PDF Only))(Mosby, John) (Entered: 11/13/2015) |
| 11/19/2015 | 331 |  | CJA 20/30 Payment Authorization as to Christina Portillos by Judge Raymond P. Moore on 11/19/2015. (babia) (Entered: 02/03/2016) |
| 11/23/2015 | 288 |  | MOTION for Discovery by Christina Portillos. (Attachments: #_1 Exhibit, #_2 Proposed Order (PDF Only))(Mosby, John) (Entered: 11/23/2015) |
| 11/24/2015 | 317 |  |  |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Payment Authorization as to Christina Portillos by Judge Raymond P. Moore on 11/24/2015. (shugh) (Entered: 12/31/2015) |
| 12/04/2015 | 297 | | RESPONSE to Motion by USA as to Christina Portillos re 268 First MOTION for James Hearing (Paluch, Martha) (Entered: 12/04/2015) |
| 12/04/2015 | 298 | | RESPONSE to Motion by USA as to Christina Portillos re 288 MOTION for Discovery , 274 MOTION for Disclosure *of Jencks Materials* (Paluch, Martha) (Entered: 12/04/2015) |
| 12/04/2015 | 299 | | Opposition *to Defendants Lucero's and Portillos's Motions for Severance* by USA as to Pamila Lucero, Christina Portillos re 271 Restricted Document – Level 1, 275 MOTION to Sever Defendant (Paluch, Martha) (Entered: 12/04/2015) |
| 12/04/2015 | 301 | | RESTRICTED DOCUMENT – Level 1: by Christina Portillos. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Mosby, John) (Entered: 12/04/2015) |
| 12/04/2015 | 302 | | RESTRICTED DOCUMENT – Level 1: by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 12/04/2015) |
| 12/05/2015 | 303 | | MOTION for Leave to Restrict by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 12/05/2015) |
| 12/05/2015 | 304 | | RESTRICTED DOCUMENT – Level 1: by USA as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Christina Portillos, Conrad Archuleta, Nancy Guzman (Paluch, Martha) (Entered: 12/05/2015) |
| 12/09/2015 | 308 | | ORDER granting 303 Motion for Leave to Restrict as to Pamila Lucero (2), Christina Portillos (6). SO ORDERED by Judge Raymond P. Moore on 12/9/2015. (Text Only Entry ) (rmsec ) (Entered: 12/09/2015) |
| 12/30/2015 | 315 | | MINUTE ORDER as to Pamila Lucero, Christina Portillos. Motion Hearing set for 2/16/2016 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Defendants must be present. SO ORDERED by Judge Raymond P. Moore on 12/30/2015. (Text Only Entry) (rmsec ) (Entered: 12/30/2015) |
| 02/02/2016 | 330 | | NOTICE of Supplemental Authorities (Mosby, John) (Entered: 02/02/2016) |
| 02/14/2016 | 336 | | CJA 21/31 Payment Request as to Christina Portillos. (Mosby, John) (Entered: 02/14/2016) |
| 02/16/2016 | 337 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Motion Hearing as to Christina Portillos (6) held on 2/16/2016. 201 Defendant Portillos' Motion for a Hearing on Claims of Selective and Vindictive Prosecution and for Discovery is denied. 268 Defendant's Motion for James Hearing is held in abeyance and will be taken under advisement upon submission of additional materials. 274 Defendant's Motion for Early Disclosure of Jencks Material is denied in part, withdrawn in part, and held in abeyance in part and will be taken under advisement upon submission of additional materials. 275 Defendant's Motion for Severance is denied as |

|  |  |  |  |
|---|---|---|---|
|  |  |  | moot. 288 Defendant's Motion for Discovery Re: Jencks Materials is held in abeyance and will be taken under advisement upon submission of additional materials. The Government shall file written proffer and James Log regarding 268 Defendant's Motion for James Hearing by 2/23/2016; and Defendant's objection/response, if any, shall be filed by 3/15/2016. The Government shall provide the materials regarding Defendant's motions 274 and 288 stated on the record by 2/26/2016. A separate order will issue setting this case for trial on 5/2/2016. Court Reporter: Darlene Martinez. (cpear) (Entered: 02/16/2016) |
| 02/17/2016 | 338 |  | ORDER Setting Trial Dates and Deadlines as to Christina Portillos: 5 day Jury Trial set for 5/2/2016, 08:30 AM first day start and 9:00 AM start for the remaining days, in Courtroom A 601 before Judge Raymond P. Moore. Trial Preparation Conference set for 4/14/2016 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore, by Judge Raymond P. Moore on 02/17/2016. (cthom, ) (Entered: 02/17/2016) |
| 02/22/2016 | 348 |  | NOTICE OF ATTORNEY APPEARANCE Bryan David Fields appearing for USA. Attorney Bryan David Fields added to party USA(pty:pla) (Fields, Bryan) (Entered: 02/22/2016) |
| 02/23/2016 | 349 |  | Government's Proffer re: 268 First MOTION for James Hearing by USA as to Christina Portillos (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 02/23/2016) |
| 02/26/2016 | 357 |  | MOTION to Suppress by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 02/26/2016) |
| 03/03/2016 | 362 |  | Unopposed MOTION to Supplement 349 Govt's Proffer *and James Log* by USA as to Christina Portillos. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/03/2016) |
| 03/03/2016 | 363 |  | ORDER granting 362 Motion to Supplement it's James Log as to Christina Portillos (6) by Judge Raymond P. Moore on 03/03/2016. (cthom, ) (Entered: 03/03/2016) |
| 03/03/2016 | 365 |  | SUPPLEMENT *James Log* to 362 Unopposed MOTION to Supplement 349 Govt's Proffer *and James Log*, 363 Order on Motion to Supplement by USA as to Christina Portillos (Attachments: # 1 Exhibit, # 2 Exhibit)(Paluch, Martha) (Entered: 03/03/2016) |
| 03/04/2016 | 366 |  | RESPONSE to Motion by USA as to Christina Portillos re 357 MOTION to Suppress (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 03/04/2016) |
| 03/07/2016 | 367 |  | **WITHDRAWN** MOTION for Extension of Time to File Response/Reply *to Government's James Proffer* by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) Modified to show WITHDRAWN on 3/7/2016 (cthom, ). (Entered: 03/07/2016) |
| 03/07/2016 | 368 |  | MOTION to Withdraw Document *367* by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 03/07/2016) |
| 03/07/2016 | 369 |  | ORDER granting 368 Motion to Withdraw Document as to Christina Portillos (6). Upon consideration of the Motion to Withdraw Document, Defendant's Unopposed Motion for Extension of Time to Respond to Government's James Proffer 367 is hereby ordered WITHDRAWN. SO |

| | | | |
|---|---|---|---|
| | | | ORDERED by Judge Raymond P. Moore on 3/7/2016. (Text Only Entry ) (rmsec ) (Entered: 03/07/2016) |
| 03/08/2016 | 370 | | MOTION to Appoint CJA Counsel *(co–counsel)* by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 03/08/2016) |
| 03/10/2016 | 371 | | ORDER denying 370 Motion for Order Allowing the Appointment of CJA Co–Counsel as to Christina Portillos (6) by Judge Raymond P. Moore on 03/10/2016. (cthom, ) (Entered: 03/10/2016) |
| 03/10/2016 | 372 | | Unopposed MOTION for Leave to File *Corrected James Log* by USA as to Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 03/10/2016) |
| 03/11/2016 | 373 | | ORDER granting 372 Motion for Leave to File as to Christina Portillos (6). Entered by Judge Raymond P. Moore on 3/11/2016. (Text Only Entry ) (rmsec ) (Entered: 03/11/2016) |
| 03/11/2016 | 374 | | NOTICE *of Government's Corrected James Log* re 365 Supplement, 373 Order on Motion for Leave to File by USA as to Christina Portillos (Attachments: # 1 Proposed Document Corrected James Log)(Paluch, Martha) (Entered: 03/11/2016) |
| 03/15/2016 | 376 | | ORDER Regarding SAR; granting in part and denying in part 274 Motion for Disclosure as to Christina Portillos (6) and granting in part and denying in part 288 Motion for Discovery as to Christina Portillos (6), by Judge Raymond P. Moore on 03/15/2016. (cthom, ) (Entered: 03/15/2016) |
| 03/15/2016 | 377 | | RESPONSE in Opposition by Christina Portillos re 362 Unopposed MOTION to Supplement 349 Govt's Proffer *and James Log* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Mosby, John) (Entered: 03/15/2016) |
| 03/16/2016 | 378 | | MINUTE ORDER as to Christina Portillos. Motion Hearing on pending motions set for 3/29/2016 at 01:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 3/16/2016. (Text Only Entry ) (rmsec ) (Entered: 03/16/2016) |
| 03/18/2016 | 381 | | CJA 21/31 Payment Request as to Christina Portillos. (Attachments: # 1 CJA Attachment)(Mosby, John) (Entered: 03/18/2016) |
| 03/25/2016 | 391 | | CJA 21/31 Payment Authorization as to Christina Portillos by Judge Raymond P. Moore on 3/25/16. (limart, ) (Entered: 04/04/2016) |
| 03/26/2016 | 385 | | CJA 21/31 Request for Service as to Christina Portillos. (Attachments: # 1 CJA Attachment)(Mosby, John) (Entered: 03/26/2016) |
| 03/28/2016 | 386 | | MOTION to Excuse by Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 03/28/2016) |
| 03/29/2016 | 387 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Motion Hearing as to Christina Portillos (6) held on 3/29/2016. 268 Defendant's Motion for James Hearing is denied. 357 Defendant's Motion to Suppress is denied. 386 Defendant's Motion to Excuse is denied as moot. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 03/29/2016) |

| 03/29/2016 | 408 | | CJA 21/31 Authorization for Service as to Cristina Portillos by Judge Raymond P. Moore on 3/29/2016. (shugh) (Entered: 04/15/2016) |
| 03/30/2016 | 388 | | NOTICE *of Government's Second Corrected James Log* re 365 Supplement, 387 Order on Motion for James Hearing,, Order on Motion to Suppress,, Order on Motion to Excuse,, Motion Hearing, 373 Order on Motion for Leave to File by USA as to Christina Portillos (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 03/30/2016) |
| 04/08/2016 | 392 | | MOTION for Order *Requesting that the Court Determine Whether the Appointment of Counsel is Warranted for Certain Proposed Defense Witnesses* by USA as to Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 04/08/2016) |
| 04/12/2016 | 395 | | Proposed Jury Instructions by USA as to Christina Portillos (Paluch, Martha) (Entered: 04/12/2016) |
| 04/12/2016 | 396 | | Proposed Verdict Form as to Christina Portillos (Paluch, Martha) (Entered: 04/12/2016) |
| 04/12/2016 | 397 | | Proposed Voir Dire by USA as to Christina Portillos (Paluch, Martha) (Entered: 04/12/2016) |
| 04/12/2016 | 398 | | WITNESS LIST by USA as to Christina Portillos (Paluch, Martha) (Entered: 04/12/2016) |
| 04/12/2016 | 399 | | EXHIBIT LIST by USA as to Christina Portillos (Paluch, Martha) (Entered: 04/12/2016) |
| 04/12/2016 | 400 | | WITNESS LIST by Christina Portillos (Mosby, John) (Entered: 04/12/2016) |
| 04/12/2016 | 401 | | Proposed Jury Instructions by Christina Portillos (Mosby, John) (Entered: 04/12/2016) |
| 04/12/2016 | 402 | | Proposed Verdict Form as to Christina Portillos (Mosby, John) (Entered: 04/12/2016) |
| 04/12/2016 | 403 | | Proposed Voir Dire by Christina Portillos (Mosby, John) (Entered: 04/12/2016) |
| 04/12/2016 | 404 | | MOTION for Order – *Motion for a Pre–Trial Ruling on the Admissibility of Transcripts of Excerpts from Recorded Calls* by USA as to Christina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 04/12/2016) |
| 04/14/2016 | 405 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Trial Preparation Conference as to Cristina Portillos (6) held on 4/14/2016. 392 Government's Motion Requesting that the Court Determine Whether the Appointment of Counsel is Warranted for Certain Proposed Defense Witnesses is denied. 404 Government's Motion for a Pre–Trial Ruling on the Admissibility of Transcripts of Excerpts from Recorded Calls is granted. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 04/14/2016) |
| 04/18/2016 | 409 | | Motion Requesting Hearing and Preliminary Order by Cristina Portillos (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Mosby, John) Modified to add motion event and title on 4/18/2016 (cthom, ). (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/18/2016) |
| 04/18/2016 | 410 | | ORDER granting 409 Motion for Order as to Cristina Portillos (6). Motion Hearing set for 4/26/2016 at 10:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Government shall have available representatives who interviewed Defendant's witnesses – Jennifer Leff, Tanya Barrett, Michelle Steinhaus and Mary Gallegos. Defendant must be present. SO ORDERED by Judge Raymond P. Moore on 4/18/2016. (Text Only Entry) (rmsec ) (Entered: 04/18/2016) |
| 04/18/2016 | 412 | | MINUTE ORDER as to Cristina Portillos. Based on requests communicated through Assistant United States Attorney Martha Paluch, the following witnesses are understood to be requesting court–appointed counsel: Tanya Barrett and Michelle Steinhaus. The Clerk of the Court is directed to appoint counsel from the CJA Panel to represent these witnesses in connection with their testimony at the trial of Cristina Portillos, currently set for May 2, 2016. SO ORDERED by Judge Raymond P. Moore on 4/18/2016. (Text Only Entry ) (rmsec ) (Entered: 04/18/2016) |
| 04/18/2016 | 413 | | NOTICE *Supplement* re 409 MOTION for Order by Cristina Portillos (Mosby, John) (Entered: 04/18/2016) |
| 04/18/2016 | 414 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 413 Notice (Other) : The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 415 | | RESPONSE to Motion by USA as to Cristina Portillos re 409 MOTION for Order (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 04/19/2016) |
| 04/19/2016 | 416 | | NOTICE of Conventionally Submitted Material re 415 Response to Motion by USA as to Cristina Portillos (cthom, ) (Entered: 04/19/2016) |
| 04/19/2016 | 417 | | CJA 20/30 Appointment of Ronald Gainor for Tanya Barrett by Judge Raymond P. Moore on 4/19/2016. (shugh) (Entered: 04/20/2016) |
| 04/19/2016 | 418 | | CJA 20/30 Appointment of Richard Kent Kornfeld for Michelle Steinhaus by Judge Raymond P. Moore on 4/19/2016. (shugh) (Entered: 04/20/2016) |
| 04/21/2016 | 419 | | NOTICE re 415 Response to Motion by Cristina Portillos (Attachments: # 1 Exhibit)(Mosby, John) (Entered: 04/21/2016) |
| 04/21/2016 | 420 | | NOTICE OF ATTORNEY APPEARANCE: Richard Kent Kornfeld appearing for Material Witness Michelle Steinhaus (Kornfeld, Richard) (Entered: 04/21/2016) |
| 04/21/2016 | 421 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 419 Notice (Other) : The format for the attorneys signature block is not correct; attorney email address is missing. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (cthom, ) (Entered: 04/21/2016) |

| 04/21/2016 | 422 | | CJA 21/31 Payment Request as to Cristina Portillos. (Mosby, John) (Entered: 04/21/2016) |
| 04/26/2016 | 424 | | MINUTE ENTRY for proceedings held before Judge Raymond P. Moore. Motion Hearing as to Cristina Portillos held on 4/26/2016 re 409 MOTION for Order filed by Cristina Portillos. ORDERED: Defendants Motion for Order is DENIED Court Reporter: Tammy Hoffschildt. (kpreu) (Entered: 04/26/2016) |
| 04/28/2016 | 425 | | WITNESS LIST by USA as to Cristina Portillos (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 04/28/2016) |
| 04/28/2016 | 426 | | EXHIBIT LIST by USA as to Cristina Portillos (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 04/28/2016) |
| 04/29/2016 | 427 | | MOTION to Quash *Subpoena to Testify* by Michelle Steinhaus as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Cristina Portillos, Conrad Archuleta, Nancy Guzman. (Kornfeld, Richard) (Entered: 04/29/2016) |
| 04/29/2016 | 428 | | MINUTE ORDER as to Cristina Portillos. Motion Hearing on Motion to Quash Subpoena to Testify by Witness Michelle Steinhaus [ECF No. 427] set for 5/2/2016 at 08:30 AM in Courtroom A 601 before Judge Raymond P. Moore. Ms. Steinhaus is not required to attend or travel to Denver, Colorado, for the hearing. Counsel for Ms. Steinhaus shall be present. SO ORDERED by Judge Raymond P. Moore on 4/29/2016. Text Only Entry (rmsec ) (Entered: 04/29/2016) |
| 05/01/2016 | 429 | | NOTICE OF ATTORNEY APPEARANCE: Ronald Gainor appearing for Material Witness Tanya Barrett (Gainor, Ronald) (Entered: 05/01/2016) |
| 05/02/2016 | 430 | | EXHIBIT LIST by USA as to Cristina Portillos (Paluch, Martha) (Entered: 05/02/2016) |
| 05/02/2016 | 431 | | EXHIBIT LIST by Cristina Portillos (Mosby, John) (Entered: 05/02/2016) |
| 05/02/2016 | 433 | | MINUTE ENTRY for proceedings held before Judge Raymond P. Moore. Jury Trial – Day One held on 5/2/2016 as to Cristina Portillos. Court Reporter: Tammy Hoffschildt. (kpreu) (Entered: 05/02/2016) |
| 05/02/2016 | 456 | | CJA 20/30 Appointment of Jeffrey S. Pagliuca for Jennifer Leff by Judge Raymond P. Moore on 5/2/2016. (shugh) (Entered: 05/17/2016) |
| 05/03/2016 | 434 | | STATUS REPORT *of Material Witness Tanya Barrett and Request to Appear by Telephone at Anticipated May 4, 2016 Hearing* by Tanya Barrett as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Cristina Portillos, Conrad Archuleta, Nancy Guzman (Gainor, Ronald) (Entered: 05/03/2016) |
| 05/03/2016 | 435 | | MINUTE ORDER as to Cristina Portillos. Pursuant to the Status Report of Material Witness, Tanya Barrett, and Request to Appear by Telephone at Anticipated May 4, 2016 Hearing [ECF No. 434] filed by Ronald Gainor. Counsel is instructed that he may appear at the hearing via telephone by calling the courtroom deputy at the scheduled time of the hearing (4:00 PM), at 303–335–2024. Tanya Barrett must appear at the hearing, in person, which will be held on the sixth floor of the Alfred A. Arraj United States |

| | | | |
|---|---|---|---|
| | | | Courthouse located at 901 19th Street, Denver, Colorado.SO ORDERED by Judge Raymond P. Moore on 5/3/2016. (Text Only Entry ) (rmsec ) (Entered: 05/03/2016) |
| 05/03/2016 | | | ***Terminate Hearings as to Cristina Portillos: The motion hearing set for 5/2/2016 is vacated. The Court will hear argument on the motion on 5/4/2016. (cpear) (Entered: 05/03/2016) |
| 05/03/2016 | 436 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Jury Trial – Day 2 as to Cristina Portillos held on 5/3/2016. Trial continued. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/04/2016) |
| 05/04/2016 | 437 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Jury Trial – Day 3 as to Cristina Portillos held on 5/4/2016. Trial continued. Motion Hearing as to Cristina Portillos held on 5/4/2016, granting 427 Motion to Quash as to Cristina Portillos (6). Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/05/2016) |
| 05/05/2016 | 439 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Jury Trial – Day 4 as to Cristina Portillos held on 5/5/2016. Trial continued. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 440 | | CJA 20/30 Payment Request as to Raul Caraveo, Pamila Lucero, Sabrina Caraveo, Eugene Chavez, Carolina Aragon, Cristina Portillos, Conrad Archuleta, Nancy Guzman. (Attachments: # 1 Proposed Order (PDF Only))(Gainor, Ronald) (Entered: 05/06/2016) |
| 05/06/2016 | 441 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Jury Trial – Day 5 as to Cristina Portillos held on 5/6/2016. Jury Verdict as to Cristina Portillos (6): Guilty on Counts 1s,10s,12s,14s–17s, and 30s. Trial concluded. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 442 | | Jury Instructions as to Cristina Portillos (6). (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 443 | | Jury Note #1 – Unredacted – Restricted Doc. – Level 4. (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 444 | | Jury Note #1 as to Cristina Portillos (6). (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 445 | | Jury Note #2 – Unredacted – Restricted Doc. – Level 4. (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 446 | | Jury Note #2 as to Cristina Portillos (6). (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 447 | | Jury Verdict Un–Redacted – Level 4 – Viewable by Court Only. (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 448 | | JURY VERDICT as to Cristina Portillos (6). (cpear) (Entered: 05/06/2016) |
| 05/06/2016 | 449 | | MINUTE ORDER as to Cristina Portillos: Sentencing set for 7/29/2016 at 10:00 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 5/6/2016. (Text Only Entry ) (rmsec ) (Entered: 05/06/2016) |

| 05/06/2016 | 450 | | ORDER regarding exhibits as to Cristina Portillos (6). Entered by Judge Raymond P. Moore on 5/6/2016. (cpear) (Entered: 05/09/2016) |
| 05/13/2016 | 453 | | CJA 21/31 Payment Request as to Cristina Portillos. (Attachments: # 1 CJA Attachment)(Mosby, John) (Entered: 05/13/2016) |
| 05/16/2016 | 454 | | Letter to Judge Moore from Daniel and Rosemary Portillos on behalf of Cristina Portillos (cthom, ) (Entered: 05/16/2016) |
| 05/17/2016 | 455 | | MINUTE ORDER as to Cristina Portillos. The Clerk of the Court is directed to appoint counsel from the CJA Panel to represent Jennifer Leff in connection with her testimony at the trial of Cristina Portillos. SO ORDERED by Judge Raymond P. Moore nunc pro tunc 5/2/2016. (Text Only Entry) (rmsec ) (Entered: 05/17/2016) |
| 05/20/2016 | 457 | | MOTION to Dismiss Counts *10, 12, and 14 through 16 of the Superseding Indictment* by USA as to Cristina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 05/20/2016) |
| 05/20/2016 | 458 | | SENTENCING STATEMENT by USA as to Cristina Portillos (Paluch, Martha) (Entered: 05/20/2016) |
| 05/23/2016 | 459 | | ORDER granting 457 Motion to Dismiss Counts as to Cristina Portillos (6). Counts Ten, Twelve and Fourteen through Sixteen only of the Superseding Indictment, as they relate solely to defendant CRISTINA PORTILLOS, are hereby dismissed, with prejudice. ORDERED by Judge Raymond P. Moore on 05/23/2016. (cthom, ) (Entered: 05/23/2016) |
| 06/03/2016 | 475 | | MINUTE ORDER as to Cristina Portillos. In light of the Court's Order at ECF No. 459, the Rule 29(a) motion for judgment of acquittal or dismissal on statute of limitations grounds which was, in part, taken under advisement is, to the extent previously taken under advisement, hereby DENIED as moot. SO ORDERED by Judge Raymond P. Moore on 6/3/2016. (Text Only Entry ) (rmsec ) (Entered: 06/03/2016) |
| 06/21/2016 | 518 | | CJA 20/30 Payment Authorization as to Cristina Portillos by Judge Raymond P. Moore on 6/21/2016. (shugh) (Entered: 06/27/2016) |
| 06/24/2016 | 517 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Cristina Portillos (srich, ) (Entered: 06/24/2016) |
| 06/27/2016 | 519 | | MOTION to Continue *Sentencing* by Cristina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 06/27/2016) |
| 06/29/2016 | 520 | | ORDER granting 519 Motion to Continue as to Cristina Portillos (6). Sentencing RESET for 8/1/2016 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 6/29/2016. (Text Only Entry ) (rmsec ) (Entered: 06/29/2016) |
| 07/01/2016 | 522 | | RESPONSE by USA as to Cristina Portillos re: 517 Restricted Presentence Report – Attorney Disclosure (Paluch, Martha) (Entered: 07/01/2016) |
| 07/06/2016 | 525 | | MINUTE ORDER as to Cristina Portillos. This matter arises sua sponte. The Government is directed to file with the Court on or before July 14, 2016, with respect to Defendant Portillos, a spreadsheet comparable to that filed as ECF No. 521–1 (Lucero). The Portillos spreadsheet shall include as "pots" |

|  |  |  | or categories, the following: (i) returns using Defendant Portillos's address; (ii) returns discussed by Portillos; (iii) returns "not a product of discussion but submitted during the Defendant's involvement, within the scope of her agreement, and reasonably foreseeable to her"; and (iv) any other category the Government considers relevant to the issues of intended and actual loss. SO ORDERED by Judge Raymond P. Moore on 7/6/2016. (Text Only Entry ) (rmsec ) (Entered: 07/06/2016) |
|---|---|---|---|
| 07/07/2016 | 526 |  | Unopposed MOTION for Extension of Time to File *Requested Spreadsheet re Losses Attributable to Cristina Portillos* by USA as to Cristina Portillos. (Fields, Bryan) (Entered: 07/07/2016) |
| 07/07/2016 | 527 |  | ORDER granting 526 Motion for Extension of Time to File as to Cristina Portillos (6). SO ORDERED by Judge Raymond P. Moore on 7/7/2016. (Text Only Entry ) (rmsec ) (Entered: 07/07/2016) |
| 07/11/2016 | 528 |  | OBJECTION/RESPONSE to Presentence Report by Cristina Portillos (Attachments: # 1 Exhibit)(Mosby, John) (Entered: 07/11/2016) |
| 07/12/2016 | 529 |  | MOTION for Non–Guideline Sentence by Cristina Portillos. (Mosby, John) (Entered: 07/12/2016) |
| 07/20/2016 | 533 |  | SUPPLEMENT *Government's Loss Spreadsheet* to 525 Minute Order,,, by USA as to Cristina Portillos (Attachments: # 1 Exhibit)(Paluch, Martha) (Entered: 07/20/2016) |
| 07/21/2016 | 534 |  | RESTRICTED PRESENTENCE REPORT as to Cristina Portillos (Attachments: # 1 Exhibit A, # 2 Exhibit B)(srich, ) (Entered: 07/21/2016) |
| 07/21/2016 | 535 |  | RESTRICTED ADDENDUM to Presentence Report 534 as to Cristina Portillos (srich, ) (Entered: 07/21/2016) |
| 07/22/2016 | 536 |  | RESPONSE by USA as to Cristina Portillos re: 529 MOTION for Non–Guideline Sentence filed by Cristina Portillos, 528 Objection/Response to Presentence Report filed by Cristina Portillos (Paluch, Martha) (Entered: 07/22/2016) |
| 08/01/2016 | 538 |  | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore. Sentencing held on 8/1/2016 as to Cristina Portillos (6). 529 Motion for Non–Guideline Sentence as to Cristina Portillos (6) is denied. Defendant sentenced as reflected on the record. Court Reporter: Darlene Martinez. (cpear) (Entered: 08/01/2016) |
| 08/04/2016 | 541 |  | STATEMENT OF REASONS as to Cristina Portillos. (cpear) (Entered: 08/04/2016) |
| 08/04/2016 | 542 | 20 | JUDGMENT as to defendant Cristina Portillos (6): Count(s) 1, 10, 10s, 12, 12s, 14–16, 14s–16s, 17, and 30 – DISMISSED; Counts 1s, 17s, and 30s – 21 months' imprisonment, concurrent; three (3) years' supervised release, concurrent; $300 total special assessment fee ($100 each count); $38,724.21 total restitution, joint and several with co–defendants Raul Caraveo, Pamila Lucero, Sabrina Caraveo, and Eugene Chavez, interest waived. Entered by Judge Raymond P. Moore on 8/4/2016. (cpear) (Entered: 08/04/2016) |
| 08/09/2016 | 543 |  | MOTION for Bond *Pending Appeal* by Cristina Portillos. (Attachments: # 1 Proposed Order (PDF Only))(Mosby, John) (Entered: 08/09/2016) |

| 08/09/2016 | 544 | 27 | NOTICE OF APPEAL as to 542 Judgment,, by Cristina Portillos. (Mosby, John) (Entered: 08/09/2016) |
|---|---|---|---|

✎AO 245B    (Rev. 11/14 D/CO) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of      COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| CRISTINA PORTILLOS | |

Case Number:      15-cr-00149-RM-06

USM Number:      41089-013

John Edward Mosby, Appointed
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to Count(s) _____

☐ pleaded nolo contendere to Count(s) _____
    which was accepted by the Court.

☒ was found guilty on Counts   1, 17, and 30 of the Superseding Indictment
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 286 | Conspiracy to File False Claims for Refund | 05/05/14 | 1 |

     The defendant is sentenced as provided in pages 2 through    7    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) _____

☒ Counts 10, 12, 14 - 16 of the Superseding Indictment were dismissed on May 23, 2016, on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 1, 2016
Date of Imposition of Judgment

Signature of Judge

Raymond P. Moore, U.S. District Judge
Name and Title of Judge

8/4/2016
Date

Case 1:15-cr-00149-RM Document 542 Filed 08/04/16 Page 2 of 7

AO 245B  (Rev. 11/14 D/CO) Criminal Judgment
Sheet 1A

| | | Judgment—Page | 2 | of | 7 |

DEFENDANT:          CRISTINA PORTILLOS
CASE NUMBER:     15-cr-00149-RM-06

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 287 and 2(a) | False Claims for Refund and Aid and Abet | 04/15/10 | 17 |
| 18 U.S.C. § 287 and 2(a) | False Claims for Refund and Aid and Abet | 07/07/10 | 30 |

AO 245B    (Rev. 11/14 D/CO) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page ___3___ of ___7___

DEFENDANT:         CRISTINA PORTILLOS
CASE NUMBER:       15-cr-00149-RM-06

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
   twenty-one (21) months as to each count, to be served concurrently.

[X]   The court makes the following recommendations to the Bureau of Prisons:
Designation to a facility close to Colorado Springs.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ]   at _____ [ ] a.m. [ ] p.m.   on _____ .
      [ ]   as notified by the United States Marshal.

[X]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [X]   before 12 p.m.      within 30 days of designation      .
      [ ]   as notified by the United States Marshal.
      [X]   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 11/14 D/CO) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

DEFENDANT:        CRISTINA PORTILLOS
CASE NUMBER:      15-cr-00149-RM-06

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years, on each count, to be served concurrently.

        The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

        If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

        The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall provide access to any requested financial information.

AO 245B     (Rev. 11/14 D/CO) Judgment in a Criminal Case
            Sheet 3C — Supervised Release

DEFENDANT:          CRISTINA PORTILLOS
CASE NUMBER:        15-cr-00149-RM-06

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2.  The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

3.  The defendant shall remain compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

4.  As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

5.  If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

AO 245B    (Rev. 11/14 D/CO) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page    6    of    7

DEFENDANT:        CRISTINA PORTILLOS
CASE NUMBER:      15-cr-00149-RM-06

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|            | **Assessment** | **Fine** | **Restitution** |
|------------|------------|----------|-----------------|
| Count 1    | $ 100.00   | $ 0.00   |                 |
| Count 17   | $ 100.00   |          |                 |
| Count 30   | $ 100.00   |          |                 |
| **TOTALS** | $ 300.00   | $ 0.00   | $ 38,724.21     |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|------------------|-------------------------|----------------------------|
| IRS RACS<br>Attn: Mail Stop 6251<br>Restitution<br>333 West Pershing Avenue<br>Kansas City, MO 64108 | $38,724.21 | $38,724.21 | |
| **TOTALS** | $       38,724.21 | $       38,724.21 | |

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒  the interest requirement is waived for the   ☐ fine   ☒ restitution.

☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 11/14 D/CO) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:      CRISTINA PORTILLOS
CASE NUMBER:    15-cr-00149-RM-06

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

☐ not later than _____ , or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

Raul Caraveo, 15-cr-00149-RM-01; Pamila Lucero, 15-cr-00149-RM-02; Sabrina Caraveo, 15-cr-00149-RM-03; and Eugene Chavez, 15-cr-00149-RM-04.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following Court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.

IN  THE  UNITED  STATES DISTRICT COURT
FOR THE  DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

**6.  CRISTINA PORTILLOS,**

                    Defendants.

_____

### DEFENDANT'S  NOTICE OF APPEAL

_____

        Defendant  Cristina  Portillos,  through  her  CJA  appointed  attorney,

files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals

the Judgment and orders entered by the district court in her case.

.                                        Respectfully submitted,


                              s/John Mosby

                              John Mosby
                              621 17th Street, Suite 2445
                              Denver, Colorado 80293
                              (303) 623-355

                              Attorney for Defendant

### CERTIFICATE OF SERVICE


        I hereby certify that on this August 9, 2016, a true and correct copy
of  the foregoing was served via the Court's ECF system to:

Martha A  Paluch,
Assistant U.S. Attorney

                                        s/John Mosby