IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-06

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CRISTINA PORTILLOS,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, CRISTINA PORTILLOS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Phoenix (SCP), 37900 N. 45th Avenue, Phoenix, Arizona, on September 7, 2016, by 12:00 noon, and will travel at her own expense.

    DATED at Denver, Colorado, this  16th  day of August, 2016.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge