IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149 - RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6. CRISTINA PORTILLOS,**

    Defendants.

---

## MOTION FOR TRANSCRIPTS PURSUANT TO 28 U.S.C. 753 (f))

---

  Comes Now Defendant Cristina Portillos by undersigned counsel and respectfully moves for this Honorable Court for an Order to allow her to order transcripts of hearings in her case at the government expense in order to prosecute her appeal.

  1. On August 10, 2016, Defendant appealed this matter to the Tenth Circuit Court of Appeals.

  2. Defendant would state that the Court has found that she is unable to afford legal counsel or pay for costs in this matter. Defendant will report for incarceration on September 9, 2016 and is or will be indigent.

  3. The grounds for appeal are not frivolous. They raise legitimate non-frivolous issues. See, *Sistrunk v. U.S. 992 F.2d. 258 (10th Cir. 1993).*

  4. They appeal issues include, inter alia, Defendant's claim related

to selective and vindictive prosecution.

5.   Notwithstanding that this Court denied the motion, this Court did not find that Defendant had not established a prima facie case of selective prosecution.

6.   Indeed, Defendant did make a prima facie case. Thus, Defendant's motion and this appeal related thereto cannot be deemed to be frivolous.

7.   The requested transcripts are necessary and required for the Tenth Circuit to decide the issues in this case.

8.   Moreover, Defendant seeks only transcript of hearings, not the entire trial transcript, thus she will not require the government to expend extensive funds.

9.   The granting of this motion will allow defendant her right to equal access to procedures for review of her conviction and will be in the interest of justice and fairness.

Wherefore, Defendant Cristina Portillos respectfully moves this Court for an order requiring the government to pay for a copy of transcript required to prosecute her appeal to the Tenth Circuit Court of Appeals.

Respectfully submitted,

s/John Mosby

John Mosby
621 17th Street, Suite 2445
Denver, Colorado 80293
(303) 623-355

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this August 23, 2016, a true and correct copy of the foregoing was served via the Court's ECF system to:

Martha A Paluch,
Assistant U.S. Attorney

Defendant Cristina Portillos

s/John Mosby

3