IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15cr00149 - RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**6. CRISTINA PORTILLOS**,

       Defendant.

_____

**PROPOSED ORDER GRANTING DEFENDANT MOTION FOR TRANSCRIPT**
_____

This matter comes before the Court upon Defendant's Motion for Transcripts orders at the government's expense pursuant to 28 U.S.C. § 753 (f).

The Court having reviewed the motion and finding that the appeal is not frivolous and is taken in good faith, it **IS HEREBY ORDERED** that the motion is **Granted.**

The Defendant shall be allowed to order transcript of hearings relating to issues she will raise on appeal before the Tenth Circuit.

                                          Date this _____day of August, 2016.


                                          _____
                                          United States District Court Judge