# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within ten days of filing the notice of appeal

Short Title: U.S. v. Cristina Portillos    District: Colorado
District Court Number: 15cr00149    Circuit Court Number: 16-1323
Name of Attorney: John Mosby
  Name of Law Firm: Law Offices of John Mosby
  Address of Firm: 621 17th Street, Ste. 1035, Denver, CO 80293
  Telephone of Firm: 303.623.1355    Attorneys for: Cristina Portillos
Name of Court Reporter: Tammy Hoffschildt    Telephone of Reporter: (303) 292-1088

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A** - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
  [ ] A transcript is not necessary for this appeal, or
  [ ] The necessary transcript is already on file in District Court
  [ ] The necessary transcript was ordered previously in appeal number _____

**SECTION B** - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)
Voir dire: _____ ; Opening Statements: _____

Trial proceedings: _____ ; Instruction Cnf: _____ ;
Jury Instructions: _____ ; Closing Arguments: _____ ;
(Attach additional pages if necessary) See attachment
Post Trial Motions: _____ ; Other Proceedings: _____.

[ ] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[X] This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: s/John Mosby    Date: August 23, 2016

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____    Date: _____

A-8 Transcript Order Form 4/97

<u>U.S. v. Cristina Portillos</u>

District Court No. 15 cr 00149

ATTACHMENT TO TRANSCRIPT ORDER FORM

Defendant request the following transcripts:

Doc No. 337 – Transcript of entire proceedings – Motion for Hearing on claims of selective and vindictive prosecution.

Doc No. 387 - Transcript of colloquy between counsel regarding status of limitations.

Doc No. 424 - Transcript of entire proceedings – Motion for Hearing on claims of government's denial of due process

Doc No. 437 - Transcript of Michelle Steinhaus' testimony and invocation of 5th amendment

Doc. No. 439 – Defendant's oral motion to dismiss specific counts based upon statute of limitation and Court's ruling.