```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-149-RM-MJW-6

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CRISTINA PORTILLOS,

     Defendant.
_____
```

**REPORTER'S TRANSCRIPT**
Motion to Dismiss - Excerpt of Proceedings
_____

Proceedings before the HONORABLE RAYMOND P. MOORE, Judge, United States District Court for the District of Colorado, commencing at 9 a.m., on the 5TH day of May, 2016, in Courtroom A601, United States Courthouse, Denver, Colorado.

**APPEARANCES**

For the Plaintiff:        Martha Paluch & Bryan Fields
For the Defendant:        John Mosby

TAMMY HOFFSCHILDT, Official Reporter
901 19th Street, Room A251
Denver, Colorado, 80294
(303) 292-1088

Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

```
 1            (The following is an excerpt of the proceedings held
 2   in the jury trial in this matter.)
 3            MR. MOSBY:  Your Honor, I have to redo my Motion To
 4   Dismiss at this time.
 5            THE COURT:  All right.  Go ahead.
 6            MR. MOSBY:  Your Honor, for the record, the Defendant,
 7   at this time, renews its Motion To Dismiss.  First, counts
 8   related to the Statute of Limitations, which we've talked
 9   about, and the Defendant also moves to dismiss, for lack of
10   evidence, the conspiracy count.
11            THE COURT:  I understand. And I take under advisement
12   the Statute of Limitations matter as it pertains to the
13   first -- well, hold on, as it it pertains to Counts 10, 12, 14,
14   15 and 16.  As I indicated, I deny it as to 17 and 30.  With
15   respect to the second motion, which pertains to the sufficiency
16   of the evidence with respect to the conspiracy count, that
17   motion is, again, denied.
18            MR. MOSBY:  And the only other thing is we would
19   object to sending back those counts, the first five counts to
20   the jury, because we feel that's prejudicial.
21            THE COURT:  Well, I mean, I -- look, at the end of the
22   day, I'm sending back the entire Indictment.  It's relevant
23   because a number of individuals have had counts dismissed;
24   indications that in exchange for their testimony, certain
25   matters would not be pursued and the value or valuation of that
```

```
 1   requires the submission of the -- of the Indictment, although,
 2   I will note that -- yeah, 22, Sabrina Caraveo, is named in four
 3   of the five counts, to which you are lodging your objection,
 4   and the evidence that the Government has dismissed those counts
 5   as against her is, if you choose to argue it, certainly
 6   relevant evidence as to whether or not she should be believed,
 7   that is part of her testimony -- excuse me -- that's part of
 8   the Government's rehabilitated ... description of the plea
 9   agreements that took place during I believe it was Special
10   Agent Romero's testimony.  So it's going to be relevant either
11   way.  You have your record though, sir.
12           *MR. MOSBY:*  Thank you, Your Honor.
13           *THE COURT:*  All right.
```

**REPORTER'S CERTIFICATE**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  Dated at Denver, Colorado, this 17th day of October, 2016.

*S/Tamara Hoffschildt*
Tamara Hoffschildt