IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-6
Civil Action No. 16-cv-03037-RM

CRISTINA PORTILLOS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C. § 2255 Motion of Judge Raymond P. Moore (Doc. 573) it is

ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 572) is DENIED without prejudice as premature.  It is

FURTHER ORDERED that no certificate of appealability will issue because Defendant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the civil action 16-cv-03037-RM is dismissed.

Dated at Denver, Colorado this 13th day of December, 2016.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By: s/  Cathy Pearson

       Cathy Pearson
       Deputy Clerk