FILED
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**January 9, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| |
|---|
| UNITED STATES OF AMERICA, |
| |
| Plaintiff - Appellee, |
| |
| v. |
| |
| CRISTINA PORTILLOS, |
| |
| Defendant - Appellant. |

No. 16-1323
(D.C. No. 1:15-CR-00149-RM-6)
(D. Colo.)

_____

### ORDER

_____

This matter is before the court on *Appellant's Unopposed Motion to Supplement Record on Appeal* and on Appellant's *Response* to the court's December 27, 2016 order.

As noted in the December 27 order, Appellant seeks to supplement the record on appeal with the audio recordings of four interviews.  The motion is unopposed.

Upon consideration, the motion to supplement the record is granted.  On or before January 17, 2017, the clerk of the district court is directed to prepare and transmit a supplement to the record on appeal containing the audio recordings of the four interviews described in Appellant's motion, which is attached to this order.

This matter will proceed with a record on appeal and with the appendix Appellant filed concurrently with her opening brief.  However, the propriety of considering the transcripts of the audio recordings contained in the appendix, which were not part of the

record before the district court, but were prepared with the district court's permission, is

referred to the panel of judges that will be assigned to consider this appeal on the merits.

The government shall file and serve its response brief within 30 days from the date

of this order.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Jane K. Castro
      Counsel to the Clerk