**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                 December 08, 2017                Chris Wolpert
Clerk of Court                                                                                          Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**      **16-1323, United States v. Portillos**
          Dist/Ag docket: 1:15-CR-00149-RM-6

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                            Sincerely,

                                                            Elisabeth A. Shumaker
                                                            Clerk of the Court

cc:      Julia K. Martinez
           John Mosby
           James C. Murphy

EAS/sds